**<u>EVIDENCE IN SUPPORT OF HASSAN V. USCIS (D.D.C.) FOIA COMPLAINT</u>**

**<u>USCIS FOIA (TRACKING NO. NRC2026348163REQ; USCIS CONTROL NO. NRC2026232165; APPEAL NO. APP2026029027REQ)</u>**

**<u>EMERGENCY – PENDING REMOVAL PROCEEDINGS AND NEED FOR RECORDS</u>**

Notice of In-Person Individual Hearing – July 10, 2026 at 2:30 p.m. ........................................... A

Final In-Person Individual Hearing – September 10, 2026 at 1:00 p.m.; Judge Will Not Continue the Hearing Again .......................................................................................................... B

Evidence Concerning Citizenship Claim and Need for Father's Historical Records .................... C

Mohamed Mohamed Hassan's U.S. Passport and Certificate of Naturalization .......................... D

Death Certificate Establishing Father-Son Relationship, with Certified English Translation and Government Authentication .................................................................................................. E

Birth Certificate of Mohamed Mohamed Hassan, with Certified English Translation and Government Authentication .................................................................................................. F

Abdulrahman Mohammed Hassan's Driver Licence ........................................................... G

**<u>REPEATED ATTEMPTS TO OBTAIN THE USCIS FOIA RECORDS</u>**

June 4, 2026 USCIS FOIA Acknowledgment, Submission Confirmation, Request, and Supporting Documentation................................................................................................. H

June 10, 2026 USCIS Contact Center Call Regarding Pending FOIA ........................................... I

June 10, 2026 Initial Urgent Request for Expedited Processing .................................................... J

June 12, 2026 USCIS Denial of Expedited Processing .............................................................. K

June 12, 2026 Request for Reconsideration of Expedited Processing Denial................................L

June 15, 2026 USCIS Response Stating Father's FOIA Could Not Be Expedited Based on Son's Court Date........ M

July 13, 2026 USCIS Administrative Closure of FOIA Request ........N

July 24, 2026 Urgent Follow-Up Request for Reopening and Expedited Processing ........ O

July 29, 2026 USCIS Response Directing Submission of a New FOIA Request Despite the Translated and Authenticated Documents and Insufficient Time Before the Hearing........ P

August 3, 2026 USCIS Contact Center Calls and Request for Supervisory Review ........Q

August 5, 2026 Urgent Request for Supervisory Review and Expedited Decision........ R

August 17, 2026 USCIS First-In, First-Out Processing Response........ S

August 17, 2026 Immediate Urgent Request for Supervisory Review and Expedited Action Based on Loss of Due Process Rights ........ T

August 20, 2026 Further Immediate Request for Expedited Processing and Supervisory Review Based on Loss of Due Process Rights........U

August 25, 2026 Urgent Escalation Based on Imminent Loss of Substantial Due Process Rights V

August 26, 2026 USCIS Denial of Expedited Processing ........ W

August 27, 2026 Urgent Request for Reconsideration of USCIS's August 26 Denial Based on the September 10 Hearing and Citizenship Claim ........X

August 27, 2026 August 27, 2026 Urgent Requests for Expedited Processing and Supervisory Review Citing *Gomez v. USCIS*, Sent in Existing and New Email Threads........Y

**<u>EXHAUSTION OF ADMINISTRATIVE REMEDIES AND PRE-LITIGATION ESCALATION</u>**

July 24, 2026 Administrative Appeal – Appeal No. APP2026029027REQ ................................ Z

August 5, 2026 Notice of Intent to File Federal Action to DOJ Federal Programs Branch ....... AA

USPS Certified Mail Receipt and Proof of Mailing to DOJ Federal Programs Branch...............BB

August 21, 2026 Request for OGIS Mediation and Assistance ................................................. CC

August 21, 2026 OGIS Acknowledgment of Request for Assistance........................................ DD

August 21, 2026 OGIS Telephone Follow-Up / Record of Attempted Mediation Assistance..... EE

# EXHIBIT A

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
DALLAS IMMIGRATION COURT

LEAD FILE: 056-518-233
IN REMOVAL PROCEEDINGS
DATE: May 7, 2026
EAD Clock:

TO: Goldberg & Associates
Goldberg, Julie
14370 Ventura Boulevard
Sherman Oaks, CA 91423

RE: 056-518-233 HASSAN, ABDULRAHMAN MOHAMMED MOHAMMED

**Notice of In-Person Hearing**

Your case has been scheduled for a INDIVIDUAL hearing before the immigration court on:

Date: Jul 10, 2026
Time: 2:30 P.M. CT
Court Address: 1100 COMMERCE ST., SUITE 1060
4TH FLOOR, COURTROOM 8, DALLAS, TX 75242

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court. If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days. To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration court listed above.

24998
RECEIVED
05/13/26

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050**.

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:MAIL[M] PERSONAL SERVICE[P] ELECTRONIC SERVICE[E]
TO: [ ] Noncitizen | [ ] Noncitizen c/o Custodial Officer |
[ M ] Noncitizen ATT/REP | [ M ] DHS
DATE: ________050726_______ BY: COURT STAFF ______SNA____________
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other NH

Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪੰਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

**U.S. Department of Justice**
Executive Office for Immigration Review
*Immigration Court*
*1100 Commerce Street, Suite 1060*
*Dallas, TX 75242*

OFFICIAL BUSINESS

NORTH TEXAS TX 750
8 MAY 2026 PM 8 L

FIRST-CLASS

U.S. OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE IMI PITNEY BOWES
ZIP 75242 $ 000.74⁰
02 7H
0005951260 MAY 07 2026

91423-275570

# EXHIBIT B

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
DALLAS IMMIGRATION COURT

LEAD FILE: 056-518-233
IN REMOVAL PROCEEDINGS
DATE: Jul 13, 2026
EAD Clock:

TO: Goldberg & Associates
Goldberg, Julie
14370 Ventura Boulevard
Sherman Oaks, CA 91423

RE: 056-518-233 HASSAN, ABDULRAHMAN MOHAMMED MOHAMMED

**Notice of In-Person Hearing**

Your case has been scheduled for a INDIVIDUAL hearing before the immigration court on:

Date: Sep 10, 2026
Time: 1:00 P.M. CT
Court Address: 1100 COMMERCE ST., SUITE 1060
4TH FLOOR, COURTROOM 8, DALLAS, TX 75242

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court. If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days. To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration court listed above.

24998
RECEIVED
07/28/26

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050**.

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:MAIL[M] PERSONAL SERVICE[P] ELECTRONIC SERVICE[E]
TO: [ ] Noncitizen | [ ] Noncitizen c/o Custodial Officer |
[ M ] Noncitizen ATT/REP | [ M ] DHS
DATE: ___071326__________ BY: COURT STAFF ______SNA__________
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other NH

Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪੰਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

U.S. Department of Justice
Executive Office for Immigration Review
Immigration Court
1100 Commerce Street, Suite 1060
Dallas, Texas 75242

NORTH TEXAS TX P&DC
DALLAS TX 750
17 JUL 2026 PM 5 L

FIRST-CLASS
U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
US POSTAGE
PITNEY BOWES
ZIP 75242
02 7H
0005951260
$ 000.78⁰
JUL 16 2026

91423-275570

# EXHIBIT C

*** REC 2026152 133014 HC671581 R9KD CIPQYA4 PQA4 (F-R9K ) ***

SEQY DTE:06/01/26 AN: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 DOC:801 UNIT:SR1 PG: 001
MEF: QN: 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 NA: M M HASSAN DB: 07/1935 SX: M AK: HASSON

SUMMARY FICA EARNINGS FOR YEARS REQUESTED

| YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS |
|---|---|---|---|---|---|---|---|
| 1964 | 1244.16 | 1971 | 460.69 | 1978 | 4088.00 | 1985 | .00 |
| 1965 | 2874.26 | 1972 | .00 | 1979 | 3281.00 | 1986 | .00 |
| 1966 | 4850.86 | 1973 | .00 | 1980 | 3282.00 | 1987 | .00 |
| 1967 | 5023.72 | 1974 | 538.26 | 1981 | .00 | 1988 | .00 |
| 1968 | 760.32 | 1975 | .00 | 1982 | .00 | 1989 | .00 |
| 1969 | 7699.35 | 1976 | 2098.00 | 1983 | .00 | 1990 | 6465.00 |
| 1970 | 7800.00 | 1977 | .00 | 1984 | .00 | | |

SUMMARY MQGE EARNINGS FOR YEARS REQUESTED
NO MQGE EARNINGS FOR YEARS REQUESTED

REMARKS
CLAIMS ACTIVITY -- SEE MBR
CLAIMS ACTIVITY -- SEE SSR

In reply, refer to Case No.: F-2026-19367
CA/PPT/S/RM/RRR – HASSAN, Mohamed Mohamed **(Deceased)**

TABLE OF EXEMPTIONS

| Subsections | # Documents Excised | # Documents Denied | Total |
|---|---|---|---|
| (b)(6) | 5 | 0 | 5 |
| Total | 5 | 0 | 5 |

FREEDOM OF INFORMATION ACT EXEMPTIONS
5 U.S.C. § 552

Subsection (b)(6) exempts materials that would constitute a clearly unwarranted invasion of the personal privacy of another person.

# DECEASED

DON'T PUT IT OFF APPLY NOW — (PLEASE TYPE OR PRINT) — AVOID THE LAST MINUTE RUSH

DEPARTMENT OF STATE

## PASSPORT APPLICATION

(Before completing this application, read and detach Information for Passport Applicants on pages 3 and 4) (Use supplemental sheets when the space provided is not adequate)

(PASSPORT OFFICE USE ONLY)

R D O DP Endorsement

NOV 22 '76

A

TO BE COMPLETED BY ALL APPLICANTS

| (First name) | (Middle name) | (Last name) |
|---|---|---|
| Mohamed | Mohamed | HASSAN |

I, Mohamed Mohamed Hassan, a citizen of the United States, do hereby apply to the Department of State for a passport.

MAIL PASSPORT TO:

IN CARE OF (If applicable)

STREET 12412 Van Dyke

CITY Detroit STATE MICH ZIP CODE 48233

PHONE NOS. Area Code 313 Home: 923-8210 Business: 923-6193

| DATE OF BIRTH (Month) | (Day) | (Year) | PLACE OF BIRTH (City, State or Province, Country) |
|---|---|---|---|
| 7 | 10 | 35 | Yemen - SANA |

10 1935

FOIA (b) (6) 11/17/76

EVIDENCE

| HEIGHT | COLOR OF HAIR (Spell out) | COLOR OF EYES (Spell out) | APPROXIMATE DATE OF DEPARTURE |
|---|---|---|---|
| 5 Ft. 11½ In. | Black | Brown | June, 1977 |

| VISIBLE DISTINGUISHING MARKS | OCCUPATION | SOCIAL SECURITY NO. |
|---|---|---|
| None | Own a Store | FOIA (b) (6) |

| MY PERMANENT RESIDENCE (Street address, City, State, ZIP Code) (If Mailing Address, Write "Same") | COUNTY OF RESIDENCE |
|---|---|
| Same | Wayne |

Applicant's Birth Certificate

Filed SR CR City

Certificate of Naturalization or Citizenship

No. Date

Place ☐ Seen and Returned

B

COMPLETE ONLY IF WIFE/HUSBAND OR CHILDREN UNDER THE AGE OF 18 YEARS ARE TO BE INCLUDED IN PASSPORT AND SUBMIT GROUP PHOTOGRAPH

(WIFE'S) (HUSBAND'S) FULL LEGAL NAME

Per telecon with

DATE OF BIRTH (Mo., Day, Year) | PLACE OF BIRTH (City, State or Province, Country)

applicant 11/22/76

| CHILD(REN) NAME(S) IN FULL | PLACE OF BIRTH (City, State or Country) | DATE OF BIRTH (Month, Day, Year) |
|---|---|---|
| | B.T.G. | |

Wife/Husband Birth Certificate

Filed SR CR City

Certificate of Naturalization or Citizenship

No. Date

Place ☐ Seen and Returned

Child(ren)'s Birth Evidence

C



Mohamed Mohamed Hassan (signature across photo)

TO BE COMPLETED BY APPLICANT FOR HIMSELF AND PERSONS INCLUDED

[HA]VE YOU OR ANYONE INCLUDED IN THIS APPLICATION BEEN ISSUED OR INCLUDED IN A U.S. PASSPORT? [☐] YES ☐ NO (IF YES, GIVE DATE OF MOST RECENT PASSPORT ISSUED AND NAME IN WHICH ISSUED)

Nov. 24, 1970, Mohamed Mohamed Hassan

[IF] NOT SUBMITTED WITH THIS APPLICATION:

[Wh]ere issued: Detroit, MI

[Di]sposition: # A2097060 C&R

[IN] THE EVENT OF ACCIDENT OR DEATH NOTIFY (Do not show name of a person who will accompany you when [tra]veling)

[Na]me in full: FOIA (b) (6) Relationship: FOIA (b) (6)

[St]reet address, City, State: FOIA (b) (6)

(PASSPORT OFFICE USE ONLY)

NOV-18-76 20 020 AFI — TEL

FEE 10 EXEC. 3 TWX POST.

FORM DSP-11 3-72

M.O.

(OVER - YOU MUST COMPLETE PAGE 2)

# DECEASED

# DECEASED

FORM DSP-11 PAGE 2

D

TO BE COMPLETED BY ALL APPLICANTS

| FATHER'S NAME | FATHER'S PLACE OF BIRTH | FATHER'S DATE OF BIRTH | |
|---|---|---|---|
| Mohamed Hassan | Yemen | 1910 | ☐ U.S. CITIZEN ☒ NOT U.S. CITIZEN |
| MOTHER'S MAIDEN NAME | MOTHER'S PLACE OF BIRTH | MOTHER'S DATE OF BIRTH | |
| ABDULLA, maila | Yemen | 6-10-1919 | ☐ U.S. CITIZEN ☒ NOT U.S. CITIZEN |

☐ I WAS NEVER MARRIED
☒ I WAS LAST MARRIED ON 1951 TO (Full legal name - complete whether widowed or divorced) Rosia Saleh Hassan WHO WAS BORN ON (Date) 1937

BORN AT (City, State, Country) Yemen ☐ WHO IS A U.S. CITIZEN ☒ WHO IS NOT A U.S. CITIZEN ☒ MARRIAGE NOT TERMINATED ☐ MARRIAGE TERMINATED BY ☐ Death ☐ Divorce on (Date)

E

WOMEN MUST COMPLETE FOLLOWING IF CHILDREN OF A PREVIOUS MARRIAGE ARE INCLUDED OR IF PREVIOUSLY MARRIED BEFORE MARCH 3, 1931

| I WAS PREVIOUSLY MARRIED ON | TO (Full legal name) | WHO WAS BORN AT (City, State, Country) |
|---|---|---|
| ON (Date of birth) | ☐ FORMER HUSBAND WAS U.S. CITIZEN ☐ FORMER HUSBAND WAS NOT U.S. CITIZEN | PREVIOUS MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE ON (Date) |

F

COMPLETE IF APPLICANT OR ANY PERSON INCLUDED WAS NOT BORN IN THE U.S. AND CLAIMS CITIZENSHIP THROUGH PARENT(S)

| IMMIGRATED TO THE U.S. (Month) (Year) | IF FATHER NATURALIZED: | | IF KNOWN, FATHER'S RESIDENCE IN U.S. From (Year) To (Year) |
|---|---|---|---|
| ☐ APPLICANT ☐ WIFE | DATE | CERTIFICATE NO. | |
| ☐ HUSBAND ☐ CHILD | BEFORE (Name of Court) | PLACE (City, State) | |
| RESIDED CONTINUOUSLY IN THE U.S. From (Year) To (Year) | IF MOTHER NATURALIZED: | | IF KNOWN, MOTHER'S RESIDENCE IN U.S. From (Year) To (Year) |
| ☐ APPLICANT ☐ WIFE | DATE | CERTIFICATE NO. | |
| ☐ HUSBAND ☐ CHILD | BEFORE (Name of Court) | PLACE (City, State) | |

G

PROPOSED TRAVEL PLANS - TO BE COMPLETED BY ALL APPLICANTS

PURPOSE OF TRIP: Visit

MEANS OF TRANSPORTATION: Departure — Ship ☐ Air ☒ Other ☐; Return — Ship ☐ Air ☒ Other ☐

COUNTRIES TO BE VISITED: Yemen

PROPOSED LENGTH OF STAY: unknown

DO YOU EXPECT TO TAKE ANOTHER TRIP ABROAD? ☒ Yes ☐ No IF SO, WITHIN ☐ Year ☐ 2 Years ☒ 5 Years

NO. OF PREVIOUS TRIPS ABROAD WITHIN LAST 12 MONTHS: None

WARNING: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544.

I have not (and no other person included in this application has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

*(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)*

I solemnly swear (or affirm) that the statements made on all the pages of this application are true and that the photograph attached is a likeness of me and of those persons to be included in the passport.

OATH OF ALLEGIANCE

Further, I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I take this obligation freely, without any mental reservations, or purpose of evasion; So help me God.

Mohamed M. Hassan

*(To be signed at same time by wife/husband to be included in passport)* *(To be signed by Applicant in presence of person administering oath)*

Subscribed and sworn to (affirmed) before me this 5 day of September, 19 76

FOIA(b)(6)

*(SEAL OF COURT)* *(Signature of Clerk of Court or Passport Agent)*

Deputy Clerk of the US Dist Court or Passport Agent at Detroit, Mich

**Identifying Document Submitted** *(Proper evidence to identify the applicant must be submitted in compliance with Section 420 of the Clerk of Court Handbook on Passports)*

# DECEASED

# DECEASED

C C E H 0562

50178-102

**APPLICATION FOR ☒ PASSPORT ☐ REGISTRATION**

**Complete ALL entries in all sections that apply to you. If information is unknown, write "Unknown." Do not leave blank spaces. Use additional sheets where space provided is not adequate. PRINT OR TYPE ENTRIES.**

POST LOCATION: SANAA - [illegible]
POST ACTION:
PASSPORT ISSUED / REGISTRATION APPROVED
No. 2 4117108 Date
Date 10/28/81 Expires
Expires 10/26/86 CARD OF IDENTITY AND REG.
☐ $3 Application fee collected — No.
☐ $10 Fee collected — Date
☐ No Fee passport — ☐ $5 fee collected (for card)
☐ Official passport — ☐ 48-page ☐ 96-page passport

**TO BE COMPLETED BY ALL APPLICANTS**

| (First name) | (Middle name) | (Last name) |
|---|---|---|
| MOHAMED | MOHAMED | HASSAN |

I, ______ a citizen of the United States, do hereby apply for (a passport) (registration).

| SEX (M-F) | BIRTHPLACE (City, State or Province, Country) | BIRTH DATE Month / Day / Year |
|---|---|---|
| M | BALASAN, DALAL, BA'DAN, IBB YEMEN ARAB REPUBLIC | 7 / 10 / 55 |

| HEIGHT | COLOR OF HAIR (Spell out) | COLOR OF EYES (Spell out) | SOCIAL SECURITY NO. (Not mandatory) |
|---|---|---|---|
| 5 Ft. 11½ In. | Black | Brown | FOIA (b) (6) |

**APPLICANT'S EVIDENCE OF CITIZENSHIP**
☐ Birth Certificate ☒ Passport
☐ Certificate of Naturalization or Citizenship
Date: 11-22-76
Bearer's Name: Self ☒ Submitted Herewith
No. G2636949 ☒ Canceled & Returned
Place: Washington ☐ Seen & Returned

NOW RESIDING AT: the above village

MY LAST REGISTRATION AS A CITIZEN OF THE UNITED STATES WAS APPROVED

PERMANENT RESIDENCE (Street Address, City, State, U.S. ZIP Code) (If same as above, so indicate) 12412 Van Dyke, Detroit, Mich. 48238

Location of Registering Office: Detroit Mich — Date of Registration:

IN THE EVENT OF ACCIDENT OR DEATH NOTIFY (Not mandatory) (Do not give name of a person who will accompany you when traveling)
Name in full: FOIA (b) (6) — Relationship: FOIA (b) (6)
Address: — Phone No.:

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? ☐ Yes ☒ No
IF ANSWER IS "YES," EXPLAIN WHEN AND WHY



| FATHER'S NAME | BIRTHPLACE | BIRTH DATE | U.S. CITIZEN |
|---|---|---|---|
| MOHAMED HASSAN | YEMEN ARAB REP. | dead | ☐ Yes ☒ No |
| **MOTHER'S MAIDEN NAME** | **BIRTHPLACE** | **BIRTH DATE** | **U.S. CITIZEN** |
| Haila Abdulla | " " " | dead | ☐ Yes ☒ No |

☒ I WAS LAST MARRIED ON FOIA (b) (6) TO (Wife's/Husband's full legal/maiden name - complete whether married, widowed or divorced) FOIA (b) (6)
☐ I WAS NEVER MARRIED

| WIFE'S/HUSBAND'S BIRTHPLACE | WIFE'S/HUSBAND'S BIRTH DATE | U.S. CITIZEN | |
|---|---|---|---|
| FOIA (b) (6) | FOIA (b) (6) | FOIA (b) (6) | ☒ MARRIAGE NOT TERMINATED ☐ MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE ON |

HAVE YOU OR ANYONE INCLUDED IN SECTION B OF THIS APPLICATION BEEN ISSUED OR INCLUDED IN A U.S. PASSPORT? ☐ Yes ☐ No
IF YES, SUBMIT PASSPORT. IF UNABLE TO SUBMIT MOST RECENT PASSPORT, STATE ITS DISPOSITION. No. Issue Date:

**COMPLETE IF CHILDREN OR BROTHERS AND SISTERS UNDER AGE 13, AND/OR WIFE/HUSBAND, ARE TO BE INCLUDED AND SUBMIT PHOTO**

(CONSULAR OFFICE USE ONLY)
WIFE'S/HUSBAND'S EVIDENCE
☐ Submitted Herewith
☐ Canceled & Returned
☐ Seen & Returned

WIFE'S/HUSBAND'S FULL LEGAL NAME

| BIRTHPLACE (City, State or Province, Country) | BIRTH DATE (Mo., Day, Yr.) |
|---|---|
| | |

| CHILD(REN)'S NAME(S) IN FULL | BIRTHPLACE(S) (City, State or Country) | BIRTH DATE(S) (Mo., Day, Yr.) | CHILD(REN)'S EVIDENCE |
|---|---|---|---|
| | | | ☐ Submitted Herewith ☐ Canceled & Returned ☐ Seen & Returned |

Photos must be ONLY of persons to be included (other than passport bearer). When more than one person is to be included, a group photograph of the inclusions is required.

CONSULATE WILL STAPLE PHOTO OF INCLUSIONS HERE.

DO NOT IMPRESS SEAL ON PHOTOGRAPHS.

I have not (and no other person included in this application has), since acquiring United States citizenship, performed any of the acts listed in section I on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on all of the pages of this application are true and the photograph(s) attached is (are) a likeness of me and of those persons to be included in the passport.

(SEAL) Mohamed Mohamed Hassan
(To be signed at same time by husband/wife to be included in passport) — (To be signed by Applicant in presence of person administering oath)

Subscribed and sworn to (affirmed) before me this 31st day of Oct 1981

FOIA (b) (6)

Consul ______ of the United States at Sanaa ______
(Signature of person taking application)

OPTIONAL FORM 178 (FORMERLY FS-176) — (OVER - YOU MUST COMPLETE PAGE 2) — January 1978 Dept. of State

DECEASED

# DECEASED

OF-178 1-78 PAGE 2

**TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION**

| I IMMIGRATED TO THE U.S. (Month, year) | I RESIDED CONTINUOUSLY IN THE U.S. From (Year) To (Year) | NATURALIZATION CERTIFICATE NO. |
|---|---|---|
| XM 1964 | 1964 1968<br>1969 1972<br>1974 1977 | ☐ Submitted herewith<br>☐ Seen and returned<br>☐ Previously submitted<br>8904026 |

| PLACE NATURALIZED (City, state) | NATURALIZATION COURT | DATE NATURALIZED |
|---|---|---|
| Detroit, Mich | District | 11-17-1970 |

**TO BE COMPLETED BY ALL APPLICANTS**

| OCCUPATION | VISIBLE DISTINGUISHING MARKS |
|---|---|
| Store Owner | - |

**WOMEN MUST COMPLETE FOLLOWING IF CHILDREN OF A PREVIOUS MARRIAGE ARE INCLUDED OR IF PREVIOUSLY MARRIED BEFORE MARCH 3, 1931**

| I WAS PREVIOUSLY MARRIED ON | TO (Full legal name) | WHO WAS BORN AT (City, State, Country) |
|---|---|---|
| ON (Date of birth) | ☐ FORMER HUSBAND WAS U.S. CITIZEN<br>☐ FORMER HUSBAND WAS NOT U.S. CITIZEN | PREVIOUS MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE<br>ON (Date) |

**COMPLETE IF APPLICANT OR ANY PERSON INCLUDED IN SECTION B WAS NOT BORN IN THE UNITED STATES AND CLAIMS CITIZENSHIP THROUGH PARENT(S)**

| ENTERED THE U.S. (Month) (Year) | IF FATHER NATURALIZED: | | IF KNOWN, FATHER'S RESIDENCE/PHYSICAL PRESENCE IN U.S. From (Year) To (Year) |
|---|---|---|---|
| ☐ Applicant<br>☐ Wife<br>☐ Husband<br>☐ Child | Date<br>Before (Name of Court) | Certificate No.<br>Place (City, State) | |

| RESIDENCE/CONTINUOUS PHYSICAL PRESENCE IN U.S. From (Year) To (Year) | IF MOTHER NATURALIZED: | | IF KNOWN, MOTHER'S RESIDENCE/PHYSICAL PRESENCE IN U.S. From (Year) To (Year) |
|---|---|---|---|
| ☐ Applicant<br>☐ Wife<br>☐ Husband<br>☐ Child | Date<br>Before (Name of Court) | Certificate No.<br>Place (City, State) | |

**PROPOSED TRAVEL PLANS (Not Mandatory)**

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE:

Due to the present circumstances in our areas I have to remain for a little longer to care and defend the family for

| I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN ____ YEARS ____ MONTHS | DATE OF DEPARTURE |
|---|---|

**PRIVACY ACT STATEMENT**

The information solicited on this form is authorized by, but not limited to, those statutes codified in Titles 8, 18, and 22, United States Code, and all predecessor statutes whether or not codified, and all regulations issued pursuant to Executive Order 11295 of August 5, 1966. The primary purpose for soliciting the information is to establish citizenship, identity and entitlement to issuance of a United States Passport or related facility, and to properly administer and enforce the laws pertaining thereto.

The information is made available as a routine use on a need-to-know basis to personnel of the Department of State and other government agencies having statutory or other lawful authority to maintain such information in the performance of their official duties; pursuant to a subpoena or court order; and, as set forth in Part 6a, Title 22, Code of Federal Regulations (See Federal Register Volume 40, pages 45755, 45756, 47419 and 47420).

Failure to provide the information requested on this form may result in the denial of a United States Passport, related document or service to the individual seeking such passport, document or service.

NOTE: The disclosure of your Social Security Number or of the identity and location of a person to be notified in the event of death or accident is entirely voluntary. However, failure to provide this information may prevent the Department of State from providing you with timely assistance or protection in the event you should encounter an emergency situation while outside the United States.

**ACTS OR CONDITIONS**

(If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

I have not (and no other person included in this application has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

WARNING: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544. All statements and documents submitted are subject to verification.

**(FOR USE OF OFFICE TAKING APPLICATION)**

| APPLICANT'S IDENTIFYING DOCUMENT(S) | | IDENTIFYING DOCUMENT(S) OF WIFE/HUSBAND TO BE INCLUDED IN PASSPORT | |
|---|---|---|---|
| ☐ Certificate of Naturalization or Citizenship | No. | ☐ Certificate of Naturalization or Citizenship | No.: |
| ☐ Passport | Issue Date: | ☐ Passport | Issue Date: |
| ☐ Driver's License | Place of Issue: | ☐ Driver's License | Place of Issue: |
| ☐ Other (Specify): | Issued in Name of: | ☐ Other (Specify): | Issued in Name of: |

☆U.S. Government Printing Office: 1977—261-647/3239

DECEASED

**DECEASED**

D N I D 0267

50178-102

NO. 47-R0012

## APPLICATION FOR ☒ PASSPORT ☐ REGISTRATION

**Complete ALL entries in all sections that apply to you. If information is unknown, write "Unknown." Do not leave blank spaces. Use additional sheets where space provided is not adequate. PRINT OR TYPE ENTRIES.**

POST LOCATION: [illegible]

POST ACTION:
PASSPORT ISSUED No. Z5666474 Date 12/14/86 Expires 12/13/96
☐ $3 Application fee collected
☐ $10 Fee collected
☐ No Fee passport
☐ Official passport

REGISTRATION APPROVED Date ___ Expires ___
CARD OF IDENTITY AND REG. No. ___ Date ___
☐ $5 fee collected (for card)
☐ 48-page ☐ 96-page passport

A

### TO BE COMPLETED BY ALL APPLICANTS

| (First name) | (Middle name) | (Last name) |
|---|---|---|
| MOHAMED | MOHAMED | HASSAN |

I, ___ a citizen of the United States, do hereby apply for (a passport) ~~(registration)~~.

| SEX (M-F) | BIRTHPLACE (City, State or Province, Country) | BIRTH DATE Month | Day | Year |
|---|---|---|---|---|
| M | BALASAN, BA'DAN, IBB YEMEN ARAB REPUBLIC | 07 | 10 | 35 |

| HEIGHT | COLOR OF HAIR (Spell out) | COLOR OF EYES (Spell out) | SOCIAL SECURITY NO. (Not mandatory) |
|---|---|---|---|
| 5 Ft. 4 In. | black | brown | FOIA(b)(6) |

NOW RESIDING AT: the above village

PERMANENT RESIDENCE (Street Address, City, State, U.S. ZIP Code) (If same as above, so indicate): 2375 E.Grand Blvd., Detroit, MI

### APPLICANT'S EVIDENCE OF CITIZENSHIP

☐ Birth Certificate ☒ Passport
☐ Certificate of Naturalization or Citizenship
Date: 10/3/87
Bearer's Name: Mohamed Mohamed Hassan
No. 3417108
Place: Sanaa
☐ Submitted Herewith
☒ Canceled & Returned
☐ Seen & Returned

MY LAST REGISTRATION AS A CITIZEN OF THE UNITED STATES WAS APPROVED

| Location of Registering Office | Date of Registration |
|---|---|
| | |

IN THE EVENT OF ACCIDENT OR DEATH NOTIFY (Not mandatory) (Do not give name of a person who will accompany you when traveling)
Name in full: FOIA(b)(6) Relationship: FOIA(b)(6)
Address: Phone No.

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? ☐ Yes ☐ No
IF ANSWER IS "YES," EXPLAIN WHEN AND WHY



| FATHER'S NAME | BIRTHPLACE | BIRTH DATE | U.S. CITIZEN |
|---|---|---|---|
| Mohamed Hassan | Yemen Arab Rep. | dead | ☐ Yes ☒ No |
| **MOTHER'S MAIDEN NAME** | **BIRTHPLACE** | **BIRTH DATE** | **U.S. CITIZEN** |
| Hayela A. Ahmed | " " | dead | ☐ Yes ☒ No |

☐ I WAS LAST MARRIED ON FOIA(b)(6) TO (Wife's/Husband's full legal/maiden name - complete whether married, widowed or divorced)
☐ I WAS NEVER MARRIED

| WIFE'S/HUSBAND'S BIRTHPLACE | WIFE'S/HUSBAND'S BIRTH DATE | U.S. CITIZEN | |
|---|---|---|---|
| FOIA(b)(6) | FOIA(b)(6) | FOIA(b)(6) | ☒ MARRIAGE NOT TERMINATED ☐ MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE ON ___ |

HAVE YOU OR ANYONE INCLUDED IN SECTION B OF THIS APPLICATION BEEN ISSUED OR INCLUDED IN A U.S. PASSPORT? ☐ Yes ☐ No
IF YES, SUBMIT PASSPORT. IF UNABLE TO SUBMIT MOST RECENT PASSPORT, STATE ITS DISPOSITION No. Issue Date:

B

**COMPLETE IF CHILDREN OR BROTHERS AND SISTERS UNDER AGE 13, AND/OR WIFE/HUSBAND, ARE TO BE INCLUDED AND SUBMIT PHOTO**

WIFE'S/HUSBAND'S FULL LEGAL NAME

BIRTHPLACE (City, State or Province, Country) | BIRTH DATE (Mo., Day, Yr.)

(CONSULAR OFFICE USE ONLY)
WIFE'S/HUSBAND'S EVIDENCE
☐ Submitted Herewith
☐ Canceled & Returned
☐ Seen & Returned

| CHILD(REN)'S NAME(S) IN FULL | BIRTHPLACE(S) (City, State or Country) | BIRTH DATE(S) (Mo., Day, Yr.) | CHILD(REN)'S EVIDENCE |
|---|---|---|---|
| | | | ☐ Submitted Herewith ☐ Canceled & Returned ☐ Seen & Returned |

Photos must be ONLY of persons to be included (other than passport bearer). When more than one person is to be included, a group photograph of the inclusions is required.

CONSULATE WILL STAPLE PHOTO OF INCLUSIONS HERE.

DO NOT IMPRESS SEAL ON PHOTOGRAPHS.

I have not (and no other person included in this application has), since acquiring United States citizenship, performed any of the acts listed in section I on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on all of the pages of this application are true and the photograph(s) attached is (are) a likeness of me and of those persons to be included in the passport.

___ (SEAL) Mohamed Hassan
(To be signed at same time by husband/wife to be included in passport) (To be signed by applicant in presence of person administering oath)

Subscribed and sworn to (affirmed) before me this Dec day of 14 [year illegible]

Consul ___ of the United States at Sanaa FOIA(b)(6) FOIA(b)(6)

EMBASSY OF THE UNITED STATES OF AMERICA SANAA

(Signature of person taking application)



**DECEASED**

# DECEASED

OF-178 1-78 PAGE 2

**TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION**

| I IMMIGRATED TO THE U.S. (Month, year) | I RESIDED CONTINUOUSLY IN THE U.S. From (Year) To (Year) | NATURALIZATION CERTIFICATE NO. | |
|---|---|---|---|
| 1964 | 1964 – 1966<br>1969 – 1972<br>74 – 1977 | ☒ Submitted herewith<br>☐ Seen and returned<br>☐ Previously submitted | 8904026 |
| PLACE NATURALIZED (City, state) Detroit MI | | NATURALIZATION COURT District | DATE NATURALIZED 11-17-1970 |

**TO BE COMPLETED BY ALL APPLICANTS**

| OCCUPATION | VISIBLE DISTINGUISHING MARKS |
|---|---|
| business | – |

**WOMEN MUST COMPLETE FOLLOWING IF CHILDREN OF A PREVIOUS MARRIAGE ARE INCLUDED OR IF PREVIOUSLY MARRIED BEFORE MARCH 3, 1931**

| I WAS PREVIOUSLY MARRIED ON | TO (Full legal name) | WHO WAS BORN AT (City, State, Country) |
|---|---|---|
| ON (Date of birth) | ☐ FORMER HUSBAND WAS U.S. CITIZEN<br>☐ FORMER HUSBAND WAS NOT U.S. CITIZEN | PREVIOUS MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE<br>ON (Date) |

**COMPLETE IF APPLICANT OR ANY PERSON INCLUDED IN SECTION B WAS NOT BORN IN THE UNITED STATES AND CLAIMS CITIZENSHIP THROUGH PARENT(S)**

| ENTERED THE U.S. (Month) (Year) | IF FATHER NATURALIZED: | | IF KNOWN, FATHER'S RESIDENCE/PHYSICAL PRESENCE IN U.S. |
|---|---|---|---|
| ☐ Applicant<br>☐ Wife<br>☐ Husband<br>☐ Child | Date<br><br>Before (Name of Court) | Certificate No.<br><br>Place (City, State) | From (Year) To (Year) |
| RESIDENCE/CONTINUOUS PHYSICAL PRESENCE IN U.S. From (Year) To (Year) | IF MOTHER NATURALIZED: | | IF KNOWN, MOTHER'S RESIDENCE/PHYSICAL PRESENCE IN U.S. |
| ☐ Applicant<br>☐ Wife<br>☐ Husband<br>☐ Child | Date<br><br>Before (Name of Court) | Certificate No.<br><br>Place (City, State) | From (Year) To (Year) |

**PROPOSED TRAVEL PLANS (Not Mandatory)**

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE

| I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN ______ YEARS ______ MONTHS | DATE OF DEPARTURE |
|---|---|

**PRIVACY ACT STATEMENT**

The information solicited on this form is authorized by, but not limited to, those statutes codified in Titles 8, 18, and 22, United States Code, and all predecessor statutes whether or not codified, and all regulations issued pursuant to Executive Order 11295 of August 5, 1966. The primary purpose for soliciting the information is to establish citizenship, identity and entitlement to issuance of a United States Passport or related facility, and to properly administer and enforce the laws pertaining thereto.

The information is made available as a routine use on a need-to-know basis to personnel of the Department of State and other government agencies having statutory or other lawful authority to maintain such information in the performance of their official duties; pursuant to a subpoena or court order; and, as set forth in Part 6a, Title 22, Code of Federal Regulations (See Federal Register Volume 40, pages 45755, 45756, 47419 and 47420).

Failure to provide the information requested on this form may result in the denial of a United States Passport, related document or service to the individual seeking such passport, document or service.

NOTE: The disclosure of your Social Security Number or of the identity and location of a person to be notified in the event of death or accident is entirely voluntary. However, failure to provide this information may prevent the Department of State from providing you with timely assistance or protection in the event you should encounter an emergency situation while outside the United States.

**ACTS OR CONDITIONS**

(If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

I have not (and no other person included in this application has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state, or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

WARNING: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544. All statements and documents submitted are subject to verification.

**(FOR USE OF OFFICE TAKING APPLICATION)**

| APPLICANT'S IDENTIFYING DOCUMENT(S) | | IDENTIFYING DOCUMENT(S) OF WIFE/HUSBAND TO BE INCLUDED IN PASSPORT | |
|---|---|---|---|
| ☐ Certificate of Naturalization or Citizenship | No. 24117108 | ☐ Certificate of Naturalization or Citizenship | No.: |
| ☒ Passport | Issue Date 10/31/87 | ☐ Passport | Issue Date: |
| ☐ Driver's License | Place of Issue Cairo | ☐ Driver's License | Place of Issue: |
| ☐ Other (Specify): | Issued in Name of: Mohamed Mohamed Hassan | ☐ Other (Specify): | Issued in Name of: |

# DECEASED

SANAA 8377
O N I D 0267

CPAS Subj

[redacted] SNI *
RUEHC
RUEHSN #8377 342 **
ZNR UUUUU ZZH
R 081038Z DEC 86
FM AMEMBASSY SANAA
TO SECSTATE WASHDC 2343
BT
UNCLAS SANAA 08377

CLASS: UNCLASSIFIED
CHRGE: PROG 12/08/86
APPRV: CONS:BBKOPF
DRFTD: CONS:BBKOPF:DL
CLEAR: NONE
DISTR: CONS-2 AMB DCM
CHRON

E.O. 12356: N/A
TAGS: CPAS, YE
SUBJECT: PASSPORT NAMECHECK

MOHAMED MOHAMED HASSAN, DPOB: 07/10/35, SANAA, YEMEN.RUGH
BT
#8377

NNNN

UNCLAS SANAA 8377

**DECEASED**

UNITED STATES DEPAR[TMENT OF STATE]

# APPLICATION FOR PA[SSPORT]

R B J V 0997

00055109-5545

[TYP]E OR PRINT IN INK IN WHITE AREAS ONLY — USE BLOCK LETTERS/NUMBERS

NAME — FIRST: Mohamed — MIDDLE: Mohamed

LAST: Hassan

MAIL PASSPORT TO

STREET / RFD # OR P.O. BOX — APT #

CITY: Dalal -,Badan - STATE: Rep. of Yemen. ZIP CODE

IN CARE OF (IF APPLICABLE)

27766093

R D O DP — Issue Date 11/30/96 — End # — Exp 11/29/06

| SEX | PLACE OF BIRTH (City & State or City & Country) | DATE OF BIRTH (Month Day Year) | SOCIAL SECURITY NUMBER (SEE FEDERAL TAX LAW NOTICE ON REVERSE SIDE) |
|---|---|---|---|
| ☒ Male ☐ Female | Balasan,Dalal,Badan,Ibb,Yemen | 07 10 35 | FOIA(b)(6) |

| HEIGHT (Feet / Inches) | HAIR COLOR | EYE COLOR | HOME TELEPHONE | BUSINESS TELEPHONE |
|---|---|---|---|---|
| 1 / 60 | Grey | Brown | (04) 431073 | ( ) |

NOTE: Most recent passport MUST be enclosed!

| PASSPORT NUMBER | ISSUE DATE (Month Day Year) | PLACE OF ISSUANCE | OCCUPATION (Not Mandatory) |
|---|---|---|---|
| & 25666474 | 12 14 86 | U.S.A Embassi,Sanaa | Merchont |

| DEPARTURE DATE | TRAVEL PLANS (Not Mandatory) — COUNTRIES TO BE VISITED | LENGTH OF STAY (Not Mandatory) |
|---|---|---|
| | N ot yet decided | |

PERMANENT ADDRESS (Do not list P.O. Box)
STREET / RFD # — CITY — STATE — ZIP CODE
Balasan,Dalal,Badan,Ibb,Yemen.



WITH LIGHT, PLAIN BACKGROUND

NOT MANDATORY

IN CASE OF EMERGENCY WHEN TRAVELING ABROAD, NOTIFY (Person in U.S. not Traveling With You)

NAME: FOIA(b)(6)

STREET

CITY: FOIA(b)(6) STATE: FOIA(b)(6) ZIP CODE

TELEPHONE: ( ) RELATIONSHIP: Son

**OATH AND SIGNATURE** (If any of the below-mentioned acts or conditions have been performed by or apply to the applicant the portion which applies should be lined out, and a supplementary explanatory statement should be attached, signed, and made a part of this application.)

I have not, since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath, or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the Government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United States, or conspiring to overthrow, put down or destroy by force the Government of the United States.

WARNING: False statements made knowingly and willfully in passport applications or affidavits or other supporting documents are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. The alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under 18 USC 1543. The use of a passport in violation of the restrictions therein is punishable by fine and/or imprisonment under 18 USC 1544.

DECLARATION: I declare that the statements made in this application are true and complete to the best of my knowledge and belief, that the attached photographs are a true likeness of me, and that I have not been issued or included in a passport issued subsequent to the one submitted herein.

NOTE: APPLICANT MUST SIGN & DATE — SIGNATURE: [signature] — DATE: 30/11/96

DO NOT WRITE BELOW THIS SPACE — **FOR PASSPORT SERVICES USE ONLY** — DO NOT WRITE BELOW THIS SPACE

| Application Approval | Evidence of Name Change | Fees |
|---|---|---|
| FOIA(b)(6) | ☐ Marriage Cert. ☐ Court Order<br>Date<br>Place<br>From<br>To | $ 55 |

FORM DSP-82 (2-93)

**DECEASED**

OMB No. 1405-0020 (Exp. 7/31/00) Estimated Burden 5 Minutes*

**DECEASED**

PX EV908734157US

US DEPARTMENT OF STATE

# APPLICATION FOR A US PASSPORT BY MAIL

OMB APPROVAL NO. 1405-0020
EXPIRES 06/30/2005
ESTIMATED BURDEN See Instruction Page 1

218944234

Issue Date Nov 30 1996

☐R ☐D ☐O ☐DP

End # ______ Exp Nov 29 2006

**WARNING:** False statements made knowingly and willfully in passport applications including affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001, 18 USC 1542 and/or 18 USC 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544. All statements and documents are subject to verification.

**1. Name of Applicant**

Last: HASSAN — Suffix (Jr., Sr., III):

First: MohAMED — Middle: Mohamed

**2. Date of Birth** (mm/dd/yyyy): july-10-1935

**3. Sex**: ☑ Male ☐ Female

**4. Place of Birth** (City & State OR City & Country): yeMeN

**5. Social Security Number** (See Federal Tax Law Notice on Instruction Page 3): FOIA (b) (6)

| 6. Height | 7. Hair Color | 8. Eye Color | 9. Occupation | 10. Employer |
|---|---|---|---|---|
| Feet 5 Inches 13 | Black | Brown | | |



**11. Mail My New Passport To:**

Street, RFD # OR Post Office Box: 2 2 Darlington ct — Apartment #:

City: shreveport — State: LA — Zip Code: 71118

Country (If outside the US): // — In Care of (if applicable): //

**12. Permanent Address or Residence** (If same as mailing address write "Same As Above")

Street, RFD # (DO NOT LIST P.O. BOX) — Apartment #

City: // — State: // — Zip Code: //

| 13. Home Telephone (Include Area Code) | 14. Business Telephone (Include Area Code) | 15. E-Mail Address (Optional) |
|---|---|---|
| (318)573-4063 | ( ) I dont work | |

STOP — You must submit your most recent US passport with this form! If you cannot submit your most recent US passport, apply on Form DS-11, Application For A US Passport.

**16. Passport Information**

Name in which most recent passport was issued: Mohamed, Mohamed. Hassan

Most recent US passport number: 27716093

Issue date of most recent US passport: Nov-30 1996

DS-82
11/2004

**DECEASED**

**DECEASED**

NAME OF APPLICANT (Last, First, Middle): Hassan . Mohamed . M.

Date of Birth (mm-dd-yyyy): July. 10 1935

## 17. Travel Plans

Date of Trip (mm-dd-yyyy): I do not know yet
Length of Trip: 6 Month
Countries to be Visited: Yemen

## 18. Emergency Contact — Provide the information of a person not traveling with you to be contacted in the event of an emergency

Name: FOIA (b) (6)
Street / RFD #: FOIA (b) (6)
Apartment #: FOIA (b) (6)
City: FOIA (b) (6)
State: FOIA (b) (6)
Zip Code: FOIA (b) (6)
Telephone: FOIA (b) (6)
E-mail Address (optional): X
Relationship: FOIA (b) (6)

NOTE: You must sign and date the application in the designated area below!

## 19. Oath & Signature

I declare under penalty of perjury that I am a United States citizen and have not, since acquiring United States citizenship, performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on this application are true and correct and the photograph attached is a true likeness of me.

x Mohamed M Hassan — Applicant's Signature
7-24-06 — Date

DO NOT WRITE BELOW FOR PASSPORT SERVICES USE ONLY DO NOT WRITE BELOW

Evidence of Name Change

- [ ] Marriage Certificate
- [ ] Court Order

Document Issue Date ____

Place of Issue ____

Issuing Office/Court ____

Previous Name ____

Current Name ____

FOIA (b) (6)

FOIA (b) (6)

67

60 EF

# EXHIBIT D

*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

PASSPORT
PASSEPORT
PASAPORTE

USA



UNITED STATES OF AMERICA

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: 218944234

Surname / Nom / Apellidos
HASSAN

Given names / Prénoms / Nombres
MOHAMED MOHAMED

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
10 JUL 1935

Sex / Sexe / Sexo: M
Place of birth / Lieu de naissance / Lugar de nacimiento: YEMEN

Date of issue / Date de délivrance / Fecha de expedición
09 AUG 2006

Authority / Autorité / Autoridad
United States Department of State

Date of expiration / Date d' expiration / Fecha de caducidad
08 AUG 2016

Amendments / Modifications / Enmiendas
SEE PAGE 24

P<USAHASSAN<<MOHAMED<MOHAMED<<<<<<<<<<<<<<<<<<

2189442341USA3507108M1608089<<<<<<<<<<<<<<<02

# THE UNITED STATES OF AMERICA

No. 8904026

## CERTIFICATE OF NATURALIZATION

Petition No. 297007

**·ORIGINAL·**

Personal description of holder as of date of naturalization: Date of birth July 10, 1935 ; sex Male ; complexion Dark ; color of eyes Brown ; color of hair Black ; height 5 feet 0 inches; weight 115 pounds; visible distinctive marks None

Marital status Married Country of former nationality Yemen

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.

Mahamed Mohamed Hassan

(Complete and true signature of holder)



Seal

EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION } ss:

Be it known, that at a term of the District Court of The United States held pursuant to law at Detroit on November 17, 1970 the Court having found that Mohamed Mohamed Hassan then residing at 2375 E. Grand Blvd, Detroit, Michigan intends to reside permanently in the United States (when so required by the Naturalization Laws of the United States), had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, thereupon ordered that such person be and (s)he was admitted as a citizen of the United States of America.

In testimony whereof the seal of the court is hereunto affixed this 17th day of November in the year of our Lord nineteen hundred and Seventy

al

Frederick W. Johnson

Clerk of the U. S. District Court.

By ______ Deputy Clerk.

IT IS A VIOLATION OF THE U. S. CODE (AND PUN... ...H) TO COPY, PRINT, PHOTOGRAPH, OR OTHERWISE ILLEGALLY ... ICATE.

DE...MENT OF ...STICE

# EXHIBIT E

nizar

FOR TRANSLATION & GENERAL SERVICES
للترجمة والخدمات العامة

Translated from the Arabic original document
( Emblem of Rep. of Yemen )

REPUBLIC OF YEMEN
MINISTRY OF INTERIOR
CIVIL STATUS & CIVIL REGISTRATION AUTHORITY

520893

# DEATH CERTIFICATE

## Deceased Details

| Full Name of Deceased | | | Gender | | | |
|---|---|---|---|---|---|---|
| Dead name | Father name | G.Father & Surname | M/F | Nat. | Relig | D.O.B |
| **MOHAMMED** | **MOHAMMED** | **HASSAN** | **Male** | **Yemeni** | **Muslim** | **1935** |

## Death Details

| Date of Death | | | Place of Death | | |
|---|---|---|---|---|---|
| Day | Month | Year | Village/ City | District | Gov./ State |
| **7** | **November** | **2013** | **Balsan** | **Dalal-Badan** | **Ibb** |

| Marital Status | Prof. | National No. |
|---|---|---|
| | | |

**I.D Details**

| Type of I.D. | No. | Issue Date | Place of Issue |
|---|---|---|---|
| | | | |

**Mother's Details**

| Individual Name | Father's Name | G. Father Name | Surname |
|---|---|---|---|
| **HAILAH** | **ABDULLAH** | **AHMED** | **MURSHED** |

**Registration in Register Office**

| Dept. | Number | Date |
|---|---|---|
| | | |

Particularse of the deceased were registered in Death Regester No. (**3**) under entry No. (**3**) on November 7, 2013 A.D at the Civil Status Dept. – ***Taiz***, Directorate: ***Taiz***, Governorate: ***Taiz***

Scirbe: Jamil Alborihi
(signed)

Director of Civil Status & Civil Registration:
Colonel/ **Wadea Alakhali**

Seald by: 1- Civil Status & Civil Registration Authority
2- Minsitry of Foreign Affairs – Taiz office

***I, Mohammed Saleh (Nizar for translation & General Services ) (Translator) certify that this is a complete and accurate translation to the best of my knowledge***

Translation

بسم الله الرحمن الرحيم

الجمهورية اليمنية

وزارة الداخلية

مصلحة الأحوال المدنية والسجل المدني

# شهادة وفاة

الرسوم ٢٢٠

قسم الأحوال
رئيس ...
التوقيع

نموذج رقم (٦/٣ أ.م)

الجمهورية اليمنية
The Republic of Yemen
وزارة الخارجية وشئون المغتربين
Ministry Of Foreign Affairs And Expatriates
...without any liability for content

مصلحة الأحوال المدنية

## تعليمات هامة

١- شهادة الوفاة وثيقة هامة يجب المحافظة عليها.

٢- عند فقدان هذه الوثيقة يجب ابلاغ اقرب مركز امني.

٣- محاولة الحصول على اكثر من شهادة وفاة يعاقب عليها القانون.

٤- أي كشط أو تغيير في هذه الوثيقة يلغيها.

Taiz Office
Ministry Of Foreign Affairs & Expatriates
The Republic of Yemen

ط / ٢٠١٦ 0142668

## بيانات المتوفي

| إسم المتوفي بالكامل | | | النوع | الجنسية | الديانة | تاريخ الميلاد |
|---|---|---|---|---|---|---|
| اسم الفرد | إسم الأب | إسم الجد واللقب | ذكر/أنثى | | | |
| محمد | محمد | حسن | ذكر | يمني | مسلم | ١٩٣٠ |

| الحالة الإجتماعية | المهنة | الرقم الوطني |
|---|---|---|
| | | |

## بيانات الأم

| إسم الفرد | إسم الأب | إسم الجد | اللقب |
|---|---|---|---|
| هايله | عبدالله | أحمد | مرشد |

سجلت بيانات المتوفى بسجل واقعات الوفاة رقم ٣ ورقم قيد ٣

بتاريخ ٧ / ١٧/٨/٢٠١٣م

بإدارة أحوال مدنية تعز مديرية تعز محافظة تعز

## بيانات الوفاة

| تاريخ الوفاة الميلادي بالحروف | | | محل الوفاة | | |
|---|---|---|---|---|---|
| اليوم | الشهر | السنة | قرية/ مدينة | مديرية | محافظة/ دولة |
| سبعة | أحد عشر | الفين وثلاثة عشر | بلسان | دلال بعدان | إب |

## بيانات البطاقة

| النوع | الرقم | تاريخ الإصدار | جهة الإصدار |
|---|---|---|---|
| | | | |

## القيد بالسجل المدني

| إسم الإدارة | رقم قيد الأسرة | التاريخ |
|---|---|---|
| | | |

إسم المحرر: [illegible]

التوقيع: [illegible]

مدير إدارة الأحوال المدنية والسجل المدني

الإسم: [illegible]

التوقيع: [illegible]

الجمهورية اليمنية وزارة الداخلية محافظة ... مصلحة الأحوال المدنية والسجل المدني

# EXHIBIT F

Translated from Arabic birth certificate

In the Name of Allah, the Most Gracious, the Most Merciful,

(Emblem of Rep. of Yemen)

**REPUBLIC OF YEMEN**

MINISTRY OF INTERIOR

CIVIL STATUS &CIVIL REGISTRATION AUTHORITY

# BIRTH CERTIFICATE

## Neonate's Data:

**4287741**

| NEONATE'S FULL NAME | | | GENDER |
|---|---|---|---|
| FIRST NAME | FATHER'S NAME | GRANDFATHER'S NAME AND SURNAME | M/F |
| **ABDULRAHMAN** | **MOHAMMED** | **MOHAMMED HASSAN** | **M** |

## Date of Birth:

| | HOUR | DAY | MONTH | YEAR |
|---|---|---|---|---|
| A.H. | | | | |
| A.D. | | 4 | **May** | 1984 |

## Place of Birth:

| VILLAGE/ CITY | DISTRICT | GOVERNORATE/ COUNTRY |
|---|---|---|
| **Balsan** | **Badan** | **Ibb** |

| NATIONAL NO. | 0 | 4 | 1 | 1 | 0 | 4 | 2 | 0 | 4 | 6 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Parents' Data:

| | NAME | FATHER'S NAME | GRANDFATHER'S NAME AND SURNAME | RELIGION | NATIONALITY |
|---|---|---|---|---|---|
| FATHER | **MOHAMMED** | **MOHAMMED** | **HASSAN** | **MUSLIM** | **YEMENI** |
| MOTHER | **ZANA** | **ALI** | **NAJI AHMED** | **MUSLIM** | **YEMENI** |

## Parents' National Numbers:

| FATHER | MOTHER |
|---|---|
| 218944234 | |

## Family Entry In the Civil Register:

| DEPT. | FAMILY ENTRY NO. | DATE |
|---|---|---|
| | | |

The neonate's data were recorded in Birth Register No. **(20)** , under No.**(644)** on **January 6, 2026 A.D**

**At the Civil Status Dept.: Taiz,** District: **Alsalam,** Governorate: **Sana'a.**

Scribe: Ahmed Ali
(Signed)

Director of Civil Status& Civil Registration Dept.:
**Colonel : Mohammed Ali Humaid**
(Signed)
(Sealed by Civil Status& Civil Registration Dept. in Taiz)

Sealed by Civil Status & Civil Registration Authority
Sealed by Ministry of Foreign Affairs – Taiz office

بسم الله الرحمن الرحيم

الجمهورية اليمنية

الجمهورية اليمنية
The Republic of Yemen
وزارة الخارجية وشئون المغتربين
Ministry Of Foreign Affairs
And Expatriates
يصادق مكتب الوزارة في تعز على صحة
توقيع ........ ختم ........
دون تحمل أي مسؤولية عن
...'s Office of Taiz
The Signature
Stamp of
...any liability for content
التاريخ

وزارة الداخلية

مصلحة الأحوال المدنية والسجل المدني

شهادة ميلاد

نموذج رقم (١/٦ أ.م)

## تعليمات هامة

- شهادة الميلاد وثيقة هامة يجب الحفاظ عليها.
- عند فقدان هذه الوثيقة يجب إبلاغ أقرب مركز أمني.
- محاولة الحصول على أكثر من شهادة ميلاد يعاقب عليها القانون.
- أي كشط أو تغيير في هذه الوثيقة يلغيها.

ط/٢٠١٤ 4287741

## بيانات المولود

| إسم المولود بالكامل | | | النوع |
|---|---|---|---|
| إسم المولود | إسم الأب | إسم الجد واللقب | ذكر/أنثى |
| عبدالرحمن | محمد | محمد حسن | ذكر |

## تاريخ الميلاد بالحروف

| | الساعة | اليوم | الشهر | السنة |
|---|---|---|---|---|
| هجري | | | | |
| ميلادي | | الرابع | مايو | الفين وثمانية<br>واربعة وثمانون |

## محل الميلاد

| قرية/مدينة | مديرية | محافظة / دولة |
|---|---|---|
| بلسان | بغداد | إب |

| الرقم الوطني للمولود | ٠٤١١-٤٢-٤٦٢ |
|---|---|

## بيانات الوالدين

| | إسم الفرد | إسم الأب | إسم الجد واللقب | الديانة | الجنسية |
|---|---|---|---|---|---|
| الأب | محمد | محمد | حسن | مسلم | يمني |
| الأم | زينه | علي | ناجي أحمد | مسلمة | يمنية |

## الرقم الوطني للوالدين

| الأب | الأم |
|---|---|
| ٢١٨٩٤٤٢٣٤ | |

## قيد الأسرة بالسجل المدني

| إسم الإدارة | رقم قيد الأسرة | التاريخ |
|---|---|---|
| | | |

سجلت بيانات المولود بسجل واقعات الميلاد رقم ٢٠ ورقم قيد ٤٤٦

وتاريخ القيد ٦ / ١ / ٢٠٢٦م

بإدارة أحوال مدنية تعز مديرية [illegible] محافظة تعز

إسم المحرر: [illegible]

التوقيع: [illegible]

# EXHIBIT G


Don't Drink and Drive
Louisiana
Don't Litter Louisiana
PERSONAL
DRIVER'S LICENSE
NOT FOR FEDERAL IDENTIFICATION
LICENSE/ID NO CLASS EXPIRATION DATE
009491703 E 05-04-2030
DOB 05-04-1984
ISSUE DATE 09-07-2024
HASSAN
ABDULRAHMAN MOHAMMED
2020 DARLINGTON CT
SHREVEPORT, LA 71118-0000
ENDORSEMENTS
NONE
RESTRICTIONS
NONE
SEX HGT WGT EYES AUDIT OFFICE
M 5' 05" 150 BRO 3648 109
PARISH
09


CLASS: Driver's license
ENDORSEMENTS: None
RESTRICTIONS: None
Donor __Y __N / Living Will __Y __N
Louisiana
REV 02-10-2015
Holder of license must be 21 years of age or older to utilize the privileges of this license in interstate commerce pursuant to 49 Code of Federal Regulations 391.11.
05-04-1984
Crisis Lifeline dial 988
www.expresslane.org
BLOOD TYPE:
Renewable 180 days prior to expiration.

# EXHIBIT H

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

June 11, 2026

**Control Number: NRC2026232165**

JULIE GOLDBERG
14370 VENTURA BLVD
SHERMAN OAKS, CA 91423

Dear JULIE GOLDBERG:

We received your request for information relating to MOHAMED HASSAN on June 4, 2026.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: NRC2026232165. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the complex track. You may wish to narrow the scope of your request to a specific document. To do so, please send a written request, identifying the specific document sought, to the address above. We will notify you if your request meets the eligibility requirements for the simple track.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10 business day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10 business day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

Agreement to Pay Fees

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.11), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Personally Identifiable Information

USCIS no longer collects Social Security Numbers in connection with FOIA or PA requests. When forwarding to us any documents related to your request, please ensure any Social Security Numbers on the documents are blanked out or removed.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable

information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

How to Check the Status of Your Request

You may check the status of your FOIA request online at first.uscis.gov/#/check-status. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

How to submit Questions or Changes

Questions concerning this FOIA/PA request may be emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence. For more information regarding the USCIS FOIA Program, please visit the USCIS website at www.uscis.gov/FOIA. If you email us and want to provide personal information (such as A-number, social security number or passport number) so we can better assist you, please include it in the body of your email and not in the subject line. Including personal information in the subject line may violate our privacy guidelines.

Sincerely,

Jarrod Panter

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

# Request for Someone Else's Immigration Records

Step 5 of 5 - Review and Sign

1 2 3 4 5

# Submission Successful

Your FOIA request has been submitted successfully. To track and manage your request, use the tracking number below.

**Tracking Number:** NRC2026348163REQ

**Subject Name:** Mohamed Mohamed Hassan

**Request Date:** 6/4/26

**Requester Email:** uscis@goldbergimmigration.com

View My Requests

# Request for Someone Else's Immigration Records

Step 5 of 5 - Review and Sign

1 2 3 4 5

## Subject Information

### Information About the Subject of Record

Edit

| | |
|---|---|
| Full Legal Name | **Hassan, Mohamed Mohamed** |
| Full Name at Time of Entry Into the United States | **Hassan, Mohamed Mohamed** |
| Other Names Used in the Past | |
| Country of Birth | **YEMEN** |
| Date of Birth | **7/10/1935** |
| Alien Registration Number | |
| Previous Application, Petition, or Request Receipt Number | **Passport: 218944234**<br>**Petition No. 297007**<br>**Cer of Natu: 8904026** |

### Subject of Record Contact Information

Edit

| | |
|---|---|
| Address | **2020 Darlington Circle**<br>**Shreveport, LA 71118** |
| Home Phone | |
| Mobile Phone | |
| Email Address | |

### Other Information About the Subject of Record

Edit

| | |
|---|---|
| Father's Name | **Unknown, Unknown** |
| Mother's Name | **Unknown, Unknown** |
| Family Members | **Child: Hassan , Abdulrahman Mohammed** |

## Request Details

## Documents Requested

Edit

| | |
|---|---|
| Requested File Type | Other: We are kindly requesting any and ALL records pertaining to my Deceased father, Mohamed Mohamed Hassan. DOB: 07/10/1935. Please see attached his U.S. Passport, Naturalization certificate, Death certificate, and my birth certificate. |

## Immigration Proceedings

Edit

| | |
|---|---|
| Immigration Court Proceedings | No |

## Uploaded Documents

Edit

Documents

- DS-4240 on behalf of deceased father.pdf
- Deceased father's naturalization Certificate.pdf
- Driver License or Abdulraham - Expires 2030.pdf
- DS-4240-R for Abdulrahamn's father (2).pdf
- Deceased father's U.S. Passport.pdf
- FOIA Declaration consent.pdf
- G-28 for Abdulrahman.pdf
- Birh certificate.pdf
- Death Certificate (2).pdf

# Requester Information

## Contact Information

Edit

| | |
|---|---|
| Full Legal Name | Goldberg, Julie Ann |
| Address | 14370 VENTURA BLVD<br>SHERMAN OAKS, CA 91423 |
| Home Phone | +1 (818) 999-1559 |
| Mobile Phone | +1 (818) 999-1559 |
| Email Address | uscis@goldbergimmigration.com |

# Requester's Statement and Signature

## Consent to pay fees and release documents

A "*" indicates a required field.

### Agreement Statement

By entering my name to provide my electronic signature, I consent to pay all allowable costs incurred by USCIS for search, duplication and review of responsive documents. I acknowledge that USCIS may charge me a $25 fee. If I receive notice from USCIS that a fee is payable, I understand that I will not receive requested records unless the fee is timely paid.

☐ I have read and agree to the above statement. *

Type in your name to sign *

Date

6/4/2026

Back

Submit Request

Translated from the Arabic original document
( Emblem of Rep. of Yemen )

REPUBLIC OF YEMEN
MINISTRY OF INTERIOR
CIVIL STATUS & CIVIL REGISTRATION AUTHORITY

520893

# DEATH CERTIFICATE

## Deceased Details

| Full Name of Deceased | | | Gender | | | |
|---|---|---|---|---|---|---|
| Dead name | Father name | G.Father & Surname | M/F | Nat. | Relig | D.O.B |
| **MOHAMMED** | **MOHAMMED** | **HASSAN** | **Male** | **Yemeni** | **Muslim** | **1935** |

## Death Details

| Date of Death | | | Place of Death | | |
|---|---|---|---|---|---|
| Day | Month | Year | Village/ City | District | Gov./ State |
| **7** | **November** | **2013** | **Balsan** | **Dalal-Badan** | **Ibb** |

| Marital Status | Prof. | National No. |
|---|---|---|
| | | |

**I.D Details**

| Type of I.D. | No. | Issue Date | Place of Issue |
|---|---|---|---|
| | | | |

**Mother's Details**

| Individual Name | Father's Name | G. Father Name | Surname |
|---|---|---|---|
| **HAILAH** | **ABDULLAH** | **AHMED** | **MURSHED** |

**Registration in Register Office**

| Dept. | Number | Date |
|---|---|---|
| | | |

Particularse of the deceased were registered in Death Regester No. (**3**) under entry No. (**3**) on November 7, 2013 A.D at the Civil Status Dept. – ***Taiz***, Directorate: ***Taiz***, Governorate: ***Taiz***

Scirbe: Jamil Alborihi
(signed)

Director of Civil Status & Civil Registration:
Colonel/ **Wadea Alakhali**

Seald by: 1- Civil Status & Civil Registration Authority
2- Minsitry of Foreign Affairs – Taiz office

*I, Mohammed Saleh (Nizar for translation & General Services ) (Translator) certify that this is a complete and accurate translation to the best of my knowledge*

Translation

بسم الله الرحمن الرحيم

الجمهورية اليمنية

وزارة الداخلية

مصلحة الأحوال المدنية والسجل المدني

# شهادة وفاة

الرسوم ٢٢٠

قسم الأحوال
رئيس القسم
التوقيع

نموذج رقم (٦/٣ أ.م)

The Republic of Yemen
Ministry Of Foreign ... And Expatriates

مصلحة الأحوال المدنية

## تعليمات هامة

١- شهادة الوفاة وثيقة هامة يجب المحافظة عليها.

٢- عند فقدان هذه الوثيقة يجب ابلاغ اقرب مركز امني.

٣- محاولة الحصول على اكثر من شهادة وفاة يعاقب عليها القانون.

٤- أي كشط أو تغيير في هذه الوثيقة يلغيها.

without any liability for content

Taiz Office
Ministry Of Foreign Affairs & Expatriates
The Republic of Yemen

ط 0142668
٢٠١٦

## بيانات المتوفي

| إسم المتوفي بالكامل | | | النوع | الجنسية | الديانة | تاريخ الميلاد |
|---|---|---|---|---|---|---|
| اسم الفرد | إسم الأب | إسم الجد واللقب | ذكر/أنثى | | | |
| محمد | محمد | حسن | ذكر | يمني | مسلم | ١٩٣٠ |

| الحالة الإجتماعية | المهنة | الرقم الوطني |
|---|---|---|
| | | |

## بيانات الأم

| إسم الفرد | إسم الأب | إسم الجد | اللقب |
|---|---|---|---|
| هايله | عبدالله | أحمد | مرشد |

سجلت بيانات المتوفى بسجل واقعات الوفاة رقم ٣ ورقم قيد ٣

بتاريخ ٧ / ٨ / ٢٠١٣م

بإدارة أحوال مدنية تعز مديرية تعز محافظة تعز

## بيانات الوفاة

| تاريخ الوفاة الميلادي بالحروف | | | محل الوفاة | | |
|---|---|---|---|---|---|
| اليوم | الشهر | السنة | قرية/ مدينة | مديرية | محافظة/ دولة |
| سبعة | أحد عشر | الفين وإثنا عشر | بلسان | دلال بعدان | إب |

## بيانات البطاقة

| النوع | الرقم | تاريخ الإصدار | جهة الإصدار |
|---|---|---|---|
| | | | |

## القيد بالسجل المدني

| إسم الإدارة | رقم قيد الأسرة | التاريخ |
|---|---|---|
| | | |

إسم المحرر: [signature]

التوقيع: [signature]

مدير إدارة الأحوال المدنية والسجل المدني

الإسم: [signature]

التوقيع: [signature]


PASSPORT
United States
of America

*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

PASSPORT
PASSEPORT
PASAPORTE

USA



UNITED STATES OF AMERICA

Type / Type / Tipo: P

Code / Code / Código: USA

Passport No. / No. du Passeport / No. de Pasaporte: 218944234

Surname / Nom / Apellidos: HASSAN

Given names / Prénoms / Nombres: MOHAMED MOHAMED

Nationality / Nationalité / Nacionalidad: UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento: 10 JUL 1935

Sex / Sexe / Sexo: M

Place of birth / Lieu de naissance / Lugar de nacimiento: YEMEN

Date of issue / Date de délivrance / Fecha de expedición: 09 AUG 2006

Authority / Autorité / Autoridad: United States Department of State

Date of expiration / Date d' expiration / Fecha de caducidad: 08 AUG 2016

Amendments / Modifications / Enmiendas: SEE PAGE 24

P<USAHASSAN<<MOHAMED<MOHAMED<<<<<<<<<<<<<<<<<<

2189442341USA3507108M1608089<<<<<<<<<<<<<<<02

# THE UNITED STATES OF AMERICA

No. 8904026

## CERTIFICATE OF NATURALIZATION

Petition No. 297007

·ORIGINAL·

Personal description of holder as of date of naturalization: Date of birth July 10, 1935 sex Male complexion Dark color of eyes Brown color of hair Black height 5 feet 0 inches; weight 115 pounds; visible distinctive marks None

Marital status Married Country of former nationality Yemen

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.

✓ Mahamed Mohamed Hassan

(Complete and true signature of holder)



Seal

EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION } ss:

Be it known, that at a term of the District Court of The United States held pursuant to law at Detroit on November 17, 1970 the Court having found that Mohamed Mohamed Hassan then residing at 2375 E. Grand Blvd, Detroit, Michigan intends to reside permanently in the United States (when so required by the Naturalization Laws of the United States), had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, thereupon ordered that such person be and (s)he was admitted as a citizen of the United States of America.

In testimony whereof the seal of the court is hereunto affixed this 17th day of November in the year of our Lord nineteen hundred and Seventy

al

Frederick W. Johnson

Clerk of the U. S. District Court.

By ________________ Deputy Clerk.

IT IS A VIOLATION OF THE U. S. CODE (AND PUN... ...CH) TO COPY, PRINT, PHOTOGRAPH, OR OTHERWISE ILLEGALLY ... ICATE.

DEPARTMENT OF JUSTICE

DECLARATION OF ABDULRAHMAN MOHAMMED HASSAN

I, Abdulrahman Mohammed Hassan, declare under penalty and perjury that the foregoing is true and correct:

1. I have retained the Law Office of Goldberg and Associates, to represent me and my father in our immigration matters.

2. I was born on **May 04 1984 in Yemen.**

3. My current mailing address is: **2020 Darlington Circle, Shreveport , LA 71118.**

4. My current telephone number is: **(318) 560-4876.**

5. My current email address is: **snquikmartcorp@gmail.com**

6. I am writing this declaration to request that the Department of State release any and all records in possession of this Department **pertaining to my deceased father, Mohamed Mohamed Hassan: DOB: 07/10/1935. Please see attached his recent U.S. Passport, Naturalization certificate, and Death certificate.**

7. **I am knowingly and willingly authorizing Julie Goldberg of Goldberg and Associates, and her Assistants to access and receive copies of all immigration records**.

I, Abdulrahman Mohammed Hassan, **declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on:

Date: 01/14/2026 Signature: Abdulrahman Mohammed Hassan
Abdulrahman Mohammed Hassan (Jan 14, 2026 16:53:49 CST)

U.S. Department of State

# CERTIFICATION OF IDENTITY

| | |
|---|---|
| 1. Full Name of Requester[1] (*Last, First, MI*) Hassan, Abdulrahman, Mohammed | 2. Date of Birth (*mm-dd-yyyy*) 05-04-1984 |
| 3. Full Name of Subject of Records Hassan, Mohamed, Mohamed | 4. Citizenship Status[2] Yemen |
| 5. Current Address 2020 DArlington Circle Shreveport , LA 71118. | 6. Place of Birth Yemen |

Third Party Authorization

Complete this section if you are authorizing release of your records to another person.

I, Abdulrahman Mohammed Hassan, pursuant to 5 U.S.C. Section 552a(b),

authorize the U.S. Department of State to release any and all information relating to me to

Name of Third Party Julie Goldberg for Goldberg & Associates

Address of Third Party 14370 Ventura Blvd, Sherman Oaks, CA 91423

Type of Third Party (check one): ☐ Parent ☐ Custodial Guardian ☒ Legal Representation ☐ Other ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature[3] Abdulrahman
Abdulrahman (May 22, 2026 13:58:59 CDT)

Date (*mm-dd-yyyy*) 05/22/2026

## PRIVACY ACT STATEMENT

**AUTHORITIES:** The information is sought pursuant to 22 CFR Section 171; 5 U.S.C. Section 552a (the Privacy Act of 1974); 5 U.S.C 552 (Freedom of Information Act).

**PURPOSE:** The information solicited on this form will be used to identify the individuals submitting requests by mail under the FOIA and Privacy Act of 1974, 5 U.S.C. Section 552a. This solicitation is to ensure that the records of individuals who are the subject of U.S. Department of State records are not wrongfully disclosed by the Department. The information furnished may also be used to provide third party authorization.

**ROUTINE USES:** The information on this form will only be used to certify identification and will not be shared with other offices or agencies. More information on the Routine Uses for the system can be found in the System of Records Notice State-35, Information Access Program Records.

**DISCLOSURE:** Providing this information is voluntary. Failure to provide the information requested on this form may result in less information being disclosed in a FOIA or Privacy Act request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S. C. Section 552a(i)(3).

[1] Name of individual who is the subject of the record(s) sought.
[2] Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Name of individual who is the subject of the record(s) sought.



Don't Drink and Drive
Louisiana
Don't Litter Louisiana

PERSONAL
DRIVER'S LICENSE
NOT FOR FEDERAL IDENTIFICATION

| LICENSE/ID NO | CLASS | EXPIRATION DATE |
| --- | --- | --- |
| 009491703 | E | 05-04-2030 |

DOB 05-04-1984 ISSUE DATE 09-07-2024

HASSAN
ABDULRAHMAN MOHAMMED
2020 DARLINGTON CT
SHREVEPORT, LA 71118-0000

ENDORSEMENTS NONE
RESTRICTIONS NONE

| SEX | HGT | WGT | EYES | AUDIT | OFFICE |
| --- | --- | --- | --- | --- | --- |
| M | 5' 05" | 150 | BRO | 3648 | 109 |

PARISH 09

Translated from Arabic birth certificate

In the Name of Allah, the Most Gracious, the Most Merciful,

(Emblem of Rep. of Yemen)

**REPUBLIC OF YEMEN**

**MINISTRY OF INTERIOR**

**CIVIL STATUS &CIVIL REGISTRATION AUTHORITY**

# BIRTH CERTIFICATE

## Neonate's Data:

4287741

| NEONATE'S FULL NAME | | | GENDER |
|---|---|---|---|
| FIRST NAME | FATHER'S NAME | GRANDFATHER'S NAME AND SURNAME | M/F |
| **ABDULRAHMAN** | **MOHAMMED** | **MOHAMMED HASSAN** | **M** |

## Date of Birth:

| | HOUR | DAY | MONTH | YEAR |
|---|---|---|---|---|
| A.H. | | | | |
| A.D. | | 4 | May | 1984 |

## Place of Birth:

| VILLAGE/ CITY | DISTRICT | GOVERNORATE/ COUNTRY |
|---|---|---|
| **Balsan** | **Badan** | **Ibb** |

| NATIONAL NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 4 | 1 | 1 | 0 | 4 | 2 | 0 | 4 | 6 | 3 |

## Parents' Data:

| | NAME | FATHER'S NAME | GRANDFATHER'S NAME AND SURNAME | RELIGION | NATIONALITY |
|---|---|---|---|---|---|
| FATHER | **MOHAMMED** | **MOHAMMED** | **HASSAN** | **MUSLIM** | **YEMENI** |
| MOTHER | **ZANA** | **ALI** | **NAJI AHMED** | **MUSLIM** | **YEMENI** |

## Parents' National Numbers:

| FATHER | MOTHER |
|---|---|
| 218944234 | |

## Family Entry In the Civil Register:

| DEPT. | FAMILY ENTRY NO. | DATE |
|---|---|---|
| | | |

The neonate's data were recorded in Birth Register No. **(20)** , under No.**(644)** on **January 6, 2026 A.D**

**At the Civil Status Dept.: Taiz, District: Alsalam, Governorate: Sana'a.**

Scribe: Ahmed Ali
**(Signed)**

Director of Civil Status& Civil Registration Dept.:
**Colonel : Mohammed Ali Humaid**
**(Signed)**
**(Sealed by Civil Status& Civil Registration Dept. in Taiz)**

**Sealed by Civil Status & Civil Registration Authority**
**Sealed by Ministry of Foreign Affairs – Taiz office**

Nizar For Translation

# Notice of Entry of Appearance as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any) ► 0 1 7 5 4 7 6 3 4 7 0 9

### *Name of Attorney or Accredited Representative*

2.a. Family Name (Last Name): GOLDBERG
2.b. Given Name (First Name): JULIE
2.c. Middle Name: ANN

### *Address of Attorney or Accredited Representative*

3.a. Street Number and Name: 14370 VENTURA BOULEVARD
3.b. ☐ Apt. ☐ Ste. ☐ Flr.
3.c. City or Town: SHERMAN OAKS
3.d. State: CA 3.e. ZIP Code: 91423
3.f. Province:
3.g. Postal Code:
3.h. Country: USA

### *Contact Information of Attorney or Accredited Representative*

4. Daytime Telephone Number: 8189991559
5. Mobile Telephone Number (if any):
6. Email Address (if any): USCIS@GOLDBERGIMMIGRATION.COM
7. Fax Number (if any): 8189991449

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority: CALIFORNIA SUPREME COURT

1.b. Bar Number (if applicable): 235565

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable): GOLDBERG AND ASSOCIATES

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization:

2.c. Date of Accreditation (mm/dd/yyyy):

3. ☐ I am associated with ______, the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate:

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

All Immigration Matters

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶ E A C 1 5 1 6 4 5 0 1 1 6

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

[X] Applicant [ ] Petitioner [ ] Requestor
[ ] Beneficiary/Derivative [ ] Respondent (ICE, CBP)

### *Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)*

**6.a.** Family Name (Last Name): Hassan

**6.b.** Given Name (First Name): Abdulrahman

**6.c.** Middle Name: Mohammed

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- 0 5 6 5 1 8 2 3 3

### *Client's Contact Information*

**10.** Daytime Telephone Number: 3185604876

**11.** Mobile Telephone Number (if any): 3185604876

**12.** Email Address (if any): tonyhassan0012@gmail.com

### *Mailing Address of Client*

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name: 2020 Darlington Circle

**13.b.** [ ] Apt. [ ] Ste. [ ] Flr.

**13.c.** City or Town: Shreveport

**13.d.** State: LA **13.e.** ZIP Code: 71118

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country: USA

## Part 4. Client's Consent to Representation and Signature

### *Consent to Representation and Release of Information*

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### *Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### *Signature of Client or Authorized Signatory for an Entity*

**2.a.** Signature of Client or Authorized Signatory for an Entity

Abdulrahman Mohammed Hassan
Abdulrahman Mohammed Hassan (Jan 14, 2026 17:23:21 CST)

**2.b.** Date of Signature (mm/dd/yyyy) 01/14/2026

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative

[signature]

**1.b.** Date of Signature (mm/dd/yyyy) 01/14/2026

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

1.a Family Name (Last Name): Hassan

1.b. Given Name (First Name): Abdulrahman

1.c. Middle Name: Mohammed

2.a. Page Number 2.b. Part Number 2.c. Item Number

2.d.

3.a. Page Number 3.b. Part Number 3.c. Item Number

3.d.

4.a. Page Number 4.b. Part Number 4.c. Item Number

4.d.

5.a. Page Number 5.b. Part Number 5.c. Item Number

5.d.

6.a. Page Number 6.b. Part Number 6.c. Item Number

6.d.

U.S. Department of State

# REQUEST FOR INDIVIDUAL ACCESS TO RECORDS PROTECTED UNDER THE PRIVACY ACT

If you are seeking access to your records, please provide the information below. This form may also be used by a parent or guardian of a U.S. citizen or Lawful Permanent Resident seeking access to the records of a minor or a legal guardian seeking access to the records of an individual who has been declared by a court to be incompetent.

**Information Required for Identity-Proofing and Authentication**

This information is required for the agency to verify your identity.

1. Full Name of Requester [1] (*Last, First, MI*)
Hassan, Abdulrahman, Mohammed

2. Current Address
2020 DArlington Circle Shreveport , LA 71118.

| 3. Date of Birth (*mm-dd-yyyy*) | 4. Place of Birth | 5. Citizenship Status [2] |
|---|---|---|
| 05-04-1984 | Yemen | Yemen |

6. If you are a parent or legal guardian requesting records of a minor or an individual who has been declared by a court to be incompetent

Name of Record Subject: Hassan, Mohamed, Mohamed

Relationship to Record Subject: [X] Parent [ ] Custodial Guardian [ ] Legal Representation [ ] Other ____

7. **Additional Information Required to locate records** [3]

U.S. Passport No. 218944234
Certificate of Naturalization No.: 8904026, Petition No. 297007

8. **Description of Requested Records** *(Describe what records are being requested)* [4]

We are kindly requesting any and ALL Passport Records pertaining to my Deceased father, Mohamed Mohamed Hassan. DOB: 07/10/1935. Please see attached his recent U.S. Passport, Naturalization certificate, and Death certificate.

9. **Contact Information** *(Address for receiving the requested information)*

14370 Ventura Blvd, Sherman Oaks, CA 91423

10. **Declaration under Penalty of Purjury**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above and requesting access to my records, or records that I am entitled to request as the parent of a minor or the legal guardian of an incompetent, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine, imprisonment of not more than five years, or both, and that requesting or obtaining any record(s) under false pretense is punishable under the provisions of 5 U.S.C § 552a(i)(3) by a fine of not more than $5,000.

| Electronic Signature | Date (*mm-dd-yyyy*) |
|---|---|
| Abdulrahman Hassan<br>Abdulrahman Hassan (May 7, 2026 18:13:37 CDT) | 05/07/2026 |

U.S. Department of State

# CONSENT FOR DISCLOSURE OF RECORDS PROTECTED UNDER THE PRIVACY ACT

1. Name of individual who is the subject of the record(s) sought.

2. Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

3. This information is required for the agency to be able to match the individual's information provided in this request with the records that pertain to that individual. Although not required, information such as social security number, permanent resident ("green card") number, passport number and other personal identifying information will assist the Department in matching the individual's information provided in this request with the records that pertain to that individual.

4. Requests for access should describe the requested record(s) in sufficient detail to permit identification of the record(s). At a minimum, requests should include the individual's full name (including maiden name, if appropriate) and any other names used. Helpful data includes the approximate time period of the record and the circumstances that give the individual reason to believe that the Department maintains a record under the individual's name or personal identifier, and, if known, the system of records in which the record is maintained.

5. For a complete list of the Department's records collections systems, go to the System of Records Notices (SORN) page:
   https://www.state.gov/system-of-records-notices-privacy-office/

**Privacy Act Statement**

In accordance with 22 CFR § 171.22 (c) personal information sufficient to identify the individuals requesting access to records under the Privacy Act of 1974, 5 U.S.C. § 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of the U.S. Department of State's systems of records are not wrongfully disclosed by the Department. The information on this form will only be used to verify identification and will not be shared with other offices or agencies. More information on the Routine Uses for the system can be found in the System of Records Notice State-35, **Information Access Program Records**.[5] Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. § 1001 and/or 5 U.S.C. § 552a(i)(3).

# EXHIBIT I

**40 mins**
**6/10/26 2:11p**
**Correspondence**
**Mohammed - LA Staff**

NoteID: 445757

Called USCIS with the client on the line regarding the pending FOIA request. I provided the receipt/control number and explained that the client has an upcoming hearing and that we were seeking information regarding the FOIA request. The USCIS representative advised that the Contact Center can only provide information regarding petitions and applications and does not have access to FOIA requests, which are handled by the National Records Center (NRC). The representative stated that FOIA inquiries must be submitted by email, that current processing times are approximately 217 days, and that she was not aware of any way to expedite the request through the Contact Center. I requested a phone number or direct contact for the NRC, but no additional contact information was provided. The client verified his identity by answering security questions regarding his name, date of birth, email address, and phone number. I will follow up by email regarding the FOIA request.

# EXHIBIT J

# URGENT REQUEST AND EXPEDITED PROCESSING FOR USCIS FOIA REQUEST - Control Number: NRC2026348163REQ. Upcomig Removal Hearing on June 27,2026

External 24998 | HASSAN, Abdulrahman USCIS FOIA

G

**Goldberg & Associates PC** <uscis@goldbergimmigration.com> Wed, Jun 10, 3:03 PM
to FOIAPAQuestions, FOIAPAQuestions

Dear FOIA Officer,

We represent the above-referenced individual in active removal proceedings. We are writing regarding the pending USCIS FOIA request, Control Number: NRC2026348163REQ. Subject Name: Mohamed Mohamed Hassan. Please see attached the request and vital documents in one pdf file together below.

This matter is extremely URGENT. Our client has an upcoming immigration court hearing scheduled for June 27, 2026, and the requested records are necessary to prepare and present the case. The inability to obtain these records before the hearing may substantially prejudice the client's ability to fully prepare and present his claims.

We respectfully request an immediate status update and expedited processing of this FOIA request due to the imminent hearing date. If additional documentation is required to support this request, please let us know immediately and we will provide it without delay.

A copy of the hearing notice is attached for reference.

Thank you for your prompt attention to this matter. We would greatly appreciate any assistance you can provide given the upcoming hearing date.

**Sincerely,**

**Mohammed Alraddadi**

**Goldberg & Associates**
**Immigration Law Solutions**

**LOS ANGELES**
**14370 Ventura Blvd.**
**Sherman Oaks, California 91423**
**818-999-1559 (Voice)**

# EXHIBIT K

F

**FOIAPAQuestions** <foiapaquestions@uscis.dhs.gov> Fri, Jun 12, 11:15 AM
to me

Good afternoon,

Requests to have your Form G-639 expedited, or processed ahead of other earlier received requests, are reviewed on a case-by-case basis. You must establish one of the following situations exists in order to receive expedited treatment of your FOIA/PA request.

- Circumstances in which the lack of expedited processing could reasonably be expected to pose an imminent threat to the life or physical safety of an individual;
- An urgency to inform the public about an actual or alleged federal government activity, if made by a person who is primarily engaged in disseminating information;
- The loss of substantial due process rights; (job, travel, real ID, school, and/or petition deadlines are not covered)
- A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence.

Your request does not establish one of the above situations.

*Public Liaison*
*Records Release*
*Department of Homeland Security*
*USCIS/NRC (National Records Center)*

Please note:

- As of **December 16, 2022**, our office no longer accepts emailed FOIA requests.
- As of **January 22, 2026**, our office will not generally accept nonelectronic (paper) FOIA requests. If you are unable to file your request electronically, include a detailed explanation with your request and we will determine if your paper request will be processed.

# EXHIBIT L

G

**Goldberg & Associates PC** <uscis@goldbergimmigration.com> Jun 12, 2026, 1:12 PM
to FOIAPAQuestions

Dear FOIA Officer,

We respectfully request reconsideration of the denial of expedited processing.

This request meets the expedited processing standard because the subject of the FOIA request is currently in active removal proceedings and has an upcoming hearing scheduled for June 27, 2026. The requested records are necessary for counsel to prepare for the hearing, review the client's immigration history, and evaluate all available forms of relief and defenses.

Without expedited processing, the client faces a substantial loss of due process rights, as counsel may not have a meaningful opportunity to obtain, review, and use the requested records before the removal hearing.

Accordingly, we respectfully request that USCIS reconsider the denial and expedite processing of this FOIA request due to the imminent hearing date and the risk of substantial prejudice in removal proceedings.

Thank you for your prompt attention.

**Sincerely,**

**Mohammed Alraddadi**
**Goldberg & Associates**
**Immigration Law Solutions**

**LOS ANGELES**
**14370 Ventura Blvd.**
**Sherman Oaks, California 91423**
**818-999-1559 (Voice)**

# EXHIBIT M

F

**FOIAPAQuestions** <foiapaquestions@uscis.dhs.gov> Mon, Jun 15, 6:29 AM
to me

Good morning,

Unfortunately, we are only able to move forward the subject of record's file. As this file does not belong to your client, we are not able to move it forward based on court dates.

# EXHIBIT N

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

July 13, 2026

**Control Number: NRC2026232165**

JULIE GOLDBERG
14370 VENTURA BLVD
SHERMAN OAKS, CA 91423

Dear JULIE GOLDBERG:

We received your request for information relating to MOHAMED HASSAN on June 4, 2026.

The Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifies certain requirements for an access request. One of these requirements is that the request must be made in accordance with the agency's published FOIA regulations. The procedures for requesting access to Department of Homeland Security (DHS) records are set forth in DHS regulations at Title 6 C.F.R. § 5.3 Requirements for making requests. The requirements of filing a FOIA or PA request are also available on our website at https://www.uscis.gov/records/request-records-through-thefreedom-of-information-act-or-privacy-act.

We are administratively closing your request due to failure to comply with one or more of these requirements. Specifically:

Some or all of the required information that you submitted was:

•Illegible or

•In a foreign language and not accompanied by a certified English translation. The translator must certify that he or she is competent to translate the foreign language into English, and the translation is complete and accurate.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal electronically to USCIS through your online portal by selecting Appeal in the Actions drop down window. You may also file an administrative FOIA appeal to USCIS at: USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration,

8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

Your case has been closed with no further action taken. If you wish to pursue this request, please provide the information described by the regulation cited above. The requirements of filing a FOIA or PA request are also available for your convenience on our website at www.uscis.gov.

Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

# EXHIBIT O

G

**Goldberg & Associates PC** <uscis@goldbergimmigration.com> Jul 24, 2026, 6:10 PM
to FOIAPAQuestions

Dear USCIS FOIA Officer,

I am following up regarding the FOIA request for Mohamed Hassan, Control No. NRC2026232165. We have now filed an urgent administrative appeal, Appeal No. APP2026029027REQ.

The request was administratively closed based on USCIS's determination that certain documents were illegible or lacked certified English translations. However, the original Arabic death certificate and birth certificate were submitted together with complete English translations prepared by Nizar for Translation & General Services and authenticated by the Yemeni Civil Status and Civil Registration Authority and the Ministry of Foreign Affairs—Taiz Office.

The requester is currently in removal proceedings. His immigration court hearing was continued to September 10, 2026, and these records are urgently needed for counsel to prepare for the hearing and evaluate all available relief.

We respectfully request prompt review of Appeal No. APP2026029027REQ, reopening of the FOIA request, and expedited processing.

Thank you for your prompt attention to this urgent matter.

**Sincerely,**

**Mohammed Alradddi**

**Goldberg & Associates**

**Immigration Law Solutions**

**LOS ANGELES**
**14370 Ventura Blvd.**
Sherman Oaks, California 91423
**818-999-1559 (Voice)**

**DETROIT**
**3005 Oakwood Boulevard**
**Melvindale, Michigan 48122**
**313-888-9545 (Voice)**

**DJIBOUTI**
**Marabout Lot NO 549A**
**Heron, Djibouti**
**Past the Second Circle**
**Big Yellow House**
**+253 77 22 32 58 (Voice)**

uscis@goldbergimmigration.com

**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

**2 Attachments** • Scanned by Gmail

# EXHIBIT P

F

**FOIAPAQuestions** Wed, Jul 29, 7:31 AM
to me

Good morning,

I have reviewed the supporting documents we received on your request. The scans were not clear.

To obtain a copy of your records, please submit a new FOIA request. If you wish to submit a new FOIA/PA request, please visit www.uscis.gov/FOIA. You can now submit a FOIA request online using our new Freedom of Information Act Records System (FIRST). For instructions and requirements on how to complete a FOIA/PA request or to check on the status of a previously submitted request, please visit our FOIA webpage at www.uscis.gov/FOIA.

If you would like to submit the supporting documents to this email after you make a new request, we can have the PDF files scanned to your case. This will help ensure the documents are legible.

# EXHIBIT Q

| | |
|---|---|
| **35 mins**<br>**8/3/26 5:31p**<br>**Research/Prep/Drafting**<br>**Mohammed - LA Staff**<br><br>NoteID: 452390 | Found USCIS's response to my urgent appeal email. They stated that the supporting documents were unclear and instructed us to submit a new FOIA request. I sent the response to Julie, and she asked me to call USCIS and request a supervisor. ------------------------- I called USCIS and remained on the phone for approximately one hour while working on other tasks. Julie also talked the agent but they closed on her, , so she asked me to call again. ----------------- I called again and explained that the matter is urgent, the documents are clear as the sky, and submitting a new request would cause additional delay. The representative stated that they cannot review FOIA requests or supporting documents over the phone and can only view petition information. I requested a supervisor, but after placing me on hold, she advised that no supervisor was available. |

# EXHIBIT R

G

**Goldberg & Associates PC** <uscis@goldbergimmigration.com> Aug 5, 2026, 2:38 PM
to FOIAPAQuestions

**Subject: URGENT: Supervisory Review and Expedited Decision Required – FOIA NRC2026232165 / Appeal APP2026029027REQ / September 10, 2026 Removal Hearing**

Dear USCIS FOIA Officer:

We respectfully request **immediate supervisory review and expedited action** regarding the FOIA request for **Mohamed Mohamed Hassan**, Control No. **NRC2026232165**, and the related administrative appeal, Appeal No. **APP2026029027REQ**.

USCIS administratively closed the original request after determining that certain supporting documents were unclear or lacked certified English translations. We disagreed with that determination and timely filed an administrative appeal. With the appeal, we submitted the original Arabic birth and death certificates together with their complete certified English translations and authentication pages.

On **July 29, 2026**, USCIS responded by email regarding the appeal and stated that the scans were unclear and that a new FOIA request should be filed. However, the requester is the deceased individual's son and is currently in removal proceedings, with an immigration court hearing scheduled for **September 10, 2026**, about one month away. Requiring him to file a new FOIA request would not provide enough time to obtain the requested records before the hearing, especially because the documents already submitted are clear, fully translated, and officially issued and authenticated by the appropriate Yemeni government authorities in Taiz.

**If all requested FOIA records are not released within seven days, we will file a federal lawsuit against USCIS to compel their production.** Given the urgency and the September 10, 2026 removal hearing, we will also seek a preliminary injunction and all available attorney's fees and litigation costs, including any fees available under FOIA and the Equal Access to Justice Act.

The requested USCIS records are urgently needed for counsel to investigate his immigration history, evaluate all available forms of relief, prepare his defense, and present his case before the Immigration Court.

We contacted the USCIS Contact Center and requested assistance from a supervisor. However, we were advised that Contact Center officers cannot access or review FOIA requests or appeals by telephone and that there is no direct telephone contact available for the USCIS FOIA office. We are therefore submitting this urgent written request as the only available means of obtaining review before the hearing.

Pursuant to **6 C.F.R. § 5.5(e)(1)(iii)**, we formally request expedited processing of the pending appeal because further delay could result in the loss of substantial due process rights. Under **6 C.F.R. § 5.5(e)(4)**, a determination regarding expedited processing must be issued within ten calendar days of receipt. Please forward this correspondence immediately to the appropriate **USCIS FOIA Appeals Officer and supervising FOIA official**.

We respectfully request that USCIS:

1. Grant expedited processing based on the September 10, 2026 removal hearing and the potential loss of substantial due process rights;
2. Reopen or continue processing FOIA Control No. NRC2026232165, rather than requiring the filing of a duplicative request; and
3. Immediately release all records pertaining to the Subject of Record.

Given the imminent immigration court hearing, we respectfully request confirmation of receipt and immediate release of all records pertaining to the Subject of Record.

Thank you for your prompt attention.

Sincerely,

**Mohammed Alraddadi**

**Goldberg & Associates**

**Immigration Law Solutions**

uscis@goldbergimmigration.com

**LOS ANGELES**

**14370 Ventura Blvd.**

Sherman Oaks, California 91423

**818-999-1559 (Voice)**

**DETROIT**

**3005 Oakwood Boulevard**

**Melvindale, Michigan 48122**

**313-888-9545 (Voice)**

**DJIBOUTI**

**Marabout Lot NO 549A**

**Heron, Djibouti**

**Past the Second Circle**

**Big Yellow House**

**+253 77 22 32 58 (Voice)**

uscis@goldbergimmigration.com

**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

3 Attachments • Scanned by Gmail

# EXHIBIT S

F

**FOIAPAQuestions** Aug 17, 2026, 6:33 AM
to me

**USCIS has received a large influx of requests in recent months delaying response times. We process requests on a first in first out basis.**

**In the interest of fairness to all requestors, USCIS processes requests in the order received and will process your request as soon as possible. Please feel free to monitor your place in queue by utilizing the following link https://first.uscis.gov/#/check-status once you receive your control number.**

# EXHIBIT T

G

**Goldberg & Associates PC** <uscis@goldbergimmigration.com> Aug 17, 2026, 9:52 AM
to FOIAPAQuestions

**Subject: URGENT: Supervisory Review and Expedited Decision Required – FOIA NRC2026232165 / Appeal APP2026029027REQ / September 10, 2026 Removal Hearing**

Dear USCIS FOIA Officer:

We respectfully request **immediate supervisory review and expedited action** regarding the FOIA request for **Mohamed Mohamed Hassan**, Control No. **NRC2026232165**, and the related administrative appeal, Appeal No. **APP2026029027REQ**.

USCIS administratively closed the original request after determining that certain supporting documents were unclear or lacked certified English translations. We disagreed with that determination and timely filed an administrative appeal. With the appeal, we submitted the original Arabic birth and death certificates together with their complete certified English translations and authentication pages.

On **July 29, 2026**, USCIS responded by email regarding the appeal and stated that the scans were unclear and that a new FOIA request should be filed. However, the requester is the deceased individual's son and is currently in removal proceedings, with an immigration court hearing scheduled for **September 10, 2026**, about one month away. Requiring him to file a new FOIA request would not provide enough time to obtain the requested records before the hearing, especially because the documents already submitted are clear, fully translated, and officially issued and authenticated by the appropriate Yemeni government authorities in Taiz.

**If all requested FOIA records are not released within seven days, we will file a federal lawsuit against USCIS to compel their production.** Given the urgency and the September 10, 2026 removal hearing, we will also seek a preliminary injunction and all available attorney's fees and litigation costs, including any fees available under FOIA and the Equal Access to Justice Act.

The requested USCIS records are urgently needed for counsel to investigate his immigration history, evaluate all available forms of relief, prepare his defense, and present his case before the Immigration Court.

We contacted the USCIS Contact Center and requested assistance from a supervisor. However, we were advised that Contact Center officers cannot access or review FOIA requests or appeals by telephone and that there is no direct telephone contact available for the USCIS FOIA office. We are therefore submitting this urgent written request as the only available means of obtaining review before the hearing.

Pursuant to **6 C.F.R. § 5.5(e)(1)(iii)**, we formally request expedited processing of the pending appeal because further delay could result in the loss of substantial due process rights. Under **6 C.F.R. § 5.5(e)(4)**, a determination regarding expedited processing must be issued within ten calendar days of receipt. Please forward this correspondence immediately to the appropriate **USCIS FOIA Appeals Officer and supervising FOIA official**.

We respectfully request that USCIS:

1. Grant expedited processing based on the September 10, 2026 removal hearing and the potential loss of substantial due process rights;
2. Reopen or continue processing FOIA Control No. NRC2026232165, rather than requiring the filing of a duplicative request; and
3. Immediately release all records pertaining to the Subject of Record.

Given the imminent immigration court hearing, we respectfully request confirmation of receipt and immediate release of all records pertaining to the Subject of Record.

Thank you for your prompt attention.

**Sincerely,**

**Mohammed Alraddadi**

**Goldberg & Associates**

**Immigration Law Solutions**

**LOS ANGELES**
**14370 Ventura Blvd.**
**Sherman Oaks, California 91423**
**818-999-1559 (Voice)**

# EXHIBIT U

# URGENT: Request for Expedited Processing and Supervisory Review – NRC2026232165 / APP2026029027REQ / September 10, 2026 Hearing

External Inbox

Summarize this email

G

**Goldberg & Associates PC** <uscis@goldbergimmigration.com> Thu, Aug 20, 4:24 PM (11 days ago)
to USCIS.FOIA, FOIAPAQuestions, FOIA, ogis

Dear USCIS FOIA Officer:

Our office again requests **immediate expedited processing and supervisory review** of FOIA Control No. **NRC2026232165** and the related administrative appeal, Appeal No. **APP2026029027REQ**.

Since June 2026, our office has repeatedly contacted USCIS in an effort to obtain these records and has advised USCIS of the upcoming individual removal hearing scheduled for **September 10, 2026 before the Dallas Immigration Court**. The requested records remain outstanding.

The Subject of Record, **Mohamed Mohamed Hassan, is deceased**. His son, **Abdulrahman Mohammed Hassan**, is currently in removal proceedings and has an individual hearing scheduled for **September 10, 2026 at 1:00 p.m.** Counsel needs the requested USCIS records concerning his deceased father to investigate the client's immigration and family history, evaluate available forms of relief, and prepare his case for the hearing.

From the initial FOIA request, our office provided documentation establishing the relationship between the requester and the deceased Subject of Record, as well as proof of the Subject of Record's death. This included the original Arabic birth and death certificates, certified English translations, and authentication by the **Republic of Yemen Civil Status & Civil Registration Authority and Ministry of Foreign Affairs – Taiz Office**.

The original FOIA request was nevertheless administratively closed. Our office timely filed an administrative appeal and continued contacting USCIS regarding production of the records.

USCIS later advised by email that the supporting scans were unclear and instructed us to submit a new FOIA request. The documents had already been provided with complete certified English translations and government authentication, and we are attaching them again to this correspondence. Requiring a new FOIA request at this stage would cause further delay when only three weeks remain before the hearing.

Our office subsequently requested **immediate supervisory review and expedited action**, identified both the FOIA control number and appeal number, and again advised USCIS of the September 10 hearing.

USCIS responded only with a general statement that it has received a large influx of requests and processes FOIA requests on a first-in, first-out basis. That response did not address the pending appeal, the upcoming hearing, or our request for expedited processing. We followed up again immediately and have not received a substantive determination.

### Formal Request for Expedited Processing

Pursuant to **6 C.F.R. § 5.5(e)(1)(iii)**, we formally request expedited processing because further delay may result in the **loss of substantial due process rights**.

Counsel must receive the records sufficiently before the September 10 hearing to review them, investigate any relevant information, evaluate relief, and prepare the client's case. If the records are produced after the hearing,

or too close to the hearing for counsel to meaningfully review them, they will be of little use in preparing the client's defense.

Under **6 C.F.R. § 5.5(e)(4)**, a determination granting or denying expedited processing must be made within ten calendar days of receipt of a proper request for expedition.

We therefore respectfully request that USCIS:

1. **Confirm receipt and issue a determination on expedited processing;**
2. **Forward this matter to the appropriate USCIS FOIA Appeals Officer and supervising FOIA official;**
3. **Continue or reopen processing of NRC2026232165 and APP2026029027REQ without requiring a duplicative new FOIA request;**
4. **Review the supporting documents and hearing notice attached again to this email; and**
5. **Process and release all responsive records sufficiently before the September 10, 2026 hearing to allow counsel time to review and use them.**

**The Office of Government Information Services (OGIS), the Federal FOIA Ombudsman, is copied on this correspondence because of the continued delay in obtaining these records, our repeated efforts to obtain substantive review, and the approaching Immigration Court hearing.** We are also requesting OGIS assistance in facilitating communication with USCIS.

There is now very little time remaining before the hearing. USCIS has already been placed on notice of the urgency of this matter and of our intent to seek judicial relief if the requested records are not timely produced.

**If USCIS does not promptly provide a determination on expedited processing and produce the requested records sufficiently in advance of the hearing, counsel will proceed with appropriate federal court action to compel production and seek any emergency relief necessary to protect the client's ability to prepare and present his case.**

### Certification Regarding Expedited Processing

Pursuant to **6 C.F.R. § 5.5(e)(3)**, I certify that the factual statements set forth above in support of expedited processing are true and correct to the best of my knowledge and belief.

Please confirm receipt and provide a determination regarding expedited processing as soon as possible.

Thank you for your immediate attention to this matter.

**Sincerely,**

**Mohammed Alraddadi**

**Goldberg & Associates**
**Immigration Law Solutions**

**Attachments:**

1. Notice of In-Person Hearing – September 10, 2026
2. Birth Certificate and Certified English Translation – Authenticated by the Civil Status & Civil Registration Authority and Ministry of Foreign Affairs – Taiz Office
3. Death Certificate and Certified English Translation – Authenticated by the Civil Status & Civil Registration Authority and Ministry of Foreign Affairs – Taiz Office
4. Administrative Appeal and Supporting Documentation

# EXHIBIT V

# URGENT: Individual hearing September 10. Request for Expedited Processing and Supervisory Review – NRC2026232165 / APP2026029027REQ / September 10, 2026 Hearing

External Inbox

G

**Goldberg & Associates PC** <uscis@goldbergimmigration.com>
to USCIS.FOIA, FOIAPAQuestions, FOIA

Aug 25, 2026, 10:29 AM (6 days ago)

Dear USCIS FOIA Officer:

Our office again requests **immediate expedited processing and supervisory review** of FOIA Control No. **NRC2026232165** and the related administrative appeal, Appeal No. **APP2026029027REQ**.

Since June 2026, our office has repeatedly contacted USCIS in an effort to obtain these records and has advised USCIS of the upcoming individual removal hearing scheduled for **September 10, 2026 before the Dallas Immigration Court**. The requested records remain outstanding.

The Subject of Record, **Mohamed Mohamed Hassan, is deceased**. His son, **Abdulrahman Mohammed Hassan**, is currently in removal proceedings and has an individual hearing scheduled for **September 10, 2026 at 1:00 p.m.** Counsel needs the requested USCIS records concerning his deceased father to investigate the client's immigration and family history, evaluate available forms of relief, and prepare his case for the hearing.

From the initial FOIA request, our office provided documentation establishing the relationship between the requester and the deceased Subject of Record, as well as proof of the Subject of Record's death. This included the original Arabic birth and death certificates, certified English translations, and authentication by the **Republic of Yemen Civil Status & Civil Registration Authority and Ministry of Foreign Affairs – Taiz Office**.

The original FOIA request was nevertheless administratively closed. Our office timely filed an administrative appeal and continued contacting USCIS regarding production of the records.

USCIS later advised by email that the supporting scans were unclear and instructed us to submit a new FOIA request. The documents had already been provided with complete certified English translations and government authentication, and we are attaching them again to this correspondence. Requiring a new FOIA request at this stage would cause further delay when only three weeks remain before the hearing.

Our office subsequently requested **immediate supervisory review and expedited action**, identified both the FOIA control number and appeal number, and again advised USCIS of the September 10 hearing.

USCIS responded only with a general statement that it has received a large influx of requests and processes FOIA requests on a first-in, first-out basis. That response did not address the pending appeal, the upcoming hearing, or our request for expedited processing. We followed up again immediately and have not received a substantive determination.

### Formal Request for Expedited Processing

Pursuant to **6 C.F.R. § 5.5(e)(1)(iii)**, we formally request expedited processing because further delay may result in the **loss of substantial due process rights**.

Counsel must receive the records sufficiently before the September 10 hearing to review them, investigate any relevant information, evaluate relief, and prepare the client's case. If the records are produced after the hearing, or too close to the hearing for counsel to meaningfully review them, they will be of little use in preparing the client's defense.

Under **6 C.F.R. § 5.5(e)(4)**, a determination granting or denying expedited processing must be made within ten calendar days of receipt of a proper request for expedition.

We therefore respectfully request that USCIS:

1. **Confirm receipt and issue a determination on expedited processing;**
2. **Forward this matter to the appropriate USCIS FOIA Appeals Officer and supervising FOIA official;**
3. **Continue or reopen processing of NRC2026232165 and APP2026029027REQ without requiring a duplicative new FOIA request;**
4. **Review the supporting documents and hearing notice attached again to this email; and**
5. **Process and release all responsive records sufficiently before the September 10, 2026 hearing to allow counsel time to review and use them.**

**The Office of Government Information Services (OGIS), the Federal FOIA Ombudsman, is copied on this correspondence because of the continued delay in obtaining these records, our repeated efforts to obtain substantive review, and the approaching Immigration Court hearing.** We are also requesting OGIS assistance in facilitating communication with USCIS.

There is now very little time remaining before the hearing. USCIS has already been placed on notice of the urgency of this matter and of our intent to seek judicial relief if the requested records are not timely produced.

**If USCIS does not promptly provide a determination on expedited processing and produce the requested records sufficiently in advance of the hearing, counsel will proceed with appropriate federal court action to compel production and seek any emergency relief necessary to protect the client's ability to prepare and present his case.**

### Certification Regarding Expedited Processing

Pursuant to **6 C.F.R. § 5.5(e)(3)**, I certify that the factual statements set forth above in support of expedited processing are true and correct to the best of my knowledge and belief.

Please confirm receipt and provide a determination regarding expedited processing as soon as possible.

Thank you for your immediate attention to this matter.

**Sincerely,**

**Mohammed Alraddadi**

**Goldberg & Associates**
**Immigration Law Solutions**

**Attachments:**

1. Notice of In-Person Hearing – September 10, 2026
2. Birth Certificate and Certified English Translation – Authenticated by the Civil Status & Civil Registration Authority and Ministry of Foreign Affairs – Taiz Office
3. Death Certificate and Certified English Translation – Authenticated by the Civil Status & Civil Registration Authority and Ministry of Foreign Affairs – Taiz Office
4. Administrative Appeal and Supporting Documentation

# EXHIBIT W

F

**FOIAPAQuestions** Aug 26, 2026, 12:32 PM (5 days ago)
to me

Good afternoon,

Requests to have your Form G-639 expedited, or processed ahead of other earlier received requests, are reviewed on a case-by-case basis. You must establish one of the following situations exists in order to receive expedited treatment of your FOIA/PA request.

- Circumstances in which the lack of expedited processing could reasonably be expected to pose an imminent threat to the life or physical safety of an individual;
- An urgency to inform the public about an actual or alleged federal government activity, if made by a person who is primarily engaged in disseminating information;
- The loss of substantial due process rights; (job, travel, real ID, school, and/or petition deadlines are not covered)
- A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence.

Your request does not establish one of the above situations.

*Public Liaison*
*Records Release*
*Department of Homeland Security*
*USCIS/NRC (National Records Center)*

Please note:

- As of **December 16, 2022**, our office no longer accepts emailed FOIA requests.
- As of **January 22, 2026**, our office will not generally accept nonelectronic (paper) FOIA requests. If you are unable to file your request electronically, include a detailed explanation with your request and we will determine if your paper request will be processed.

# EXHIBIT X

G

**Goldberg & Associates PC** <uscis@goldbergimmigration.com> Aug 27, 2026, 10:25 AM (4 days ago)
to FOIAPAQuestions

Dear USCIS FOIA Officer:

We respectfully request reconsideration of the denial of expedited processing.

Abdulrahman Hassan has an Individual Hearing on September 10, 2026. The requested USCIS records of his deceased father are directly material to counsel's ability to evaluate and present Abdulrahman's citizenship and other available claims, including evidence concerning his father's immigration history and physical presence.

Without these records sufficiently before the hearing, counsel may be unable to fully investigate, prepare, and present this evidence, resulting in a potential **loss of substantial due process rights** under 6 C.F.R. § 5.5(e)(1)(iii).

We respectfully request immediate reconsideration and expedited processing.

**Sincerely,**

**Mohammed Alraddadi**
**Goldberg & Associates**
**Immigration Law Solutions**

**LOS ANGELES**
**14370 Ventura Blvd.**
**Sherman Oaks, California 91423**
**818-999-1559 (Voice)**

# EXHIBIT Y

# URGENT: Individual hearing September 10. Request for Expedited Processing and Supervisory Review – NRC2026232165 / APP2026029027REQ / September 10, 2026 Hearing

G

**Goldberg & Associates PC** <uscis@goldbergimmigration.com> Thu, Aug 27, 11:40 AM (4 days ago)
to uscis.foia, FOIAPAQuestions

Dear USCIS FOIA Officer:

Our office requests immediate reconsideration of USCIS's August 26, 2026 denial of expedited processing under FOIA Control No. **NRC2026232165** and the related administrative appeal, Appeal No. **APP2026029027REQ**.

USCIS's response listed the four regulatory grounds for expedition and stated only that "your request does not establish one of the above situations." **It did not explain why the ground we specifically invoked — loss of substantial due process rights under 6 C.F.R. § 5.5(e)(1)(iii) — was not met.**

USCIS closed the underlying request, stating that supporting documents were illegible or untranslated; in fact, **the documents were submitted in the original Arabic with complete certified English translations, authenticated by the Republic of Yemen Civil Status & Civil Registration Authority and the Ministry of Foreign Affairs – Taiz Office, and are attached again.**

The facts: Mohamed Mohamed Hassan, the Subject of Record, is deceased. He was a U.S. citizen. His son, Abdulrahman Mohammed Hassan, has an Individual Hearing before the Dallas Immigration Court on **September 10, 2026 at 1:00 p.m**. Abdulrahman's citizenship claim in that proceeding turns in part on his father's immigration history — history the father can no longer speak to. Counsel needs these records immediately to evaluate that history and any relief available to the client. A record delivered too late to review is no different than no record at all. **That is the due process injury § 5.5(e)(1)(iii) exists to prevent.**

This is consistent with *Gomez v. USCIS*, No. 26-06134, 2026 WL 1773909 (N.D. Cal. June 21, 2026), where the court found an agency's failure to produce immigration records with enough time before a hearing to prepare amounted to a likely loss of substantial due process rights. Facts differ, but the principle applies squarely: records that arrive too close to, or after, the hearing don't satisfy the agency's obligations under the expedited-processing regulations.

**We're asking for three things:**

1. **Reconsider the denial on NRC2026232165 and expedite Appeal APP2026029027REQ.**
2. **Get this in front of a supervisor.**
3. **Produce the records immediately.**

Pursuant to 6 C.F.R. § 5.5(e)(3), the facts above are true and correct to the best of my knowledge and belief.

**Sincerely,**

**Mohammed Alraddadi**

**Goldberg & Associates**

**Immigration Law Solutions**

**LOS ANGELES**
**14370 Ventura Blvd.**
**Sherman Oaks, California 91423**
**818-999-1559 (Voice)**

G

**Goldberg & Associates PC** <uscis@goldbergimmigration.com> Aug 27, 2026, 11:37 AM (4 days ago)
to FOIAPAQuestions

Dear USCIS FOIA Officer:

Our office requests immediate reconsideration of USCIS's August 26, 2026 denial of expedited processing under FOIA Control No. **NRC2026232165** and the related administrative appeal, Appeal No. **APP2026029027REQ**.

USCIS's response listed the four regulatory grounds for expedition and stated only that "your request does not establish one of the above situations." **It did not explain why the ground we specifically invoked — loss of substantial due process rights under 6 C.F.R. § 5.5(e)(1)(iii) — was not met.**

USCIS closed the underlying request, stating that supporting documents were illegible or untranslated; in fact, **the documents were submitted in the original Arabic with complete certified English translations, authenticated by the Republic of Yemen Civil Status & Civil Registration Authority and the Ministry of Foreign Affairs – Taiz Office, and are attached again.**

The facts: Mohamed Mohamed Hassan, the Subject of Record, is deceased. He was a U.S. citizen. His son, Abdulrahman Mohammed Hassan, has an Individual Hearing before the Dallas Immigration Court on **September 10, 2026 at 1:00 p.m**. Abdulrahman's citizenship claim in that proceeding turns in part on his father's immigration history — history the father can no longer speak to. Counsel needs these records immediately to evaluate that history and any relief available to the client. A record delivered too late to review is no different than no record at all. **That is the due process injury § 5.5(e)(1)(iii) exists to prevent.**

This is consistent with *Gomez v. USCIS*, No. 26-06134, 2026 WL 1773909 (N.D. Cal. June 21, 2026), where the court found an agency's failure to produce immigration records with enough time before a hearing to prepare amounted to a likely loss of substantial due process rights. Facts differ, but the principle applies squarely: records that arrive too close to, or after, the hearing don't satisfy the agency's obligations under the expedited-processing regulations.

**We're asking for three things:**

1. **Reconsider the denial on NRC2026232165 and expedite Appeal APP2026029027REQ.**
2. **Get this in front of a supervisor.**
3. **Produce the records immediately.**

Pursuant to 6 C.F.R. § 5.5(e)(3), the facts above are true and correct to the best of my knowledge and belief.

**Sincerely,**

**Goldberg & Associates**
**Immigration Law Solutions**

**LOS ANGELES**
**14370 Ventura Blvd.**
Sherman Oaks, California 91423
818-999-1559 (Voice)

**DETROIT**
**3005 Oakwood Boulevard**

**Melvindale, Michigan 48122**
**313-888-9545 (Voice)**

**DJIBOUTI**
**Marabout Lot NO 549A**
**Heron, Djibouti**
**Past the Second Circle**
**Big Yellow House**
**+253 77 22 32 58 (Voice)**

uscis@goldbergimmigration.com

**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

**2 Attachments** • Scanned by Gmail

# EXHIBIT Z

U.S. Citizenship and Immigration Services



**Your appeal request has been completed: APP2026029027REQ**

For status updates and information related to your appeal request, utilize the My Requests Table in your account.

# My Requests

New Request | Register Case by PIN

**Search**

Subject name or control #

**Filter by Request Date**

Total: 1-25 of 86

| Request Status | Subject Name | Control Number | Request Date | Actions |
|---|---|---|---|---|
| Submitted | We appeal the admini | APP2026029027REQ | 07/24/2026 | |

# Appeal FOIA Request Response

*If you would like to dispute the response from USCIS regarding your FOIA request, you may submit an appeal request within 90 business days for USCIS to re-evaluate the original FOIA request. Please note that if your appeal request is submitted past 90 working days and/or fails to provide this information, we may not be able to appropriately consider your appeal and it may be denied.*

*A "*" indicates a required field.*

## Original FOIA Request Information

Verify the control number and date of the final action letter for the FOIA request you would like to dispute.

**Control Number**

NRC2026232165

Example: NRC202112345

**Date Response Was Issued** ?

07/13/2026

MM/DD/YYYY

## Details for Appeal Request

**Appeals Submission Justification** *

- [ ] Disagree with agency determination that subject of record's identity information provided in request does not match any agency records.
- [x] Disagree with agency determination that my request did not comply with agency regulations/Freedom of Information Act/Privacy Act.
- [ ] Disagree with agency determination that the request was not a request for records under the Freedom of Information Act/Privacy Act.
- [ ] Disagree with agency determination that some or all responsive records are exempt from release under the Freedom of Information Act/Privacy Act.
- [ ] Disagree with agency determination to deny request for expedited processing.
- [ ] Disagree with agency determination to deny request for non-electronic filing.

**Purpose of Appeal** *

Please describe in detail the specific part(s) of the agency response to your FOIA request you are appealing and the reason(s) you believe the response was insufficient and should be revisited.

*Note: If your appeal request fails to provide this information, we may not be able to appropriately consider your appeal and it may be denied.*

We appeal the administrative closure of FOIA Control No. NRC2026232165. USCIS stated that some information was illegible or submitted in a foreign language without a certified English translation. However, the Arabic death certificate and birth certificate were submitted with complete English translations prepared by Nizar for Translation & General Services and bearing authentication from the Yemeni Civil Status and Civil Registration Authority and the Ministry of Foreign Affairs—Taiz Office.

We have attached the death certificate and birth certificate with their complete certified English translations and authentication pages. The requester is currently in removal proceedings and has an immigration court hearing scheduled for September 10, 2026. These records are urgently needed for counsel to prepare for the hearing and evaluate all available relief.

## Upload Documents

If you have any additional documentation in support of your request, you may attach it here.

**Death Certificate and Certified English Translation – Authenticated by Civil Registration Authority and Ministry of Foreign Affairs.pdf**

✔ Document has been successfully uploaded to server.

**Birth Certificate and Certified English Translation – Authenticated by Civil Registration Authority and Ministry of Foreign Affairs.pdf**

✔ Document has been successfully uploaded to server.

Please upload files to your request by choosing a file here .
Maximum size: 250 Pages and 10MB per file
Accepted formats: PDF, JPG, JPEG

Submit Appeal

‹ Back to My Requests

# EXHIBIT AA

U.S. Postal Service
Certified Mail Receipt

OUTBOUND TRACKING NUMBER
9402 7111 0549 5839 9078 60

RETURN RECEIPT TRACKING NUMBER
9490911105495839907821

FEES
Postage Per Piece 8.57
Certified Fee 5.55
Return Receipt Fee 4.65
Total Postage & Fees: $19.82

ARTICLE ADDRESS TO:

FEDERAL PROGRAMS BRANCH
US DEPARTMENT OF JUSTICE
20 MASSACHUSETTS AVE NW
Washington DC 20001

Postmark Here

CID: 24998 – Urgent Notice

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL®

FROM:

- Expected delivery date specified for domestic use.
- Domestic shipments incl
- USPS Tracking® service i
- Limited international insu
- When used internationall

*Insurance does not cover certain
Domestic Mail Manual at http://pe
** See International Mail Manual a

FLAT RATE E
ONE RATE ■ ANY WEIG

TRACKED ■ INSURED

CERTIFIED MAIL

stamps.com
★ 1-UP Laser Form★ USA CMF-134 08/23 ★

SENDER: COMPLETE THIS SECTION

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
FEDERAL PROGRAMS BRANCH
US DEPARTMENT OF JUSTICE
20 MASSACHUSETTS AVE NW
Washington DC 20001

9490 9111 0549 5839 9078 21

2. Article Number (Transfer from service label)
9402 7111 0549 5839 9078 60

PS Form 3811 Facsimile, July 2015 (SDC 3930)

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐ Addressee or ☐ Agent)
X

B. Received By: (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®

Domestic Return Receipt

To schedule free Package Pickup

CERTIFIED MAIL

$19.82⁰
US POSTAGE IMI
PRIORITY MAIL
COMMERCIAL
FROM 91423
08/06/2026
Stamps.com
063S0001443273

9402 7111 0549 5839 9078 60

FEDERAL PROGRAMS BRANCH
US DEPARTMENT OF JUSTICE
20 MASSACHUSETTS AVE NW
Washington DC 20001

of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
tion of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.

Goldberg & Associates

August 5, 2026

Via Certified Mail

Federal Programs Branch
Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

**Re: URGENT NOTICE OF INTENT TO FILE FEDERAL ACTION – USCIS FOIA NRC2026232165 / Appeal APP2026029027REQ / September 10, 2026 Removal Hearing**

| | |
|---|---|
| Respondent: | Hassan, Abdulrahman Mohammed Mohammed |
| Alien Number: | 056-518-233 |

Dear Director of the Federal Programs Branch and Appropriate Government Information Attorney:

Our office represents **the above individual**, in removal proceedings before the Dallas Immigration Court. His hearing is scheduled for **September 10, 2026.**

This letter provides notice that unless USCIS releases all records requested under **FOIA Control No. NRC2026232165 / Appeal APP2026029027REQ within seven days**, we intend to file a federal lawsuit against USCIS to compel production. Given the approaching removal hearing, we will also seek a **preliminary injunction** and all available attorney's fees and litigation costs.

The requested records concern the Respondent's deceased father, **Mohamed Mohamed Hassan**, and are urgently needed to investigate his immigration history, evaluate all available relief, prepare the Respondent's defense, and present his case before the Immigration Court.

USCIS administratively closed the request after determining that supporting documents were unclear or lacked certified English translations. We timely filed **Appeal No. APP2026029027REQ** and submitted the original Arabic birth and death certificates with complete certified English translations and authentication pages.

The documents are clear, fully translated, and officially issued and authenticated by the appropriate Yemeni government authorities in Taiz, including the Civil Status and Civil Registration Authority and the Ministry of Foreign Affairs—Taiz Office.

On July 29, 2026, USCIS stated by email that the scans were unclear and instructed us to file a new FOIA request. However, filing a new request would not provide enough time to obtain the records before the hearing.

We also contacted the USCIS Contact Center and requested supervisory assistance. We were advised that the Contact Center could not access or review the FOIA request or appeal and that there was no direct telephone contact for the USCIS FOIA office.

We respectfully request that the appropriate Federal Programs Branch attorney contact USCIS and request that USCIS:

1. **Expedite the pending request and appeal;**
2. **Continue processing FOIA Control No. NRC2026232165 without requiring a new request; and**
3. **Release all records pertaining to the Subject of Record within seven days.**

Please treat this letter as formal notice of our intent to seek immediate federal judicial relief if the records are not released within seven days.

Thank you for your prompt attention.

Please see the enclosed supporting documents, including the September 10, 2026 hearing notice, USCIS FOIA acknowledgment, administrative-closure notice, appeal confirmation, USCIS email response, urgent request sent to USCIS, and the birth and death certificates with certified translations and authentication pages.

Sincerely,

Mohammed Alraddadi for
Julie A. Goldberg, Esq.
*Enclosed: As stated:*

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
DALLAS IMMIGRATION COURT

LEAD FILE: 056-518-233
IN REMOVAL PROCEEDINGS
DATE: Jul 13, 2026
EAD Clock:

TO: Goldberg & Associates
Goldberg, Julie
14370 Ventura Boulevard
Sherman Oaks, CA 91423

RE: 056-518-233 HASSAN, ABDULRAHMAN MOHAMMED MOHAMMED

**Notice of In-Person Hearing**

Your case has been scheduled for a INDIVIDUAL hearing before the immigration court on:

Date: Sep 10, 2026
Time: 1:00 P.M. CT
Court Address: 1100 COMMERCE ST., SUITE 1060
4TH FLOOR, COURTROOM 8, DALLAS, TX 75242

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court. If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days. To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration court listed above.

24998
RECEIVED
07/28/26

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050**.

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:MAIL[M] PERSONAL SERVICE[P] ELECTRONIC SERVICE[E]
TO: [ ] Noncitizen | [ ] Noncitizen c/o Custodial Officer |
[ M ] Noncitizen ATT/REP | [ M ] DHS
DATE: ___071326___________ BY: COURT STAFF ______SNA__________
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other NH

Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪੰਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫ਼ੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

# Request for Someone Else's Immigration Records

Step 5 of 5 - Review and Sign

1 2 3 4 5

## Submission Successful

Your FOIA request has been submitted successfully. To track and manage your request, use the tracking number below.

**Tracking Number:** NRC2026348163REQ

**Subject Name:** Mohamed Mohamed Hassan

**Request Date:** 6/4/26

**Requester Email:** uscis@goldbergimmigration.com

View My Requests

# Request for Someone Else's Immigration Records

Step 5 of 5 - Review and Sign

1 2 3 4 5

## Subject Information

### Information About the Subject of Record

Edit

| | |
|---|---|
| Full Legal Name | Hassan, Mohamed Mohamed |
| Full Name at Time of Entry Into the United States | Hassan, Mohamed Mohamed |
| Other Names Used in the Past | |
| Country of Birth | YEMEN |
| Date of Birth | 7/10/1935 |
| Alien Registration Number | |
| Previous Application, Petition, or Request Receipt Number | Passport: 218944234<br>Petition No. 297007<br>Cer of Natu: 8904026 |

### Subject of Record Contact Information

Edit

| | |
|---|---|
| Address | 2020 Darlington Circle<br>Shreveport, LA 71118 |
| Home Phone | |
| Mobile Phone | |
| Email Address | |

### Other Information About the Subject of Record

Edit

| | |
|---|---|
| Father's Name | Unknown, Unknown |
| Mother's Name | Unknown, Unknown |
| Family Members | Child: Hassan , Abdulrahman Mohammed |

## Request Details

## Documents Requested

Edit

| | |
|---|---|
| Requested File Type | Other: We are kindly requesting any and ALL records pertaining to my Deceased father, Mohamed Mohamed Hassan. DOB: 07/10/1935. Please see attached his U.S. Passport, Naturalization certificate, Death certificate, and my birth certificate. |

## Immigration Proceedings

Edit

| | |
|---|---|
| Immigration Court Proceedings | No |

## Uploaded Documents

Edit

Documents

- DS-4240 on behalf of deceased father.pdf
- Deceased father's naturalization Certificate.pdf
- Driver License or Abdulraham - Expires 2030.pdf
- DS-4240-R for Abdulrahamn's father (2).pdf
- Deceased father's U.S. Passport.pdf
- FOIA Declaration consent.pdf
- G-28 for Abdulrahman.pdf
- Birh certificate.pdf
- Death Certificate (2).pdf

# Requester Information

## Contact Information

Edit

| | |
|---|---|
| Full Legal Name | Goldberg, Julie Ann |
| Address | 14370 VENTURA BLVD<br>SHERMAN OAKS, CA 91423 |
| Home Phone | +1 (818) 999-1559 |
| Mobile Phone | +1 (818) 999-1559 |
| Email Address | uscis@goldbergimmigration.com |

# Requester's Statement and Signature

## Consent to pay fees and release documents

A "*" indicates a required field.

### Agreement Statement

By entering my name to provide my electronic signature, I consent to pay all allowable costs incurred by USCIS for search, duplication and review of responsive documents. I acknowledge that USCIS may charge me a $25 fee. If I receive notice from USCIS that a fee is payable, I understand that I will not receive requested records unless the fee is timely paid.

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

U.S. Citizenship and Immigration Services

**Control Number: NRC2026232165**

July 13, 2026

JULIE GOLDBERG
14370 VENTURA BLVD
SHERMAN OAKS, CA 91423

Dear JULIE GOLDBERG:

We received your request for information relating to MOHAMED HASSAN on June 4, 2026.

The Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifies certain requirements for an access request. One of these requirements is that the request must be made in accordance with the agency's published FOIA regulations. The procedures for requesting access to Department of Homeland Security (DHS) records are set forth in DHS regulations at Title 6 C.F.R. § 5.3 Requirements for making requests. The requirements of filing a FOIA or PA request are also available on our website at https://www.uscis.gov/records/request-records-through-thefreedom-of-information-act-or-privacy-act.

We are administratively closing your request due to failure to comply with one or more of these requirements. Specifically:

Some or all of the required information that you submitted was:

•Illegible or

•In a foreign language and not accompanied by a certified English translation. The translator must certify that he or she is competent to translate the foreign language into English, and the translation is complete and accurate.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal electronically to USCIS through your online portal by selecting Appeal in the Actions drop down window. You may also file an administrative FOIA appeal to USCIS at: USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration,

8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

Your case has been closed with no further action taken. If you wish to pursue this request, please provide the information described by the regulation cited above. The requirements of filing a FOIA or PA request are also available for your convenience on our website at www.uscis.gov.

Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

An official website of the United States government Here's how you know

U.S. Citizenship and Immigration Services

Submit Request | My Requests | Resources | Sign Out

**Your appeal request has been completed: APP2026029027REQ**

For status updates and information related to your appeal request, utilize the My Requests Table in your account.

# My Requests

New Request | Register Case by PIN

Search

Subject name or control #

**Filter by Request Date**

Total: 1-25 of 86

| Request Status | Subject Name | Control Number | Request Date | Actions |
|---|---|---|---|---|
| Submitted | We appeal the admini | APP2026029027REQ | 07/24/2026 | |

# Appeal FOIA Request Response

*If you would like to dispute the response from USCIS regarding your FOIA request, you may submit an appeal request within 90 business days for USCIS to re-evaluate the original FOIA request. Please note that if your appeal request is submitted past 90 working days and/or fails to provide this information, we may not be able to appropriately consider your appeal and it may be denied.*

*A "*" indicates a required field.*

## Original FOIA Request Information

Verify the control number and date of the final action letter for the FOIA request you would like to dispute.

**Control Number**

NRC2026232165

Example: NRC202112345

**Date Response Was Issued**

07/13/2026

MM/DD/YYYY

## Details for Appeal Request

**Appeals Submission Justification** *

- ◯ Disagree with agency determination that subject of record's identity information provided in request does not match any agency records.
- ✓ Disagree with agency determination that my request did not comply with agency regulations/Freedom of Information Act/Privacy Act.
- ◯ Disagree with agency determination that the request was not a request for records under the Freedom of Information Act/Privacy Act.
- ◯ Disagree with agency determination that some or all responsive records are exempt from release under the Freedom of Information Act/Privacy Act.
- ◯ Disagree with agency determination to deny request for expedited processing.
- ◯ Disagree with agency determination to deny request for non-electronic filing.

**Purpose of Appeal** *

Please describe in detail the specific part(s) of the agency response to your FOIA request you are appealing and the reason(s) you believe the response was insufficient and should be revisited.

*Note: If your appeal request fails to provide this information, we may not be able to appropriately consider your appeal and it may be denied.*

We appeal the administrative closure of FOIA Control No. NRC2026232165. USCIS stated that some information was illegible or submitted in a foreign language without a certified English translation. However, the Arabic death certificate and birth certificate were submitted with complete English translations prepared by Nizar for Translation & General Services and bearing authentication from the Yemeni Civil Status and Civil Registration Authority and the Ministry of Foreign Affairs—Taiz Office.

We have attached the death certificate and birth certificate with their complete certified English translations and authentication pages. The requester is currently in removal proceedings and has an immigration court hearing scheduled for September 10, 2026. These records are urgently needed for counsel to prepare for the hearing and evaluate all available relief.

## Upload Documents

If you have any additional documentation in support of your request, you may attach it here.

**Death Certificate and Certified English Translation – Authenticated by Civil Registration Authority and Ministry of Foreign Affairs.pdf**

✓ Document has been successfully uploaded to server.

**Birth Certificate and Certified English Translation – Authenticated by Civil Registration Authority and Ministry of Foreign Affairs.pdf**

✓ Document has been successfully uploaded to server.

Please upload files to your request by choosing a file here .
Maximum size: 250 Pages and 10MB per file
Accepted formats: PDF, JPG, JPEG

Submit Appeal

‹ Back to My Requests

**FOIAPAQuestions**
to me

Good morning,

I have reviewed the supporting documents we received on your request. The scans were not clear.

To obtain a copy of your records, please submit a new FOIA request. If you wish to submit a new FOIA/PA request, please visit www.usci
instructions and requirements on how to complete a FOIA/PA request or to check on the status of a previously submitted request, pleas

If you would like to submit the supporting documents to this email after you make a new request, we can have the PDF files scanned to

...

Jul 29, 2026, 7:31 AM (7 days ago)

s.gov/FOIA. You can now submit a FOIA request online using our new Freedom of Information Act Records System (FIRST). For e visit our FOIA webpage at www.uscis.gov/FOIA.

your case. This will help ensure the documents are legible.

Goldberg & Associates PC <uscis@goldbergimmigration.com>
to FOIAPAQuestions

**Subject: URGENT: Supervisory Review and Expedited Decision Required – FOIA NRC2026232165 / Appeal APP2026029027REQ / September 10, 2026 Removal Hearing**

Dear USCIS FOIA Officer:

We respectfully request **immediate supervisory review and expedited action** regarding the FOIA request for **Mohamed Mohamed Hassan**, Control No. **NRC2026232165**, and the related administrative appeal, Appeal No. **APP2026029027REQ**.

USCIS administratively closed the original request after determining that certain supporting documents were unclear or lacked certified English translations. We disagreed with that determination and timely filed an administrative appeal. With the appeal, we submitted the original Arabic birth and death certificates together with their complete certified English translations and authentication pages.

On **July 29, 2026**, USCIS responded by email regarding the appeal and stated that the scans were unclear and that a new FOIA request should be filed. However, the requester is the deceased individual's son and is currently in removal proceedings, with an immigration court hearing scheduled for **September 10, 2026**, about one month away. Requiring him to file a new FOIA request would not provide enough time to obtain the requested records before the hearing, especially because the documents already submitted are clear, fully translated, and officially issued and authenticated by the appropriate Yemeni government authorities in Taiz.

**If all requested FOIA records are not released within seven days, we will file a federal lawsuit against USCIS to compel their production.** Given the urgency and the September 10, 2026 removal hearing, we will also seek a preliminary injunction and all available attorney's fees and litigation costs, including any fees available under FOIA and the Equal Access to Justice Act.

The requested USCIS records are urgently needed for counsel to investigate his immigration history, evaluate all available forms of relief, prepare his defense, and present his case before the Immigration Court.

We contacted the USCIS Contact Center and requested assistance from a supervisor. However, we were advised that Contact Center officers cannot access or review FOIA requests or appeals by telephone and that there is no direct telephone contact available for the USCIS FOIA office. We are therefore submitting this urgent written request as the only available means of obtaining review before the hearing.

Pursuant to **6 C.F.R. § 5.5(e)(1)(iii)**, we formally request expedited processing of the pending appeal because further delay could result in the loss of substantial due process rights. Under **6 C.F.R. § 5.5(e)(4)**, a determination regarding expedited processing must be issued within ten calendar days of receipt. Please forward this correspondence immediately to the appropriate **USCIS FOIA Appeals Officer and supervising FOIA official**.

We respectfully request that USCIS:

1. Grant expedited processing based on the September 10, 2026 removal hearing and the potential loss of substantial due process rights;
2. Reopen or continue processing FOIA Control No. NRC2026232165, rather than requiring the filing of a duplicative request; and
3. Immediately release all records pertaining to the Subject of Record.

Given the imminent immigration court hearing, we respectfully request confirmation of receipt and immediate release of all records pertaining to the Subject of Record.

Thank you for your prompt attention.

Sincerely,

Mohammed Alraddadi

Goldberg & Associates
Immigration Law Solutions
uscis@goldbergimmigration.com
LOS ANGELES
14370 Ventura Blvd

Reply Forward Share in chat

# Notice of Entry of Appearance as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any) ▶ 0 1 7 5 4 7 6 3 4 7 0 9

### *Name of Attorney or Accredited Representative*

2.a. Family Name (Last Name): GOLDBERG
2.b. Given Name (First Name): JULIE
2.c. Middle Name: ANN

### *Address of Attorney or Accredited Representative*

3.a. Street Number and Name: 14370 VENTURA BOULEVARD
3.b. ☐ Apt. ☐ Ste. ☐ Flr.
3.c. City or Town: SHERMAN OAKS
3.d. State: CA 3.e. ZIP Code: 91423
3.f. Province:
3.g. Postal Code:
3.h. Country: USA

### *Contact Information of Attorney or Accredited Representative*

4. Daytime Telephone Number: 8189991559
5. Mobile Telephone Number (if any):
6. Email Address (if any): USCIS@GOLDBERGIMMIGRATION.COM
7. Fax Number (if any): 8189991449

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority: CALIFORNIA SUPREME COURT

1.b. Bar Number (if applicable): 235565

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable): GOLDBERG AND ASSOCIATES

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization:

2.c. Date of Accreditation (mm/dd/yyyy):

3. ☐ I am associated with ____________, the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate:

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

All Immigration Matters

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

► E A C 1 5 1 6 4 5 0 1 1 6

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

[X] Applicant [ ] Petitioner [ ] Requestor

[ ] Beneficiary/Derivative [ ] Respondent (ICE, CBP)

### *Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)*

**6.a.** Family Name (Last Name) Hassan

**6.b.** Given Name (First Name) Abdulrahman

**6.c.** Middle Name Mohammed

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

►

**9.** Client's Alien Registration Number (A-Number) (if any)

► A- 0 5 6 5 1 8 2 3 3

### *Client's Contact Information*

**10.** Daytime Telephone Number

3185604876

**11.** Mobile Telephone Number (if any)

3185604876

**12.** Email Address (if any)

tonyhassan0012@gmail.com

### *Mailing Address of Client*

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name 2020 Darlington Circle

**13.b.** [ ] Apt. [ ] Ste. [ ] Flr.

**13.c.** City or Town Shreveport

**13.d.** State LA **13.e.** ZIP Code 71118

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

USA

## Part 4. Client's Consent to Representation and Signature

### *Consent to Representation and Release of Information*

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### *Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### *Signature of Client or Authorized Signatory for an Entity*

**2.a.** Signature of Client or Authorized Signatory for an Entity

Abdulrahman Mohammed Hassan
Abdulrahman Mohammed Hassan (Jan 14, 2026 17:23:21 CST)

**2.b.** Date of Signature (mm/dd/yyyy) 01/14/2026

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative

[signature]

**1.b.** Date of Signature (mm/dd/yyyy) 01/14/2026

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

1.a Family Name (Last Name): Hassan

1.b. Given Name (First Name): Abdulrahman

1.c. Middle Name: Mohammed

2.a. Page Number: 2.b. Part Number: 2.c. Item Number:

2.d.

3.a. Page Number: 3.b. Part Number: 3.c. Item Number:

3.d.

4.a. Page Number: 4.b. Part Number: 4.c. Item Number:

4.d.

5.a. Page Number: 5.b. Part Number: 5.c. Item Number:

5.d.

6.a. Page Number: 6.b. Part Number: 6.c. Item Number:

6.d.

# DECLARATION OF ABDULRAHMAN MOHAMMED HASSAN

I, Abdulrahman Mohammed Hassan, declare under penalty and perjury that the foregoing is true and correct:

1. I have retained the Law Office of Goldberg and Associates, to represent me and my father in our immigration matters.

2. I was born on **May 04 1984 in Yemen.**

3. My current mailing address is: **2020 Darlington Circle, Shreveport , LA 71118.**

4. My current telephone number is: **(318) 560-4876.**

5. My current email address is: **snquikmartcorp@gmail.com**

6. I am writing this declaration to request that the Department of State release any and all records in possession of this Department **pertaining to my deceased father, Mohamed Mohamed Hassan: DOB: 07/10/1935. Please see attached his recent U.S. Passport, Naturalization certificate, and Death certificate.**

7. **I am knowingly and willingly authorizing Julie Goldberg of Goldberg and Associates, and her Assistants to access and receive copies of all immigration records.**

I, Abdulrahman Mohammed Hassan, **declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on:

Date: 01/14/2026

Signature: Abdulrahman Mohammed Hassan
Abdulrahman Mohammed Hassan (Jan 14, 2026 16:53:49 CST)


Louisiana
PERSONAL
DRIVER'S LICENSE
NOT FOR FEDERAL IDENTIFICATION
LICENSE/ID NO
CLASS
EXPIRATION DATE
009491703
E
05-04-2030
DOB 05-04-1984
09-07-2024
HASSAN
ABDULRAHMAN MOHAMMED
2020 DARLINGTON CT
SHREVEPORT, LA 71118
NONE
NONE
OFFICE
M 5'05" 150
BRO 3648 109
09


0070078851024113
CLASS: Driver's license
ENDORSEMENTS: None
RESTRICTIONS: None
Donor __Y __N / Living Will __Y __N
REV 02-10-2015
Louisiana
Holder of license must be 21 years of age or older to utilize the privileges of this license in interstate commerce pursuant to 49 Code of Federal Regulations 391.11.
Renewable 180 days prior to expiration.
Crisis Lifeline dial 988
www.expresslane.org
BLOOD TYPE:

*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

PASSPORT
PASSEPORT
PASAPORTE



UNITED STATES OF AMERICA

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: 218944234

Surname / Nom / Apellidos
HASSAN

Given names / Prénoms / Nombres
MOHAMED MOHAMED

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
10 JUL 1935

Sex / Sexe / Sexo: M
Place of birth / Lieu de naissance / Lugar de nacimiento: YEMEN

Date of issue / Date de délivrance / Fecha de expedicion
09 AUG 2006

Authority / Autorité / Autoridad
United States Department of State

Date of expiration / Date d' expiration / Fecha de caducidad
08 AUG 2016

Amendments / Modifications / Enmiendas
SEE PAGE 24

P<USAHASSAN<<MOHAMED<MOHAMED<<<<<<<<<<<<<<<<<<<<

2189442341USA3507108M1608089<<<<<<<<<<<<<<02

THE UNITED STATES OF AMERICA

No. 8904026

CERTIFICATE OF NATURALIZATION

Petition No. 29700?

·ORIGINAL·

Personal description of holder as of date of naturalization: Date of birth July 10, 1935 sex Male complexion Dark color of eyes Brown color of hair Black height 5 feet 0 inches; weight 115 pounds; visible distinctive marks None

Marital status Married Country of former nationality Yemen

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.



Mohamed Mohamed Hassan

(Complete and true signature of holder)

EASTERN DISTRICT OF MICHIGAN }
SOUTHERN DIVISION } ss:

Be it known, that at a term of the District Court of The United States held pursuant to law at Detroit on November 17, 1970 the Court having found that Mohamed Mohamed Hassan then residing at 2375 E. Grand Blvd, Detroit, Michigan intends to reside permanently in the United States (when so required by the Naturalization Laws of the United States), had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, thereupon ordered that such person be and (s)he was admitted as a citizen of the United States of America.

In testimony whereof the seal of the court is hereunto affixed this 17th day of November in the year of our Lord nineteen hundred and Seventy

Seal

Frederick [signature]

Clerk of the U.S. District Court.

By ________ Deputy Clerk.

(IT IS A VIOLATION OF THE U. S. CODE (AND PUNISHABLE AS SUCH) TO COPY, PRINT, PHOTOGRAPH, OR OTHERWISE ILLEGALLY USE THIS CERTIFICATE.)

DEPARTMENT OF JUSTICE

Nizar
للترجمة والخدمات العامة

Translated from the Arabic original document
( Emblem of Rep. of Yemen )

REPUBLIC OF YEMEN
MINISTRY OF INTERIOR
CIVIL STATUS & CIVIL REGISTRATION AUTHORITY

520893

# DEATH CERTIFICATE

## Deceased Details

| Full Name of Deceased | | | Gender | | | |
|---|---|---|---|---|---|---|
| Dead name | Father name | G.Father & Surname | M/F | Nat. | Relig | D.O.B |
| MOHAMMED | MOHAMMED | HASSAN | Male | Yemeni | Muslim | 1935 |

## Death Details

| Date of Death | | | Place of Death | | |
|---|---|---|---|---|---|
| Day | Month | Year | Village/ City | District | Gov./ State |
| 7 | November | 2013 | Balsan | Dalal-Badan | Ibb |

| Marital Status | Prof. | National No. |
|---|---|---|
| | | |

I.D Details

| Type of I.D. | No. | Issue Date | Place of Issue |
|---|---|---|---|
| | | | |

## Mother's Details

| Individual Name | Father's Name | G. Father Name | Surname |
|---|---|---|---|
| HAILAH | ABDULLAH | AHMED | MURSHED |

## Registration in Register Office

| Dept. | Number | Date |
|---|---|---|
| | | |

Particularse of the deceased were registered in Death Regester No. (3) under entry No. (3) on November 7, 2013 A.D at the Civil Status Dept. – *Taiz*, Directorate: *Taiz*, Governorate: *Taiz*

Scirbe: Jamil Alborihi
(signed)

Director of Civil Status & Civil Registration
Colonel/ **Wadea Alakhali**

Seald by: 1- Civil Status & Civil Registration Authority
2- Minsitry of Foreign Affairs – Taiz office

*I, Mohammed Saleh (Nizar for translation & General Services ) (Translator) certify that this is a complete and accurate translation to the best of my knowledge*

Translation

بسم الله الرحمن الرحيم

الجمهورية اليمنية
وزارة الداخلية
مصلحة الأحوال المدنية والسجل المدني

# شهادة وفاة

قسم الأحوال
رئيس القسم
التوقيع

نموذج رقم (٣/٦ أ.م)

الجمهورية اليمنية
The Republic
وزارة الشؤون الخارجية
Ministry Of Foreign
And ...
...
Voluntary liability for content

## تعليمات هامة

١- شهادة الوفاة وثيقة هامة يجب الحفاظ عليها.
٢- عند فقدان هذه الوثيقة يجب الإبلاغ ...
٣- محاولة الحصول على اكثر من شهادة وفاة يعاقب عليها القانون.
٤- اي كشط أو تغيير في هذه الوثيقة يلغيها.

Taiz Office
Ministry Of Foreign Affairs & Expatriates
the Republic of Yemen

0142668 ط
٢٠١٦

## بيانات المتوفى

| إسم المتوفى بالكامل: اسم الفرد | إسم الأب | إسم الجد واللقب | النوع ذكر/أنثى | الجنسية | الديانة | تاريخ الميلاد |
|---|---|---|---|---|---|---|
| محمد | محمد | حسن | ذكر | يمني | مسلم | ١٩٣٠م |

| الحالة الإجتماعية | المهنة | الرقم الوطني |
|---|---|---|
| | | |

## بيانات الأم

| إسم الفرد | إسم الأب | إسم الجد | اللقب |
|---|---|---|---|
| هايله | عبدالله | أحمد | مرشد |

سجلت بيانات المتوفى بسجل واقعات الوفاة رقم ٢ ورقم قيد [illegible]

بتاريخ ٦ / ٧ /١٨ ٢٠١٣م

بإدارة أحوال مدنية تعز مديرية تعز محافظة تعز

## بيانات الوفاة

| تاريخ الوفاة الميلادي بالحروف: اليوم | الشهر | السنة | محل الوفاة: قرية/مدينة | مديرية | محافظة/دولة |
|---|---|---|---|---|---|
| سبعة | أحد عشر | ألفين وثلاثة عشر | بلسان | دلال بعدان | اب |

## بيانات البطاقة

| النوع | الرقم | تاريخ الإصدار | جهة الإصدار |
|---|---|---|---|
| | | | |

## القيد بالسجل المدني

| إسم الإدارة | رقم قيد الأسرة | التاريخ |
|---|---|---|
| | | |

إسم المحرر:

التوقيع:

الجمهورية اليمنية – وزارة الداخلية – مصلحة الأحوال المدنية والسجل المدني

Translated from Arabic birth certificate

In the Name of Allah, the Most Gracious, the Most Merciful,

(Emblem of Rep. of Yemen)

**REPUBLIC OF YEMEN**

MINISTRY OF INTERIOR

CIVIL STATUS &CIVIL REGISTRATION AUTHORITY

# BIRTH CERTIFICATE

## Neonate's Data: 4287741

| NEONATE'S FULL NAME | | | GENDER |
|---|---|---|---|
| FIRST NAME | FATHER'S NAME | GRANDFATHER'S NAME AND SURNAME | M/F |
| ABDULRAHMAN | MOHAMMED | MOHAMMED HASSAN | M |

## Date of Birth:

| | HOUR | DAY | MONTH | YEAR |
|---|---|---|---|---|
| A.H. | | | | |
| A.D. | | 4 | May | 1984 |

## Place of Birth:

| VILLAGE/ CITY | DISTRICT | GOVERNORATE/ COUNTRY |
|---|---|---|
| Balsan | Badan | Ibb |

| NATIONAL NO. | 0 | 4 | 1 | 1 | 0 | 4 | 2 | 0 | 4 | 6 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Parents' Data:

| | NAME | FATHER'S NAME | GRANDFATHER'S NAME AND SURNAME | RELIGION | NATIONALITY |
|---|---|---|---|---|---|
| FATHER | MOHAMMED | MOHAMMED | HASSAN | MUSLIM | YEMENI |
| MOTHER | ZANA | ALI | NAJI AHMED | MUSLIM | YEMENI |

## Parents' National Numbers:

| FATHER | MOTHER |
|---|---|
| 218944234 | |

## Family Entry In the Civil Register:

| DEPT. | FAMILY ENTRY NO. | DATE |
|---|---|---|
| | | |

The neonate's data were recorded in Birth Register No. (20) , under No.(644) on **January 6, 2026 A.D**

At the Civil Status Dept.: **Taiz,** District: **Alsalam,** Governorate: **Sana'a.**

Scribe: Ahmed Ali
(Signed)

Director of Civil Status& Civil Registration Dept.:
Colonel : Mohammed Ali Humaid
(Signed)
(Sealed by Civil Status& Civil Registration Dept. in Taiz)

Sealed by Civil Status & Civil Registration Authority
Sealed by Ministry of Foreign Affairs – Taiz office

بسم الله الرحمن الرحيم

الجمهورية اليمنية
The Republic of Yemen
وزارة الخارجية وشئون المغتربين
Ministry Of Foreign Affairs
And Expatriates

الجمهورية اليمنية

وزارة الداخلية

مصلحة الأحوال المدنية والسجل المدني

شهادة ميلاد

نموذج رقم (٦/١ أ.م)

## تعليمات هامة

- شهادة الميلاد وثيقة هامة يجب الحفاظ عليها.
- عند فقدان هذه الوثيقة يجب ابلاغ أقرب مركز أمني.
- محاولة الحصول على أكثر من شهادة ميلاد يعاقب عليها القانون.
- أي كشط أو تغيير في هذه الوثيقة يلغيها.

4287741 ط / ٢٠١٤

## بيـــانات المولـود

| إسم المولـود بالكامـل | | | النـوع |
|---|---|---|---|
| إسم المولود | إسـم الأب | إسم الجد واللقب | ذكر/أنثى |
| عبدالرحمن | محمد | محمد حسن | ذكر |

## تاريخ الميـلاد بالحـروف

| | الساعة | اليـوم | الشـهر | السـنة |
|---|---|---|---|---|
| هجري | | | | |
| ميلادي | | الرابع | مايو | الف وثمانيه ما ربعة وثمانون |

## محـل الميـلاد

| قرية/مدينة | مـديرية | محافظة / دولة |
|---|---|---|
| بلسان | يعدان | إب |

| الرقم الوطني للتولد | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ٢ | ٦ | ٤ | ٠ | ٢ | ٤ | ٠ | ١ | ١ | ٤ | ٠ |

## بيـانات الـوالديـن

| | إسم الفرد | إسم الأب | إسم الجد واللقب | الديانة | الجنسية |
|---|---|---|---|---|---|
| الأب | محمد | محمد | حسن | مسلم | يمني |
| الأم | زهره | علي | ناجي أحمد | مسلمة | يمنية |

## الرقم الوطني للوالدين

| الأب | الأم |
|---|---|
| ٢١٨٩٩٤٤٢٢٢ | |

## قيد الأسرة بالسجل المدني

| إسم الإدارة | رقم قيد الأسرة | التاريخ |
|---|---|---|
| | | |

سجلت بيانات المولود بسجل واقعات الميلاد رقم —٥— ورقم الصفحة ٩—٦

وتاريخ القيد ٦ / ١ / ٢٠٠٦م

بإدارة أحوال مدنية —قعطبة— مديرية ... محافظة ...

إسم المحرر: ... علي ...

التوقيـع: [signature]

U.S. Department of State

# CERTIFICATION OF IDENTITY

| | |
|---|---|
| 1. Full Name of Requester[1] *(Last, First, MI)* Hassan, Abdulrahman, Mohammed | 2. Date of Birth *(mm-dd-yyyy)* 05-04-1984 |
| 3. Full Name of Subject of Records Hassan, Mohamed, Mohamed | 4. Citizenship Status[2] Yemen |
| 5. Current Address 2020 DArlington Circle Shreveport , LA 71118. | 6. Place of Birth Yemen |

Third Party Authorization

Complete this section if you are authorizing release of your records to another person.

I, Abdulrahman Mohammed Hassan, pursuant to 5 U.S.C. Section 552a(b), authorize the U.S. Department of State to release any and all information relating to me to

Name of Third Party Julie Goldberg for Goldberg & Associates

Address of Third Party 14370 Ventura Blvd, Sherman Oaks, CA 91423

Type of Third Party (check one): ☐ Parent ☐ Custodial Guardian ☒ Legal Representation ☐ Other ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature[3] Abdulrahman
Abdulrahman (May 22, 2026 13:58:59 CDT)

Date *(mm-dd-yyyy)* 05/22/2026

## PRIVACY ACT STATEMENT

**AUTHORITIES:** The information is sought pursuant to 22 CFR Section 171; 5 U.S.C. Section 552a (the Privacy Act of 1974); 5 U.S.C 552 (Freedom of Information Act).

**PURPOSE:** The information solicited on this form will be used to identify the individuals submitting requests by mail under the FOIA and Privacy Act of 1974, 5 U.S.C. Section 552a. This solicitation is to ensure that the records of individuals who are the subject of U.S. Department of State records are not wrongfully disclosed by the Department. The information furnished may also be used to provide third party authorization.

**ROUTINE USES:** The information on this form will only be used to certify identification and will not be shared with other offices or agencies. More information on the Routine Uses for the system can be found in the System of Records Notice State-35, Information Access Program Records.

**DISCLOSURE:** Providing this information is voluntary. Failure to provide the information requested on this form may result in less information being disclosed in a FOIA or Privacy Act request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S. C. Section 552a(i)(3).

[1] Name of individual who is the subject of the record(s) sought.

[2] Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Name of individual who is the subject of the record(s) sought.

U.S. Department of State

# REQUEST FOR INDIVIDUAL ACCESS TO RECORDS PROTECTED UNDER THE PRIVACY ACT

If you are seeking access to your records, please provide the information below. This form may also be used by a parent or guardian of a U.S. citizen or Lawful Permanent Resident seeking access to the records of a minor or a legal guardian seeking access to the records of an individual who has been declared by a court to be incompetent.

**Information Required for Identity-Proofing and Authentication**

This information is required for the agency to verify your identity.

1. Full Name of Requester[1] (*Last, First, MI*)
Hassan, Abdulrahman, Mohammed

2. Current Address
2020 DArlington Circle Shreveport , LA 71118.

| 3. Date of Birth (*mm-dd-yyyy*) | 4. Place of Birth | 5. Citizenship Status[2] |
|---|---|---|
| 05-04-1984 | Yemen | Yemen |

6. If you are a parent or legal guardian requesting records of a minor or an individual who has been declared by a court to be incompetent

Name of Record Subject: Hassan, Mohamed, Mohamed

Relationship to Record Subject: [X] Parent [ ] Custodial Guardian [ ] Legal Representation [ ] Other ____________

7. **Additional Information Required to locate records**[3]

U.S. Passport No. 218944234
Certificate of Naturalization No.: 8904026, Petition No. 297007

8. **Description of Requested Records** (*Describe what records are being requested*)[4]

We are kindly requesting any and ALL Passport Records pertaining to my Deceased father, Mohamed Mohamed Hassan. DOB: 07/10/1935. Please see attached his recent U.S. Passport, Naturalization certificate, and Death certificate.

9. **Contact Information** (*Address for receiving the requested information*)

14370 Ventura Blvd, Sherman Oaks, CA 91423

10. **Declaration under Penalty of Purjury**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above and requesting access to my records, or records that I am entitled to request as the parent of a minor or the legal guardian of an incompetent, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine, imprisonment of not more than five years, or both, and that requesting or obtaining any record(s) under false pretense is punishable under the provisions of 5 U.S.C § 552a(i)(3) by a fine of not more than $5,000.

| Electronic Signature | Date (*mm-dd-yyyy*) |
|---|---|
| *Abdulrahman Hassan* Abdulrahman Hassan (May 7, 2026 18:13:37 CDT) | 05/07/2026 |

U.S. Department of State

## CONSENT FOR DISCLOSURE OF RECORDS PROTECTED UNDER THE PRIVACY ACT

1. Name of individual who is the subject of the record(s) sought.

2. Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

3. This information is required for the agency to be able to match the individual's information provided in this request with the records that pertain to that individual. Although not required, information such as social security number, permanent resident ("green card") number, passport number and other personal identifying information will assist the Department in matching the individual's information provided in this request with the records that pertain to that individual.

4. Requests for access should describe the requested record(s) in sufficient detail to permit identification of the record(s). At a minimum, requests should include the individual's full name (including maiden name, if appropriate) and any other names used. Helpful data includes the approximate time period of the record and the circumstances that give the individual reason to believe that the Department maintains a record under the individual's name or personal identifier, and, if known, the system of records in which the record is maintained.

5. For a complete list of the Department's records collections systems, go to the System of Records Notices (SORN) page: https://www.state.gov/system-of-records-notices-privacy-office/

**Privacy Act Statement**

In accordance with 22 CFR § 171.22 (c) personal information sufficient to identify the individuals requesting access to records under the Privacy Act of 1974, 5 U.S.C. § 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of the U.S. Department of State's systems of records are not wrongfully disclosed by the Department. The information on this form will only be used to verify identification and will not be shared with other offices or agencies. More information on the Routine Uses for the system can be found in the System of Records Notice State-35, **Information Access Program Records.**[5] Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. § 1001 and/or 5 U.S.C. § 552a(i)(3).

# EXHIBIT BB

U.S. Postal Service
Certified Mail Receipt

**OUTBOUND TRACKING NUMBER**
9402 7111 0549 5839 9078 60>

**RETURN RECEIPT TRACKING NUMBER**
9490911105495839907821

**FEES**

| | |
|---|---|
| Postage Per Piece | 8.57 |
| Certified Fee | 5.55 |
| Return Receipt Fee | 4.65 |
| **Total Postage & Fees:** | **$19.82** |

STUDIO CITY POST OFFICE 91604
AUG 05 2026
USPS

Postmark
Here

**ARTICLE ADDRESS TO:**

FEDERAL PROGRAMS BRANCH
US DEPARTMENT OF JUSTICE
20 MASSACHUSETTS AVE NW
Washington DC 20001

CID: 24998 – Urgent Notice

# EXHIBIT CC

# Request for OGIS Assistance – USCIS FOIA NRC2026232165 / Appeal APP2026029027REQ – Urgent September 10, 2026 Removal Hearing

External Inbox

Summarize this email

G

**Goldberg & Associates PC** <uscis@goldbergimmigration.com> Fri, Aug 21, 10:15 AM (10 days ago)
to ogis

Dear OGIS:

Our office respectfully requests **urgent OGIS assistance** regarding the USCIS FOIA request for **Mohamed Mohamed Hassan**, Control No. **NRC2026232165**, and the related administrative appeal, Appeal No. **APP2026029027REQ**.

USCIS administratively closed the original request based on concerns regarding certain supporting documents. We timely appealed the determination because those documents had already been submitted with the original request, including the original Arabic birth and death certificates, certified English translations, and authentication by the **Republic of Yemen Civil Status & Civil Registration Authority and the Ministry of Foreign Affairs – Taiz Office**.

Mr. Hassan has a **removal hearing scheduled for September 10, 2026**, and these records are urgently needed to evaluate his immigration matter and prepare for the upcoming proceeding. We have repeatedly contacted USCIS and requested expedited and supervisory review, but we have not received a substantive resolution of the appeal or the requested records.

Given the approaching hearing, we respectfully ask OGIS to **intervene and assist in facilitating immediate communication with the appropriate USCIS FOIA personnel and obtaining prompt review of the pending appeal and request**.

We are attaching the relevant documentation for your review. USCIS has not yet issued a decision on the administrative appeal.

Please let us know if any additional information or documentation is needed from our office. We would greatly appreciate OGIS's assistance as soon as possible due to the time-sensitive nature of this matter.

**Sincerely,**

**Goldberg & Associates**
**Immigration Law Solutions**

**LOS ANGELES**
**14370 Ventura Blvd.**
**Sherman Oaks, California 91423**
**818-999-1559 (Voice)**

**DETROIT**
**3005 Oakwood Boulevard**
**Melvindale, Michigan 48122**
**313-888-9545 (Voice)**

**DJIBOUTI**
**Marabout Lot NO 549A**
**Heron, Djibouti**
**Past the Second Circle**

**Big Yellow House**
+253 77 22 32 58 **(Voice)**

uscis@goldbergimmigration.com

**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

USCIS FOIA Filed.pdf

**6 Attachments** • Scanned by Gmail

**6 Attachments** • Scanned by Gmail ⓘ Add all to Drive

PDF 24998, Notice of In-Person Hearing (1).pdf

1.5 MB




PDF Death Certificate ...




PDF Birth Certificate ...




PDF USCIS FOIA Appe...




PDF USCIS FOIA respo...



PDF USCIS FOIA email...

# EXHIBIT DD

O

**OGIS**
to me

Aug 21, 2026, 10:18 AM (10 days ago)

Thank you for contacting the Office of Government Information Services (OGIS).

This is an auto response, please DO NOT respond to this email as the response will not be received by the OGIS staff. Emails must be sent to ogis@nara.gov.

As the Freedom of Information Act (FOIA) ombuds, OGIS assists FOIA requesters and federal agencies by helping them resolve their FOIA disputes, and by addressing their questions and concerns about the FOIA process. Please note, we receive many inquiries and, if appropriate, will respond to you as quickly as possible.

For more information about OGIS's services, please explore the information on our mediation and compliance functions at archives.gov/ogis.

If you seek OGIS's assistance with the FOIA process and have not done so already, please email us again at ogis@nara.gov and provide us with the following:
- What assistance you seek from OGIS
- A copy of your FOIA request
- The agency's response to your request that includes the FOIA tracking number
- Your appeal letter
- The agency's response to your appeal

We encourage you to transmit documents as PDF attachments.

If you contacted OGIS in error, please email us at ogis@nara.gov and notify us that you no longer seek our assistance.

# EXHIBIT EE

| | |
|---|---|
| **10 mins**<br>**8/21/26 2:30p**<br>**Correspondence**<br>**Mohammed - LA Staff**<br><br>NoteID: 454827 | Called OGIS regarding the USCIS FOIA matter. The recorded message states that OGIS cannot provide substantive assistance by phone and that requests for mediation assistance must be sent to ogis@nara.gov. which I already sent an email today |
| **30 mins**<br>**8/21/26 10:22a**<br>**Correspondence**<br>**Mohammed - LA Staff**<br><br>NoteID: 454818 | 24998 - Drafted and sent an email requesting assistance from OGIS, the federal FOIA Ombudsman, regarding the pending USCIS FOIA and appeal, and attached the relevant USCIS responses and supporting documents. |