# LCvR 65.1 Notice – Hassan v. USCIS – Emergency TRO Application Regarding FOIA Lawsuit

**Goldberg Associates** <ecf@goldbergimmigration.com> Wed, Sep 2, 2026 at 4:27 PM
To: zachary.krizel@usdoj.gov, christina.o'tousa@usdoj.gov, "Press, Joshua S. (CIV)" <Joshua.Press@usdoj.gov>

Dear Mr. Krizel and Ms. O'Tousa,

Pursuant to Local Civil Rule 65.1, we are providing notice of our anticipated Ex Parte Application for Temporary Restraining Order against USCIS and Department of Homeland Security. We are attaching the Complaint and supporting exhibits we just filed with the Court today.

This action comes after nearly three months of unsuccessful efforts to obtain the requested records since the original FOIA request was filed on June 4, 2026. Since then, we have repeatedly sought expedited processing, supervisory review, reconsideration, and administrative appeal, provided advance notice of contemplated litigation, and sought assistance from OGIS, the Federal FOIA Ombudsman, please review the exhibits filed with the complaint. Despite those efforts, USCIS has not produced the records.

Court intervention is now necessary because Plaintiff Abdulrahman Mohammed Hassan has an Individual Hearing before the Dallas Immigration Court on **September 10, 2026**, and the requested records concerning his deceased father are critical to evaluating his citizenship claim, available relief, and preparation of his case. USCIS has been repeatedly advised of the hearing and the urgency, yet the records remain outstanding. We remain willing to resolve this without emergency litigation if USCIS can promptly produce the records with sufficient time for counsel to review and use them before the hearing. Otherwise, we intend to proceed with our anticipated ex parte application for TRO. Please advise whether the United States intends to oppose the requested TRO.

For reference here is the FOIA Control Number and the Appeal Number: FOIA Control No. NRC2026232165, Appeal No. APP2026029027REQ

**Sincerely,**
**Julie A. Goldberg, Esq.**
**Goldberg & Associates**
**Immigration Law Solutions**
**LOS ANGELES**
**14370 Ventura Blvd.**
**Sherman Oaks, California 91423**
**818-999-1559 (Voice)**

**DETROIT**
**3005 Oakwood Boulevard**
**Melvindale, Michigan 48122**
**313-888-9545 (Voice)**

**DJIBOUTI**
**Marabout Lot NO 549A**
**Heron, Djibouti**
**Past the Second Circle**
**Big Yellow House**
**+253 77 22 32 58 (Voice)**

ecf@goldbergimmigration.com

**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this

communication to the sender listed above, delete the original message and any copy of it from your computer system.



---

**Docket 1 - Complaint, Exhibit List & Exhibits A-EE, Civil Cover Sheet, and Proposed Summons for All Defendants - cv - 3082.pdf**
21246K