**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**ABDULRAHMAN MOHAMMED HASSAN;**
2020 Darlington Court,
Shreveport, LA 71118,

Plaintiff,

v.

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES;**
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009;

and

**U.S. DEPARTMENT OF HOMELAND SECURITY;**
2707 Martin Luther King Jr. Avenue, SE
Mail Stop 0485
Washington, DC 20528,

Defendants.

Case No.: 1:26-cv-3082 (RBW)

**PLAINTIFF'S RESPONSE TO THE COURT'S SEPTEMBER 3, 2026 ORDER TO SHOW CAUSE**

Plaintiff Abdulrahman Mohammed Hassan responds to the Court's Minute Order of September 3, 2026, directing him to show cause why his motion should continue as ex parte.

While Plaintiff attempted to give notice as a courtesy, it was after hours and Plaintiff had concerns that notice was not received. Given the grave emergency - possible deportation of a US Citizen within days and the clear violation the designation "ex parte" in the Application was used to convey that Plaintiff seeks a ruling before any emergency briefing could run —as all documents would be needed by Friday September 4, 2026 not that Plaintiff seeks relief without notice within the meaning of Federal Rule of Civil Procedure 65(b)(1). Plaintiff apologizes to the court for the mislabeling. To eliminate any ambiguity, Plaintiff withdraws the "ex parte"

designation and respectfully asks that the Application (ECF No. 2) be treated as an emergency motion for a temporary restraining order made on notice, pursuant to Local Civil Rule 65.1(a).

Defendants have actual notice of the Application and copies of every paper filed in this action. On September 2, 2026, counsel emailed the Complaint and all exhibits, as filed, to three attorneys of the United States Department of Justice, advised them of the forthcoming Application, and asked whether the United States would oppose it. Upon filing, counsel furnished the Application and all supporting papers to the same attorneys. (Goldberg Decl. ¶¶ 4–5.)

Plaintiff's removal hearing before the Dallas Immigration Court is set for September 10, 2026, and the last passport appointment where he could acquire proof of his US citizenship that would be available before that hearing is September 8, 2026. Plaintiff respectfully requests that the Court consider the Application on an expedited basis — including on any response schedule for Defendants the Court deems appropriate — and rule in time to permit production of the requested records by September 4, 2026, or not later than September 7, 2026. Records produced after September 8, 2026 cannot serve their purpose.

Dated: September 3, 2026

Respectfully submitted,

/s/ Julie A. Goldberg
Julie A. Goldberg
Goldberg & Associates PC
3005 Oakwood Boulevard
Melvindale, Michigan 48122
Telephone: (818) 999-1559
Facsimile: (818) 999-1449
ecf@goldbergimmigration.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on September 3, 2026, I filed the foregoing Response through the Court's CM/ECF system and caused a copy to be transmitted by email to Zachary Krizel, Christina O'Tousa, and Joshua S. Press, attorneys of the United States Department of Justice, at the addresses to which the papers described in the Response were previously transmitted.

/s/ Julie A. Goldberg
Julie A. Goldberg