**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ABDULRAHMAN MOHAMMED HASSAN,<br>Plaintiff,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES et al.,<br><br>Defendants. | ) | Civil Action No. 26-3082 (RBW) |

**ORDER**

In accordance with the Court's oral ruling at the September 4, 2026 hearing on the plaintiff's Emergency Motion for Temporary Restraining Order, ECF No. 2, it is hereby **ORDERED** that the parties shall appear before the Court for a continuation of the hearing on September 8, 2026, at 9:15 a.m. via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#). It is further

**ORDERED** that the defendants shall provide the plaintiff with his deceased father's Alien File and other records responsive to FOIA Control No. NRC2026232165 by September 8, 2026, at 9:00 a.m. While the Court expects the defendants to provide all of the documents requested in the plaintiff's request, if that becomes impossible, then the three items that would provide the plaintiff with the relief he seeks, as specifically identified by plaintiff's counsel during the September 4, 2026 hearing, shall be provided by September 8, 2026 at 9:00 a.m.

**SO ORDERED** this 4th day of September, 2026.

REGGIE B. WALTON
United States District Judge