**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ABDULRAHMAN MOHAMMED HASSAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 26-3082 (RBW) |

**PLAINTIFF'S EXHIBIT LIST FOR THE SEPTEMBER 8, 2026 CONTINUATION HEARING**

*Citations to "Prod. __" refer to Defendants' September 5, 2026 release under FOIA Control No. NRC2026232165, paginated continuously 1–169 across its two PDF parts (pages 1–85 and pages 86–169).*

| | |
|---|---|
| **Exhibit A** | Declaration of Julie A. Goldberg Regarding Defendants' September 5, 2026 Production (executed September 6, 2026). |
| **Exhibit B** | Sample 1 — Excerpts of a USCIS FOIA release produced October 8, 2024, bearing the agency's header "Foia Response Copy produced 10/08/2024 from USCIS CMS; A-Number 023323287" on each page: the deceased parent's Form N-400 and Form G-325A, with the home address, the five-year residence table (Brooklyn, Bronx, and Dhahran, Saudi Arabia entries with dates), and the employment history released in full; non-responsive material marked "Out of Scope." |
| **Exhibit C** | Sample 2 — Excerpts of a USCIS FOIA production from counsel's closed files: the deceased parent's Form N-565 (executed August 29, 1991), releasing his home address (863 Flatbush Avenue, Brooklyn, New York 11226) and post-naturalization absences, and his alien-registration record, releasing his present and prior Brooklyn addresses and his December 15, 1957 entry at New York. |
| **Exhibit D** | Sample 3 — Excerpts of a USCIS FOIA production from counsel's closed files: the deceased parent's Form N-565, duplicate Petition for Naturalization, Forms G-325 and G-325A, and Form FS-510, releasing the five-year residence table in full (85 Clarkson Avenue, Brooklyn; 1650 Lycast Street, Detroit; with dates) and the FS-510 item 11, "Present address." |
| **Exhibit E** | Sample 4 — Excerpts of a USCIS FOIA production from counsel's closed files: the deceased parent's duplicate Petition for Naturalization (Form N-405), Court |

| | |
|---|---|
| | of Common Pleas of Stark County at Canton, Ohio, releasing item (2), "My present place of residence is 1110 4th St. S.W., Massillon," the August 2, 1952 admission at New York aboard Air France, and the absences table. |
| **Exhibit F** | Sample 5 — Excerpts of a USCIS FOIA production from counsel's closed files: the deceased parent's Form G-325 (signed March 8, 1969), releasing the handwritten "Applicant's Residence Last Five Years" table in full (215 Hawthorne Street, Brooklyn, from February 1969, and the addresses preceding it), and his Immigrant Visa and Alien Registration. |
| **Exhibit G** | Category One — Residence entries removed from the decedent's own sworn applications and supporting forms in Defendants' September 5, 2026 production (15 pages, itemized below). |
| **Exhibit H** | Category Two — The decedent's address removed from agency notices, questionnaires, and correspondence in Defendants' September 5, 2026 production (24 pages, itemized below). |

**Exhibit G — Category One:**

**Residence Entries Removed from the Decedent's Own Sworn Applications and Supporting Forms**

| Prod. Page | Document and Matter Removed |
|---|---|
| Prod. 8 | Statement of Facts for Preparation of Petition (May 1969): item (2), "My present place of residence," removed; item (10) children's "Now Living At" table removed. |
| Prod. 9 | Same form, continuation page: item (16), the person in the United States to whom he was coming, removed; "Address at Which Applicant Receives Mail" removed. |
| Prod. 13 | Fingerprint card (FD-258): "Residence of Person Fingerprinted" removed. |
| Prod. 15 | Form G-325A: "Applicant's Residence Last Five Years. List Present Address First" table removed in its entirety. |
| Prod. 16 | Form G-325A (second copy): same residence table removed in its entirety. |
| Prod. 17 | Form G-325A (third copy): same residence table removed in its entirety. |
| Prod. 18 | Form G-325A (fourth copy): same residence table removed in its entirety. |
| Prod. 19 | Application to File Petition for Naturalization (May 23, 1969): "I live at" removed; table asking "In what places in the United States have you lived during the last 5 years?" removed. |
| Prod. 30 | Petition for Naturalization (granted November 17, 1970): item (2), "My present place of residence," removed. |
| Prod. 35 | Application to File Petition for Naturalization (Detroit, late 1969): "I live at" removed. |
| Prod. 37 | Statement of Facts for Preparation of Petition (Detroit): item (2), "My present place of residence," removed. |
| Prod. 38 | Same form, continuation page: person to whom he was coming removed; |

| | |
|---|---|
| | “Address at Which Applicant Receives Mail” removed (destination “Modesto, California” released). |
| Prod. 41 | Decedent’s sworn affidavit of November 10, 1970: “residing at ___” removed; children’s “Now Living At” column removed. |
| Prod. 52 | Form G-325 (signed December 6, 1969): five-year residence table removed in its entirety; employment table on the same page released. |
| Prod. 77 | Form I-131, Application for Permit to Re-Enter (January 1968): the decedent’s address in block 2 removed. |

**Exhibit H — Category Two:**

**The Decedent’s Address Removed from Agency Notices, Questionnaires, and Correspondence**

| **Prod. Page** | **Document and Matter Removed** |
|---|---|
| Prod. 3 | Form I-130 approval notice (petition filed April 19, 1976; approved January 20, 1977): petitioner’s address beneath his name removed. |
| Prod. 4 | Form I-72 request for additional documents (July 2, 1976): applicant/petitioner address block removed. |
| Prod. 6 | Form G-28 notice of appearance (1976): represented party’s address line removed. |
| Prod. 24 | Request for Cancellation of Public Charge Bond questionnaire (Detroit, ca. December 1970): item 3, “Address,” removed in full (arrival date “June, 1964” released). |
| Prod. 27 | Stanislaus County Welfare Department letter (December 17, 1970): decedent’s address beneath his name removed. |
| Prod. 32 | Form N-445 notice of final naturalization hearing (November 1970): decedent’s mailing address removed. |
| Prod. 60 | Request for Cancellation of Public Charge Bond questionnaire (New York, 1969): item 3, “Address,” removed in full (arrival date “6-7-64” released). |
| Prod. 61 | INS New York letter (June 24, 1969): addressee block containing the decedent’s New York address removed. |
| Prod. 63 | Welfare-verification inquiry (June 1969): decedent’s address beneath his name removed. |
| Prod. 64 | Welfare-verification reply (received June 1969): response and address blocks removed. |
| Prod. 69 | Decedent’s own letter of August 1, 1967: his return address beneath his name removed, together with the “Re:” block. |
| Prod. 72 | Welfare-verification inquiry (May 1967): decedent’s address beneath his name removed. |
| Prod. 81 | Form G-56 interview notice (May 16, 1979): decedent’s address removed. |
| Prod. 83 | Form G-56 interview notice (March 13, 1979): decedent’s address removed. |
| Prod. 88 | Blood-test appointment form (1976–77): petitioner/attorney address line |

| | |
|---|---|
| | removed. |
| Prod. 90 | Blood-test form, duplicate: same address line removed. |
| Prod. 110 | “Interview Sheet for Yemen Visa Petitions” (1976): “The present address of the petitioner is:” removed (beneficiary’s address also removed). |
| Prod. 111 | Form G-56 appointment notice (April 20, 1976): decedent’s address beneath his name removed. |
| Prod. 112 | Form I-72 request for additional documents (February 12, 1975): applicant/petitioner name-and-address block removed. |
| Prod. 115 | Form G-56 appointment notice (January 31, 1975): decedent’s address beneath his name removed. |
| Prod. 125 | Form G-56 naturalization-interview notice (November 1970): decedent’s address removed. |
| Prod. 131 | Handwritten letter of December 21, 1964: the address to which the decedent’s alien registration card “was sent” removed (request that the card be re-sent to P.O. Box 1097, Modesto, California, released). |
| Prod. 132 | Handwritten agency note of August 18, 1964: the address at which “the alien does not live” removed, together with the name and address of the person found there. |
| Prod. 143 | Form FS-510 immigrant-visa application (executed at Aden): the “My present address” item removed. |

Ten additional pages were withheld in full: Prod. 100, 102, 133, 134, 155, 156, 157, 158, 159, and 160.

Respectfully submitted,

*/s/ Julie A. Goldberg*

Julie A. Goldberg
3005 Oakwood Boulevard
Melvindale, Michigan 48122
Telephone: (818) 999-1559
Facsimile: (818) 999-1449
ecf@goldbergimmigration.com
*Counsel for Plaintiff*

# EXHIBIT A

Declaration of Julie A. Goldberg Regarding
Defendants' September 5, 2026 Production

Hassan v. USCIS, No. 26-3082 (RBW) (D.D.C.)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ABDULRAHMAN MOHAMMED HASSAN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | ) | Civil Action No. 26-3082 (RBW) |

**DECLARATION OF JULIE A. GOLDBERG REGARDING**

**DEFENDANTS' SEPTEMBER 5, 2026 PRODUCTION**

I, Julie A. Goldberg, hereby declare as follows pursuant to 28 U.S.C. § 1746:

**Background**

1. I am counsel of record for Plaintiff Abdulrahman Mohammed Hassan. I have practiced immigration and nationality law for more than twenty years. I make this declaration on personal knowledge and on my review of the records described below, in advance of the continuation hearing set for September 8, 2026, at 9:15 a.m., see Order, ECF No. 7 (Sept. 4, 2026), as unfortunately the exact records we required — the records of the deceased father's residence 47 to 63 years ago — were all redacted.

**The September 5 Production, and a Word of Thanks**

2. On September 4, 2026, this Court ordered Defendants to provide Plaintiff "with his deceased father's Alien File and other records responsive to FOIA Control No. NRC2026232165 by September 8, 2026, at 9:00 a.m." ECF No. 7. On Saturday, September 5, 2026 — the first day of the Labor Day holiday weekend — the USCIS National Records Center issued its final action letter, signed by Chief FOIA Officer James A. Baxley, and released the responsive records: 169 pages, of which 26 pages were released in their entirety, 133 pages were released in part, and 10 pages were withheld in full, citing FOIA Exemptions (b)(6), (b)(7)(C), and (b)(7)(F). The letter states that the agency "considered the foreseeable harm standard" and that the withheld pages "contain no reasonably segregable portion(s) of non-exempt information."

3. Before anything else, I want the record to reflect my sincere gratitude. Agency personnel and Assistant United States Attorney Kristen Rees plainly worked through a holiday weekend to meet this Court's deadline, and the production arrived three days ahead of it. Since January 2025, the demands of my detained-docket caseload have not allowed me a single day off, so I know from experience what a working holiday weekend costs the people who give one up. I thank them for it, sincerely and without reservation.

**What the Request Was Filed to Obtain**

4. The request, received by the National Records Center on June 4, 2026, sought the Alien File of Plaintiff's father, Mohamed Mohamed Hassan (A14 053 570), so that his son could acquire all of the records of his residential history to prove his father resided in the United States 5 years before his birth. Plaintiff offered to limit the request to 3 items: I-130 records, immigrant visa records, and all N-400 records and any supporting documents.

5. Two facts decide Plaintiff's claim to United States citizenship at birth under former INA § 301(g), 8 U.S.C. § 1401(g) (1982) (as in effect on May 4, 1984): whether his father was a United States citizen on May 4, 1984, and whether, by that date, the father had been physically present in the United States for periods totaling ten years, at least five of them after the age of fourteen. Compl. ¶¶ 20–21. The Certificate of Naturalization answers the first. Where the father lived, and when, answers the second. The father cannot testify; he died in 2013. Compl. ¶ 24. Plaintiff's individual hearing before the Dallas Immigration Court is set for September 10, 2026, at 1:00 p.m. Central Time. Compl. ¶ 7.

**What the September 5 Production Released, and What It Removed**

6. I have reviewed all 169 pages.

7. The production contains the father's own applications and sworn statements, created between 1963 and 1979. Page after page, the government released the entries surrounding the residence question and removed the answer to the residence question:

(a) Form G-325A, Biographic Information, submitted in quadruplicate with the father's naturalization application: on all four copies, the fields are released — name, birth date, parents, nationality — except the box captioned "Applicant's Residence Last Five Years. List Present Address First," which is blocked in its entirety on each of the four copies. Prod. pgs 15, 16, 17, 18.

(b) Form G-325, signed December 6, 1969, and presumably going back to his first entry to the United States — the residence table — is blocked in its entirety. Prod. pg 52.

(c) The father's May 23, 1969 Application to File Petition for Naturalization: the answer to "I live at" is removed, and the table asking "In what places in the United States have you lived during the last 5 years?" is blocked. Prod. pg 19. His second application, filed at Detroit in late 1969: "I live at" removed. Prod. pg 35. The Statements of Facts sworn with those applications: "My present place of residence" removed from both. Prod. pgs 8, 37; see also Prod. pgs 9, 13, 38, 41, 77 (Ex. G).

(d) The Petition for Naturalization itself — the petition granted on November 17, 1970 — releases the admission date, June 7, 1964, at New York, and removes item (2), "My present place of residence." Prod. pg 30.

(e) The government's contemporaneous investigative records receive the same treatment. A handwritten agency note dated August 18, 1964 records that a person — name removed — "who lives at" an address — removed — "stated that he does not know the alien and that the alien does not live at" an address — removed. Prod. pg 132. A handwritten letter dated December 21, 1964 records the address to which the father's alien registration card "was sent" — removed. Prod. pg 131. The 1976 "Interview Sheet for Yemen Visa Petitions" reads, "The present address of the petitioner is:", followed by a removal. Prod. pg 110. Agency notices and questionnaires directed to the father from 1967 through 1979 release the dates, release his name, and remove the address beneath his name. Ex. H.

(f) Ten pages are withheld in full. Prod. 100, 102, 133, 134, 155, 156, 157, 158, 159, 160; one of them is believed to be a G-325A attached to the I-130 for one of his older children, which would have identified residential history from 1978 to 1980.

8. Exhibit G collects the fifteen pages on which residence entries were removed from the father's own sworn applications and supporting forms. Exhibit H collects the twenty-four pages on which the father's address was removed from agency notices, questionnaires, and correspondence. Every page, and the specific matter removed from it, is identified in the accompanying Exhibit List.

**The Stated Exemptions and the Man They Protect**

9. The final action letter describes the withheld material in the statute's terms: Exemption (b)(6) reaches "home addresses . . . belonging to a third party"; Exemption (b)(7)(C) reaches "information relating to third-party individuals"; and Exemption (b)(7)(F) reaches information whose disclosure "could reasonably be expected to endanger" a person's "life or physical safety."

10. The addresses removed from this file are between forty-seven and sixty-three years old. The man who lived at them has been dead for nearly thirteen years, and Defendants have held his death certificate since the request was filed. His son — the requester — is the person from whom the addresses are being withheld. I have searched the final action letter for the identity of any living person whose privacy would be invaded, or whose life or physical safety would be endangered, by disclosure of where Mohamed Mohamed Hassan lived between 1963 and 1979, and the letter does not supply one. I cannot supply one either. Nor am I able to explain to my client why, of all the entries on his late father's applications, the entries removed are the ones his request was filed to obtain.

**Twenty Years of Deceased-Parent A-File Productions, and Five Samples**

11. Requests of exactly this kind are a staple of my practice — I specialize in derivative citizenship cases. For more than twenty years, I have requested under FOIA, with proof of death, the A-Files of deceased parents in order to document their children's acquisition of United States citizenship at birth. In every such production I have received before this one, USCIS released the decedent's residence history — the information those requests exist to obtain — and the Department of State has issued United States passports to my clients on the strength of those records. Given time, I could place hundreds of such productions from my closed files before this Court. Over this holiday weekend, I retrieved five.

12. Sample 1 (Exhibit B) is excerpted from a USCIS FOIA release produced October 8, 2024; each page bears the agency's own header, "Foia Response Copy produced 10/08/2024 from USCIS CMS; A-Number 023323287." It includes the decedent's Form N-400 and Form G-325A. The N-400 releases his home address in the Bronx and the full five-year residence table, with street addresses in Brooklyn and the Bronx. The G-325A releases the "Applicant's Residence Last Five Years" table in full — 115 Eastern Parkway, Brooklyn; 236 Underhill Avenue, Brooklyn; Dhahran, Saudi Arabia — with the corresponding dates. USCIS marked non-responsive material "Out of Scope." It removed none of the residence history.

13. Sample 2 (Exhibit C) includes a decedent's Form N-565, executed August 29, 1991, releasing his home address — 863 Flatbush Avenue, Brooklyn, New York 11226 — and his alien-registration record, releasing his present and prior Brooklyn addresses and his December 15, 1957 entry at New York.

14. Sample 3 (Exhibit D) includes a decedent's Form G-325 releasing the five-year residence table in full — 85 Clarkson Avenue, Brooklyn (December 1974 to present); 1650 Lycast Street, Detroit (January 1973 to November 1974); 85 Clarkson Avenue, Brooklyn (August 1970 to

September 1971) — together with his Form FS-510 immigrant-visa application releasing item 11, "Present address."

15. Sample 4 (Exhibit E) is a decedent's duplicate Petition for Naturalization (Form N-405), filed in the Court of Common Pleas of Stark County at Canton, Ohio, releasing item (2): "My present place of residence is 1110 4th St. S.W., Massillon" — together with his August 2, 1952 admission at New York aboard Air France and his absences table.

16. Sample 5 (Exhibit F) includes a decedent's Form G-325, signed March 8, 1969, releasing the handwritten "Applicant's Residence Last Five Years" table in full — 215 Hawthorne Street, Brooklyn, from February 1969, with the addresses and Yemen residence preceding it — together with his Immigrant Visa and Alien Registration.

17. Each sample is excerpted from a production made to my office in a closed matter in which the subject of the A-File was a client's deceased parent and proof of death accompanied the request. Together the five span six decades of forms — N-400, N-405, N-565, G-325, G-325A, FS-510, and the immigrant visa itself — and FOIA responses through October 8, 2024. In each, the residence history is released. These are the same forms produced in this case at Prod. pgs 15–19, 30, 52, and 143 — with the residence history removed.

18. The Department of State searched its own files for this same deceased father and, under Case No. F-2026-19367, produced his sworn passport applications — releasing the residence for his applications in 1976, 1981, and 1986 — excising limited third-party matter and denying nothing. Compl. ¶¶ 25–26 & Ex. C.

**Applicable Law**

19. FOIA requires that "[a]ny reasonably segregable portion of a record shall be provided to any person requesting such record after deletion of the portions which are exempt," 5 U.S.C. § 552(b), and permits withholding "only if the agency reasonably foresees that disclosure would harm an interest protected by an exemption," id. § 552(a)(8)(A)(i)(I). Each removal identified in Exhibits G and H is a discrete form field. The Court of Appeals has recognized that the "death of the subject of personal information may diminish to some extent the privacy interest in that information," Schrecker v. U.S. Dep't of Justice, 349 F.3d 657, 661 (D.C. Cir. 2003), and the privacy exemptions protect only personal privacy that disclosure would actually invade, see U.S. Dep't of Justice v. Reporters Comm. for Freedom of the Press, 489 U.S. 749 (1989).

**Request**

20. Plaintiff therefore respectfully requests that the Court direct Defendants, by 12:00 p.m. noon Eastern Time on September 8, 2026, or any other date and time the Court considers

appropriate in advance of Plaintiff's September 10, 2026 immigration hearing, to: (a) reissue the thirty-nine pages identified in Exhibits G and H without redaction of the decedent's residence and address information; (b) release the ten pages withheld in full, Prod. 100, 102, 133, 134, and 155–160, or lodge them with the Court for in camera review; and (c) identify on the record, for any redaction that remains, the living person whose interest it protects and the harm the agency foresees from its disclosure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2026.

Respectfully submitted,

*/s/ Julie A. Goldberg*

Julie A. Goldberg
3005 Oakwood Boulevard
Melvindale, Michigan 48122
Telephone: (818) 999-1559
Facsimile: (818) 999-1449
ecf@goldbergimmigration.com
*Counsel for Plaintiff*

# EXHIBIT B

Sample 1 — USCIS FOIA Release Produced October 8, 2024
(agency header on each page; A-Number 023323287)
Residence history released in full

Hassan v. USCIS, No. 26-3082 (RBW) (D.D.C.)

Foia Response Copy produced 10/08/2024 from USCIS CMS; A-Number: 023323287

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

OMB NO. 1115-0009
Approval Expires 1/31/84

Out of Scope

8/29/8 ... -14-95

# APPLICATION TO FILE PETITION FOR NATURALIZATION

Mail or take to:
IMMIGRATION AND NATURALIZATION SERVICE

**ALIEN REGISTRATION**
(Show the exact spelling of your name as it appears on your alien registration receipt card, and the number of your card. If you did not register, so state.)
Name
No. A23323287

(See INSTRUCTIONS. BE SURE YOU UNDERSTAND EACH QUESTION BEFORE YOU ANSWER IT. PLEASE PRINT OR TYPE.)

Section of Law 316(a) (Leave Blank) Date:

(1) My full true and correct name is Mohsen Ahmed Ali HUDYIH (Full true name without abbreviations)

(2) I now live at 4396 Furman Ave. Apt. 6D (Number and street.)
Bronx, N.Y. 10466 (City, county, state, zip code)

(3) I was born on 2 (Month) 15 (Day) 56 (Year) in Ibb (City or town) Yemen (County, province, or state) (Country)

(4) I request that my name be changed to Mohsen AA HUDYIH none

(5) Other names I have used are: None (Include maiden name) Sex: ☒ Male ☐ Female

(6) Was your father or mother ever a United States citizen? ☐ Yes ☒ No (If "Yes", explain fully)

(7) Can you read and write English? ☒ Yes ☐ No

(8) Can you speak English? ☒ Yes ☐ No

(9) Can you sign your name in English? ☒ Yes ☐ No

(10) My lawful admission for permanent residence was on 04 (Month) 23 (Day) 81 (Year) under the name of Mohsen Ahmed Ali Hudyih at New york (City) N.Y. (State)

(11) (a) I have resided continuously in the United States since 04 (Month) 23 (Day) 81 (Year)

(b) I have resided continuously in the State of New York since 8 (Month) 2 (Day) (Year)

(c) During the last five years I have been physically in the United States for a total of 60 months.

(12) Do you intend to reside permanently in the United States? ☒ Yes ☐ No If "No," explain:

(13) In what places in the United States have you lived during the last 5 years? List present address FIRST.

| | FROM - | TO - | STREET ADDRESS | CITY AND STATE |
|---|---|---|---|---|
| (a) | 11, 1982 | PRESENT TIME | 4396 Furman Ave Apt. 6D | Bronx, N.Y. |
| (b) | 8/2, 1979 | 4/82 | 115 Eastern Pkway, | Bklyn N.Y. 11238 |
| (c) | , 19 | , 19 | | Saudi Arabia |
| (d) | , 19 | , 19 | | |

(14) (a) Have you been out of the United States since your lawful admission as a permanent resident? ☐ Yes ☒ No
If "Yes" fill in the following information for every absence of *less than 6 months*, no matter how short it was.

| DATE DEPARTED | DATE RETURNED | NAME OF SHIP, OR OF AIRLINE, RAILROAD COMPANY, BUS COMPANY, OR OTHER MEANS USED TO RETURN TO THE UNITED STATES | PLACE OR PORT OF ENTRY THROUGH WHICH YOU RETURNED TO THE UNITED STATES |
|---|---|---|---|
| | | | none |
| | | | |
| | | | |

(b) Since your lawful admission, have you been out of the United States for a period of *6 months or longer*? ☐ Yes ☒ No
If "No", state "None"; If "Yes", fill in following information for every absence of more than 6 months.

| DATE DEPARTED | DATE RETURNED | NAME OF SHIP OR OF AIRLINE, RAILROAD COMPANY, BUS COMPANY, OR OTHER MEANS USED TO RETURN TO THE UNITED STATES | PLACE OR PORT OF ENTRY THROUGH WHICH YOU RETURNED TO THE UNITED STATES |
|---|---|---|---|
| | | | none |
| | | | |
| | | | |

RECEIVED AUG 14 1986 CITIZENSHIP BRANCH

Form N-400 (Rev. 5-5-83) N (OVER)

Foia Response Copy produced 10/08/2024 from USCIS CMS; A-Number: 023323387

(2)

(15) The law provides that you may not be regarded as qualified for naturalization, if you knowingly committed certain offenses or crimes, even though you may not have been arrested. Have you ever, in or outside the United States:

(*a*) knowingly committed any crime for which you have not been arrested? ☒ Yes ☒ No

(*b*) been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance, including traffic regulations? ☒ Yes ☐ No

If you answer "Yes" to (*a*) or (*b*), give the following information as to each incident.

| | When | Where (City) (State) (Country) | Nature of Offense | Outcome of Case, If Any |
|---|---|---|---|---|
| (*a*) | 4/30/80 | alledgedly to be one incident | | all alleged dismissed |
| (*b*) | | | | |
| (*c*) | 6/3/80 | | | |
| (*d*) | | | | |
| (*e*) | 10/29/80 | | | no others |

(16) List your present and past membersh [...] n, association, fund, foundation, party, club, society or similar group in the United States or in any other c [...] service. (If none, write "None.")

None

Out of Scope

| | | | |
|---|---|---|---|
| (*a*) | | 19 | to 19 |
| (*b*) | | 19 | to 19 |
| (*c*) | | 19 | to 19 |
| (*d*) | | 19 | to 19 |
| (*e*) | | 19 | to 19 |
| (*f*) | | 19 | to 19 |
| (*g*) | | 19 | to 19 |

(17) (*a*) Are you now, or have you ever, in the United States or in any other place, been a member of, or in any other way connected or associated with the Communist Party? (If "Yes", attach full explanation) ☐ Yes ☒ No

(*b*) Have you ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person? (If "Yes", attach full explanation) ☐ Yes ☒ No

(c) Do you now or have you ever advocated, taught, believed in, or knowingly supported or furthered the interests of Communism? (If "Yes", attach full explanation) ☐ Yes ☒ No

(18) During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit, unit of the Nazi Party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control of or affiliated with:

(a) the Nazi Government of Germany ☐ Yes ☒ No

(b) any Government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany? ☐ Yes ☒ No

(19) During the period March 23, 1933 to May 8, 1945, did you ever order, incite, assist, or otherwise participate in the persecution of any person because of race, religion, national origin, or political opinion? ☐ Yes ☒ No

(20) Have you borne any hereditary title or have you been of any order of nobility in any foreign state? ☐ Yes ☒ No

**(21) Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?** ☐ Yes ☒ No

(22) Are deportation proceedings pending against you, or have you ever been deported or ordered deported, or have you ever applied for suspension of deportation? ☐ Yes ☒ No

(23) (*a*) My last Federal income tax return was filed 1985 (year) Do you owe any Federal taxes? ☐ Yes ☒ No

(*b*) Since becoming a permanent resident of the United States, have you:

—filed an income tax return as a nonresident? ☐ Yes ☒ No

—failed to file an income tax return because you regarded yourself as a nonresident? ☐ Yes ☒ No

(If you answer "Yes" to (*a*) or (*b*) explain fully.)

(24) Have you ever claimed in writing, or in any other way, to be a United States citizen? ☐ Yes ☒ No

(25) (*a*) Have you ever deserted from the military, air, or naval forces of the United States? ☐ Yes ☒ No

(*b*) If male, have you ever left the United States to avoid being drafted into the Armed Forces of the United States? ☐ Yes ☒ No

(26) The law provides that you may not be regarded as qualified for naturalization, if, at *any* time during the period for which you are required to prove good moral character, you have been a habitual drunkard; advocated or practiced polygamy; have been a prostitute or procured anyone for prostitution; have knowingly and for gain helped any alien to enter the United States illegally; have been an illicit trafficker in narcotic drugs or marijuana; have received your income mostly from illegal gambling, or have given false testimony for the purpose of obtaining any benefits under this Act. Have you ever, *anywhere*, been such a person or committed any of these acts? (If you answer yes to any of these, attach full explanation.) ☐ Yes ☒ No

(27) Do you believe in the Constitution and form of government of the United States? ☒ Yes ☐ No

(28) Are you willing to take the full oath of allegiance to the United States? (See Instructions) ☒ Yes ☐ No

(29) If the law requires it, are you willing:

(*a*) to bear arms on behalf of the United States? (If "No", attach full explanation) ☒ Yes ☐ No

(*b*) to perform noncombatant services in the Armed Forces of the United States? (If "No", attach full explanation) ☒ Yes ☐ No

(*c*) to perform work of national importance under civilian direction? (If "No", attach full explanation) ☒ Yes ☐ No

(30) (*a*) If male, did you ever register under United States Selective Service laws or draft laws? ☐ Yes ☒ No

If "Yes" give date......; Selective Service No......; Local Board No......; Present classification......

(*b*) Did you ever apply for exemption from military service because of alienage, conscientious objections, or other reasons? ☐ Yes ☒ No

If "Yes," explain fully......

[Return to Table of Contents]

(3)

(31) If serving or ever served in the Armed Forces of the United States, give branch NA; from ........, 19...... to ........, 19......, and from ........, 19...... to ........, 19......

☐ inducted or ☐ enlisted at ........; Service No. ........;

type of discharge ........ (Honorable, Dishonorable, etc.); ........; rank at discharge ........;

reason for discharge ........ (alienage, conscientious objector, other)

☐ Reserve or ☐ National Guard from ........ 19...... to ........ (17)

(32) My occupation is Store Owner

List the names, addresses, and occupations (or types of business) of your employers during the last 5 years. (If none, write "None.") List present employment FIRST.

83 to Pres "United Superette" 730 Nereid Ave Bx NY (18)

| | From- | To- | Employer's Name | Address | Occupation or Type of Business |
|---|---|---|---|---|---|
| (a) | 11, 19 81 | 83 Present Time | Self Employed 1304 E Gunhill Rd | United Candy Store | Store owner |
| (b) | 9, 19 80 | 9/81, 19 | Ramada Inn | 47th 8th Ave. | Walter |
| (c) | , 19 | , 19 | | | |
| (d) | , 19 | , 19 | | | |

(19)

on 3/3/82 in Bklyn NY by Perla (Carella)

(33) Complete this block if you are or have been married.

I am divorced (Separated, married, divorced, widowed). The first name of my husband or wife is (was) Carole Ann. Siegfried (20)

We were married on 11/27/78 at NY NY (21) He or she was born at Ohio (22)

........ on 6/17/58 ........ He or she entered the United States at (place) ........

........ on (date) ........ for permanent residence and now resides ☐ with me

☒ apart from me at ........ (Show full address if not living with you.)

He or she was not naturalized on ........ at ........ (24) (25) Certificate No. ........,

or became a citizen by Birth ........ His or her Alien Registration No. is (26) ........

(34) How many times have you been married? 1 How many times has your husband or wife been married? 1 (27) If either of you has been married more than once, fill in the following information for each previous marriage. (28)

| | Date Married | Date Marriage Ended | Name of Person to Whom Married | Sex | (Check One) Person Married Was Citizen ☐ | Alien ☐ | How Marriage Ended |
|---|---|---|---|---|---|---|---|
| (a) | | | none | | ☐ | ☐ | (29) |
| (b) | | | | | ☐ | ☐ | |
| (c) | | | | | ☐ | ☐ | |
| (d) | | | | | ☐ | ☐ | |

(35) I have 0 children: (Complete columns (a) to (h) as to each child. If child lives with you, state "with me" in column (h), otherwise give city and State of child's residence.) (30)
(Number)

born NY mother Linda S. Rodriguez single (31)

| (a) Given Names | (b) Sex | (c) Place Born (Country) | (d) Date Born | (e) Date of Entry | (f) Port of Entry | (g) Alien Registration No. | (h) Now Living at- |
|---|---|---|---|---|---|---|---|
| Rashad | M | U.S.A | 10/15/83 | | | | With me |
| Semira | F | U.S.A | 10/26/85 | | | | With me |
| | | | | | | | |
| | | | | | | | |

(32)

(36) READ INSTRUCTION NO. 6 BEFORE ANSWERING QUESTION (36) (33)

I ........ want certificates of citizenship for those of my children who are in the U.S. and are under age 18 years that are named below.
(Do) (Do Not)

(Enclose $35 for each child for whom you want certificates, otherwise, send no money with this application.)

........
(Write names of children under age 18 years and who are in the U.S. for whom you want certificates)

If present spouse is not the parent of the children named above, give parent's name, date and place of naturalization, and number of marriages.

........

(4)

| Signature of person preparing form, if other than applicant. | SIGNATURE OF APPLICANT |
|---|---|
| I declare that this document was prepared by me at the request of applicant and is based on all information of which I have any knowledge. SIGNATURE | ADDRESS AT WHICH APPLICANT RECEIVES MAIL 4396 Furman Ave Apt 6D Bronx, Ny. 10466 |
| ADDRESS: 241 Bwy Ny. DATE: 6/23/86 | APPLICANT'S TELEPHONE NUMBER (212) 325-5624 |

TO APPLICANT: DO NOT FILL IN BLANKS BELOW THIS LINE.

NOTE CAREFULLY.—This application must be sworn to before an officer of the Immigration and Naturalization Service at the time you appear before such officer for examination on this application.

**AFFIDAVIT**

I do swear that I know the contents of this application comprising pages 1 to 4, inclusive, and the supplemental forms thereto, No(s). ............, subscribed to by me; that the same are true to the best of my knowledge and belief; that corrections numbered ( 1 ) to ( 33 ) were made by me or at my request; and that this application was signed by me with my full, true, and correct name, SO HELP ME GOD.

(Complete and true signature of applicant)

Subscribed and sworn to before me by applicant at the preliminary investigation ( ny ) at ny
this 16 day of Oct, 1986
I certify that before verification the above applicant stated in my presence that he/she had (heard) read the foregoing application, corrections therein and supplemental form(s) and understood the contents thereof.

(Naturalization examiner)

I HAVE TWO Children WHO LIVE IN MY House
(For demonstration of applicant's ability to write English)

Non Filed ..........

(Date, Reasons)

**NOTICE TO APPLICANTS:**

Authority for collection of the information requested on this form and those forms mentioned in the instructions thereto is continued in Sections 328, 329, 332, 334, 335 or 341 of the Immigration and Nationality Act of 1952 (8 U.S.C. 1439, 1440, 1443, 1445, 1446 or 1452). Submission of the information is voluntary inasmuch as the immigration and nationality laws of the United States do not require an alien to apply for naturalization. If your Social Security number is omitted from a form, no right, benefit or privilege will be denied for your failure to provide such number. However, as military records are indexed by such numbers, verification of your military service, if required to establish eligibility for naturalization, may prove difficult. The principal purposes for soliciting the information are to enable designated officers of the Immigration and Naturalization Service to determine the admissibility of a petitioner for naturalization and to make appropriate recommendations to the naturalization courts. All or any part of the information solicited may, as a matter of routine use, be disclosed to a court exercising naturalization jurisdiction and to other federal, state, local or foreign law enforcement or regulatory agencies, Department of Defense, including any component thereof, the Selective Service System, the Department of State, the Department of the Treasury, Central Intelligence Agency, Interpol and individuals and organizations in the processing of the application or petition for naturalization, or during the course of investigation to elicit further information required by the Immigration and Naturalization Service to carry out its function. Information solicited which indicates a violation or potential violation of law, whether civil, criminal or regulatory in nature may be referred, as routine use, to the appropriate agency, whether federal, state, local or foreign, charged with the responsibility of investigating, enforcing or prosecuting such violations. Failure to provide any or all of the solicited information may result in an adverse recommendation to the court as to an alien's eligibility for naturalization and denial by the court of a petition for naturalization.

For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington, D.C. 20402

U.S. GOVERNMENT PRINTING OFFICE : 1984 O - 432-107

Foia Response Copy produced 10/08/2024 from USCIS CMS; A-Number 023323287

U.S. Department of Justice
Immigration and Naturalization Service

# BIOGRAPHIC INFORMATION

OMB No. 1115-0066
Approval expires 4-30-85

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE(Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| HUDYIH | Mohsen | Ahmed Ali | MALE | 2/15/56 | Arabian | A 23323 287 |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| | Ibb, Yemen | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH(If known) | CITY AND COUNTRY OF RESIDENCE. |
|---|---|---|---|---|
| FATHER | | | | |
| MOTHER(Maiden name) | | | | |

| HUSBAND(If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | | | | | | |

FORMER HUSBANDS OR WIVES(if none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| | | | | |
| | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 4396 Furman Ave. Apt 6D | Bronx | New York | N.Y. | 11 | 82 | PRESENT TIME | |
| 115 Eastern Pkway | Bklyn | New York | N.Y. | 8/2/ | 79 | 4 | 82 |
| | Saudi Arabia | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Lokkced AirCraft trade | Starr | D'harar airport | Saudi Arabia | | | | 75 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION(SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| Store Owner | Self employed | 11 | 81 | PRESENT TIME | |
| Ramada Inn 47th 8th Ave. | waiter | 9 | 80 | 9 | 81 |
| | | | | | |
| | | | | | |
| | | | | | |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION ☐ OTHER (SPECIFY):
☐ STATUS AS PERMANENT RESIDENT

SIGNATURE OF APPLICANT: [signature] DATE

Are all copies legible? ☐ Yes

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.**

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| | | | |

2270 - New York, N.Y.
N-400
3

SEP 04 1986

Form G-325 (Rev. 10-1-82) Y

(1) Ident.

Foia Response Copy produced 10/08/2024 from USCIS CMS; A-Number 023323287

☆ GPO: 1978 — 259 - 170

[redacted]ED STATES DEPARTMENT OF JUSTICE [redacted]
Immigration and Naturalization Service

# APPLICATION FOR STATUS AS PERMANENT RESIDENT

Form Approved
O.M.B. No. 43—R0400

FEE STAMP — RECEIVED MAIL ROOM — JUL — Out of Scope

File No.

APPLICATION FOR THE BENEFITS OF SECTION:
☐ Sec. 203(a)(7) and Sec. 245, I&N Act ☐ Sec. 245, I&N Act
☐ Sec. 214(d), I&N Act ☐ Sec. 249 I&N Act
☐ Sec. 13, Act of 9/11/57

(DO NOT WRITE ABOVE THIS LINE.) (SEE INSTRUCTIONS BEFORE FILLING IN APPLICATION. IF YOU NEED MORE SPACE TO ANSWER FULLY ANY QUESTION ON THIS FORM, USE A SEPARATE SHEET AND IDENTIFY EACH ANSWER WITH THE NUMBER OF THE CORRESPONDING QUESTION. FILL IN WITH TYPEWRITER OR PRINT IN BLOCK LETTERS IN INK.)

1. I hereby apply for the status of a lawful permanent resident alien on the following basis: (Check box A, B, C, D, E, or F)

A. ☐ As a refugee to whom an immigrant visa is immediately available (Section 203(a)(7) and Section 245, I&N Act).
B. ☐ As a person who entered the U.S. with a visa issued to me as the fiancee or fiance of a U.S. citizen whom I married within 90 days after my entry, or as a child of such fiancee or fiance (Sec. 214(d), I&N Act).
C. ☐ As a former government official, or as a member of the immediate family of such official (Section 13, Act of September 11, 1957).
D. ☒ As a person to whom an immigrant visa is immediately available, other than one described above (Section 245, I&N Act).
E. ☐ As a person who has resided in the United States continuously since prior to July 1, 1924 (Section 249, I&N Act).
F. ☐ As a person who has resided in the United States continuously since a date on or after July 1, 1924, but before June 30, 1948 (Section 249, I&N Act).

2. My name is (Last in capital letters) (First Name) (Middle Name): HUDYIH Mohsen Ahmed [redacted]

3. Sex: ☒ Male ☐ Female — Phone number:

4. I reside in the United States at: (c/o) (No. and Street) (Apt. No.) (City) (State) (ZIP Code): 115 Eastern Parkway Brooklyn, N.Y. 11238

5. Have you ever applied before for permanent resident status in the U.S.? ☒ Yes ☐ No
*(If "Yes", give the date and place of filing and final disposition.)*
January 30, 1979
Petition Withdrawn

6. My alien registration number is: A23 329 374

7. I am a citizen of (Country): Yemen

8. Date of Birth: 2/15/56

9. Place of Birth (City or Town) (County, Province, or State) (Country): Alroubat, Ibb Yemen Arab Republic

10. Name as appears on nonimmigrant document (Form I-94): Mohsen Ahmed Ali Hudyih

I last arrived in the United States at the port of (City and State): August 1, 1978 NYC N.Y. on (Month) (Day) (Year): 8 1 78 by (Name of vessel or other means of travel): KLM 643

as a (visitor, student, crewman, parolee, etc.): Vistor — my I—94 permit number is: 7 5 3 [redacted] 6 4 [redacted] 3 8 — I ☒ was ☐ was not inspected.

11. My nonimmigrant visa, number 002794, was issued by the United States Consul at (City)(Country): Dhahran, Saudi Arabia on (Month) (Day) (Year): 7 5 78

12. I am ☐ single ☒ married ☐ divorced ☐ widowed

13. I have been married ONE times, including my present marriage, if now married. *(If you are now married give the following:)*
a. Number of times my husband or wife has been married: one
b. Name of husband or wife (Wife give maiden name): Carole Ann Seigfried
c. My husband or wife resides ☒ with me ☐ apart from me at Address (Apt. No.)(No. & Street)(Town or City)(Province or State)(Country): 115 Eastern Parkway Brooklyn, N.Y. 11238

14. a. I have 0 sons or daughters as follows: (Complete all columns as to each son or daughter; if living with you state "with me" in last column; otherwise give city and state or country of son's or daughter's residence).

| Name | Sex | Place of Birth | Date of Birth | Now living at |
|---|---|---|---|---|
| None | | | | |

b. The following members of my family are also applying for permanent resident status:
None

15. I list below all organizations, societies, clubs, and associations, past or present, in which I have held membership in the United States or a foreign country, and the periods and places of such membership. *(If you have never been a member of any organization, state "None".)*
None

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
Form I-485 (Rev. 1-10-77) N

| RECEIVED | TRANS. IN | RET'D TRANS. OUT | COMPLETED |
|---|---|---|---|
| | | | |



Return to Table of Contents

Foia Response Copy produced 10/08/2024 from USCIS CMS; A-Number 023323287

FORM G-325A (REV. 10-1-74) Y

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

office code 0300 - NYC

type case Sec. 245
11/17/80

Form Approved
OMB No. 43-R436

# BIOGRAPHIC INFORMATION

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | ALIEN REGISTRATION NO. (If any) |
|---|---|---|---|---|---|---|
| HUDYIH | Mohsen | Ahmed | ☒ MALE | 2/15/56 | Yemeni | ~~None~~ A23323287 |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| None | Alroubat, Ibb, Yemen | 090625932 |

| | FAMILY NAME, FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|
| FATHER | Hudyih, Ahmed | Alroubat, Yemen | Yemen |
| MOTHER (Maiden name) | Abdullah, Fatima | Alroubat, Yemen | Yemen |

| HUSBAND (If none, so state) OR WIFE — FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|
| Seigrried | Carole | 6/17/58 | Barberton, Ohio | 11/27/78 | N.Y.C. |

FORMER HUSBANDS OR WIVES (if none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 115 Eastern Pkway | Brooklyn | New York | U.S.A. | 1 | 79 | PRESENT TIME | |
| 236 Underhill Avenue | Brooklyn | New York | U.S.A. | 8 | 78 | 1 | 79 |
| Dhahran, Saudi Arabia | | | | 4 | 74 | 8 | 78 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| United Grocery 232 Underhill Ave. B'klyn, N.Y. | clerk | 9 | 79 | PRESENT TIME | |
| Weinerwald Rest. 790 8th Ave. N.Y., N.Y. | waiter | 4 | 79 | 9 | 79 |
| Taiz Rest. Court Street Brooklyn, N.Y. | waiter | 12 | 78 | 4 | 79 |
| Lockheed Tristar Camp #1 Dharan, S.ARABIA | waiter | 4 | 74 | 8 | 78 |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION ☒ ADJUSTMENT OF STATUS ☐ OTHER (SPECIFY):

SIGNATURE OF APPLICANT OR PETITIONER: Mohsen A. Hudyih — DATE: 7/15/80

Are all copies legible? ☒ Yes

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE: [illegible]

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# EXHIBIT C

Sample 2 — Form N-565 (Aug. 29, 1991) and
Alien-Registration Record
Residence history released in full

Hassan v. USCIS, No. 26-3082 (RBW) (D.D.C.)

Here 2,

Take or mail to
IMMIGRATION AND NATURALIZATION SERVICE,

Fee Stamp

Alien Registration or Certificate No.

I hereby apply for a new: ☐ Certificate of Citizenship ☒ Certificate of Naturalization ☐ Certificate of Repatriation ☐ Declaration of Intention.

(1)(a) My full, true name is Syed Hassan Muthana

(b) The name in which my paper was issued was Syed Hassan Muthana

(c) Other names I have used are NONE

(2) I now reside at 863 Flatbush Avenue, Brooklyn, N.Y 11226
(Apt. No.) (Number and street) (City or town) (County) (State) (Zip Code)

(3) I was born at 12/27/1929 on 4/2/1963
(City or town) (Country) (Month) (Day) (Year)

(4) I arrived in the United States at New York 1955 on
(City or town) (State) (Month) (Day) (Year)

(5a) My personal description is: Sex Male ; complexion D/B ; color of eyes Brown ; color of hair Black ; height 5'5" feet inches; weight 165 pounds; visible distinctive marks none marital status Married

(5b) Country of which I was a citizen, subject, or national Yemen

(6) The naturalization or citizenship paper was issued to me by Immigration at Brooklyn
("Immigration & Naturalization Service" or name of court)

at Brooklyn N.Y on 4/2/1963
(City or town) (County) (State) (Month) (Day) (Year)

(7) (If applicable) Since becoming a citizen, I ☐ have ☒ have not lost my citizenship in any manner.

(8) Since the date the naturalization or citizenship paper was issued to me I have not been absent from the United States for more than six months, except as follows: (If none, state "none.")

| DEPARTED FROM THE UNITED STATES | | | RETURNED TO THE UNITED STATES | | |
|---|---|---|---|---|---|
| Port | Date (Month, Day, Year) | Vessel, or Other Means of Conveyance | Port | Date (Month, Day, Year) | Vessel, or Other Means of Conveyance |
| J.F.K. Airport | Sept. 20/90 | Air France | J.F.K. | April 11/91 | Lufthansa |
| | | | | | |
| | | | | | |

(9) (If applicable) Such paper became ☒ Lost ☐ Mutilated ☐ Destroyed on or about At Atlantic Avenue/Court street
(Month) (Day) (Year)

at 3/9/1991 under the following circumstances: I was holding
(City or town) (State or country)

my U.S. Naturalization Certificate while I was walking in the Street; I lost it, I reported to the police

In addition to the above, answer Number 10 if you are applying for a new certificate in a changed name.

(10) My name was changed to my present name by –

(a) Marriage at on
(City or town) (County) (State) (Date)

(b) Decree of Court, at
(City or town)

on
(County) (State) (Month) (Day) (Year)

| Signature of person preparing form, if other than applicant | | Signature of Applicant |
|---|---|---|
| I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge. Signature: | | x Syed H. Muthana 8/29/91 |
| | | Mailing Address: Number, Street, City, State, and Zip Code 863 Flatbush Avenue, Brooklyn, N.Y 1122[illegible] |
| Address | Date | Telephone Number |

Form N-565 (Rev. 10-1-85)Y

TravelersExpress FIFTY DOLLARS

TRAVELERS EXPRESS COMPANY, INC. DRAWER MINNEAPOLIS, MN

DATE Aug. 29 91

PAY TO THE ORDER OF Immigration and Naturalization Service

= NOT VALID FOR OVER FIVE HUNDRED U.S. DOLLARS =

AMOUNT 1073 50 DOLS 00 CTS DOLLARS

Payable thru Norwest Bank Minn. So N.A. Faribault, MN

SIGNATURE Sayed H. Muthana ADDRESS 863 Flatbush Avenue Brooklyn NY

BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

⑆091900533⑆306 09117954⑈ 90

U.S. Department of Justice
Immigration and Naturalization Service

**Application for a New Naturalization or Citizenship Paper**

OMB No. 1115-0018

Fee Stamp

Take or mail to
IMMIGRATION AND NATURALIZATION SERVICE,

Alien Registration or Certificate No. C# 8519787

I hereby apply for a new: ☐ Certificate of Citizenship ☒ Certificate of Naturalization ☐ Certificate of Repatriation ☐ Declaration of Intention.

(1)(a) My full, true name is Syed Hassan Muthana
(b) The name in which my paper was issued was Syed Hassan Muthana
(c) Other names I have used are NoNE
(2) I now reside at 863 Flatbush Avenue, Brooklyn NY 11226
(Apt. No.) (Number and street) (City or town) (County) (State) (Zip Code)
(3) I was born at 12/22/1929 on 4/2/1963
(City or town) (Country) (Month) (Day) (Year)
(4) I arrived in the United States at New York 1957 on
(City or town) (State) (Month) (Day) (Year)
(5a) My personal description is: Sex Male; complexion D/B; color of eyes Brown; color of hair Black; height 5'8" feet inches; weight 165 pounds; visible distinctive marks none. marital status Married
(5b) Country of which I was a citizen, subject, or national Yemen
(6) The naturalization or citizenship paper was issued to me by Immigration at Brooklyn
("Immigration & Naturalization Service" or name of court)
at Brooklyn N.Y. on 4/2/1963
(City or town) (County) (State) (Month) (Day) (Year)
(7) (If applicable) Since becoming a citizen, I ☐ have ☒ have not lost my citizenship in any manner.
(8) Since the date the naturalization or citizenship paper was issued to me I have not been absent from the United States for more than six months, except as follows: (If none, state "none.")

| DEPARTED FROM THE UNITED STATES | | | RETURNED TO THE UNITED STATES | | |
|---|---|---|---|---|---|
| Port | Date (Month, Day, Year) | Vessel, or Other Means of Conveyance | Port | Date (Month, Day, Year) | Vessel, or Other Means of Conveyance |
| J.F.K. Airport | Sept. 20 [illegible] | Air France | J.F.K. | April 11/91 | Lufthansa |
| | | | | | |
| | | | | | |

(9) (If applicable) Such paper became ☒ Lost ☐ Mutilated ☐ Destroyed on or about At Atlantic Avenue/Court Street
(Month) (Day) (Year)
at 3/9/1991 under the following circumstances: I was holding
(City or town) (State or country)
my U.S. Naturalization Certificate when I was walking in the Street, I lost it, I reported to the police.

In addition to the above, answer Number 10 if you are applying for a new certificate in a changed name.

(10) My name was changed to my present name by –
(a) Marriage at ________ on ________
(City or town) (County) (State) (Date)
(b) Decree of ________ Court, at ________
(City or town)
________ on ________
(County) (State) (Month) (Day) (Year)

| Signature of person preparing form, if other than applicant | Signature of Applicant |
|---|---|
| I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge. Signature: | Syed H. Muthana 8/29/91 |
| | Mailing Address: Number, Street, City, State, and Zip Code 863 Flatbush Avenue, Brooklyn, N.Y. 11226 |
| Address / Date | Telephone Number |

Form N-565 (Rev. 10-1-85)Y

NYC NC-12-9-58 No Record

ALIEN REGISTRATION NO. A-11140679
(Copy letter and number from registration receipt or other alien certification document)

I AM IN THE UNITED STATES AS: (Check one)
☒ VISITOR ☐ PERMANENT RESIDENT CIN
☒ STUDENT ☐ OTHER (Specify)

MY NATIONALITY IS ARABIAN I WAS BORN ON 5/11/29 (Date)

MY NAME IS MUTHANA (Last) SYED (First) H. (Middle)

MY PRESENT ADDRESS IS:
384 BRGIL ST (Street address or rural route) BRK. (City or post office) N.Y. (State)

(IF ABOVE ADDRESS IS TEMPORARY) I EXPECT TO REMAIN THERE ____ YRS. ____ MOS.

MY LAST ADDRESS WAS:
43 BATES AVE (Street address or rural route) JACK 18 (City or post office) N.Y. (State)

I WORK FOR OR ATTEND SCHOOL AT ____ (Employer's name or name of school) (BJF)

____ (Street address) ____ (City or post office) ____ (State)

I ENTERED THE UNITED STATES AT NEW YORK (Port of entry into United States) ON ____ (Date of entry)

(IF NOT A PERMANENT RESIDENT) I WAS ADMITTED TO THE U. S. A. UNTIL OR RECEIVED AN EXTENSION OF STAY UNTIL 12/15 57 (Date) M350

DATE 10/11/58 (SIGNATURE) Syed H. Muthana

| 1. Name (Last in CAPS) | First | Middle | 2. No. |
|---|---|---|---|
| MUTHANA | Syed | H. | A-11 140 679 |
| 3. Name under which admitted, Record created or Aliases | | | Sndx Code M-350 |

| 4. City and Country of Birth | 5. Date of Birth | | |
|---|---|---|---|
| | Month | Day | Year |
| Aden Arabia | 12 | 27 | 29 |
| 6. Place of Entry | 7. Date of Entry | | |
| | Month | Day | Year |
| - | 12 | 15 | 57 |

| 8. Appl. Form No. or reason for request | 9. Date Appl. Received | 10. Date of Request |
|---|---|---|
| N-400 | | 12-27-62 |
| 11. Receiving FCO Symbol | 12. Forwarding FCO Symbol | 13. Date of Transfer |
| NYC | NYC 1-2-58 | |

14. REMARKS:
IRC- crg

Form G-360A (Rev. 2-10-62) C. O. COPY FILE TRANSFER

UNITED STATES DEPARTMENT O[illegible]STICE
IMMIGRATION AND NATURALIZATION [illegible]

Form approved.
Budget Bureau No. 43-R083.9.

**DUPLICATE**
**(To accompany monthly report on Form N-4)**
db

# UNITED STATES OF AMERICA

# PETITION FOR NATURALIZATION

No. 639573

Filed under Sec. 316 (a)

*To the Honorable the* U.S. DISTRICT *Court of* EASTERN DISTRICT *at* BROOKLYN, N.Y.

*This petition for naturalization, hereby made and filed, respectfully shows:*

(1) My full, true, and correct name is SYED HASSAN MUTHANA (Full, true name, without abbreviation)

(2) My present place of residence is 183 Atlantic Avenue Brooklyn Kings New York (Apt. No.) (Number and street) (City or town) (County) (State) (3) My occupation is cook (4) I was born on Dec. 27, 1929 (Month) (Day) (Year), in Aden Arabia (City or town) (County, district, province, or State) (Country) (5) My personal description is as follows: Sex male, complexion dark, color of eyes brn, color of hair blk, height 5 feet 7 inches, weight 165 pounds, visible distinctive marks none; country of which I am a citizen, subject, or national Arabia (6) I am married; the name of my wife or husband Riwia Mee Said, we were married on Jan. 5, 1952 (Month) (Day) (Year), at Aden Arabia (City or town) (State or country), he or she was born at Aden Arabia (City or town) (County, district, province, or State) (Country), on Dec. 28, 1935 (Month) (Day) (Year) and entered the United States at ______ (City or town) (State) on ______ (Month) (Day) (Year) for permanent residence in the United States and now resides at apart from me Aden Arabia (Number and street) (City or town) (County and State) and was naturalized on ______ (Month) (Day) (Year) at ______ (City or town) (State) certificate No. ______; or became a citizen by ______

(7a) (If petition is filed under section 319 (a), Immigration and Nationality Act.) I have resided in the United States in marital union with my United States citizen spouse for at least 3 years immediately preceding the date of filing this petition for naturalization, and have been physically present in the United States at least half of that time.

(7b) (If petition is filed under section 319 (b), Immigration and Nationality Act.) My husband or wife is a citizen of the United States, is in the employment of the Government of the United States, or of an American institution of research recognized as such by the Attorney General of the United States, or an American firm or corporation engaged in whole or in part in the development of foreign trade and commerce of the United States, or subsidiary thereof, or of a public international organization in which the United States participates by treaty or statute, or is authorized to perform the ministerial or priestly functions of a religious denomination having a bona fide organization within the United States, or is engaged solely as a missionary by a religious denomination or by an interdenominational mission organization having a bona fide organization within the United States, and such husband or wife is regularly stationed abroad in such employment. I intend in good faith upon naturalization to live abroad with my spouse and to resume my residence within the United States immediately upon termination of such employment abroad.

(8) I have 2 children; and the name, sex, date and place of birth, and present place of residence of each of said children who is living, are as follows:

MOHAMED (M) 3/3/53 FATIMA (F) 8/15/54 both born in Arabia both reside in Arabia

(9) My lawful admission for permanent residence in the United States was at New York N.Y. (City or town) (State) under the name of Syed H. Muthana on Dec. 15, 1957 (Month) (Day) (Year) on the plane (Name of vessel or other means of conveyance)

(10) Since my lawful admission for permanent residence I have not been absent from the United States, for a period or periods of 6 months or longer, except as follows:

| DEPARTED FROM THE UNITED STATES | | | RETURNED TO THE UNITED STATES | | |
|---|---|---|---|---|---|
| PORT | DATE (Month, day, year) | VESSEL OR OTHER MEANS OF CONVEYANCE | PORT | DATE (Month, day, year) | VESSEL OR OTHER MEANS OF CONVEYANCE |
| | | | | | |
| | | none | | | |
| | | | | | |

(11) It is my intention in good faith to become a citizen of the United States and to renounce absolutely and entirely all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which at this time I am a subject or citizen. (12) It is my intention to reside permanently in the United States. (13) I am not and have not been for a period of at least 10 years immediately preceding the date of this petition a member of or affiliated with any organization proscribed by the Immigration and Nationality Act or any section, subsidiary, branch, affiliate or subdivision thereof nor have I during such period believed in, advocated, engaged in or performed any of the acts or activities prohibited by that Act. (14) I am able to read, write and speak the English language (unless exempted therefrom). (15) I am, and have been during all the periods required by law, a person of good moral character, attached to the principles of the Constitution of the United States and well disposed to the good order and happiness of the United States. I am willing, if required by law, to bear arms on behalf of the United States, to perform noncombatant service in the Armed Forces of the United States, and to perform work of national importance under civilian direction (unless exempted therefrom). (16) I have resided continuously in the United States since 12/15/57 (Month) (Day) (Year) and continuously in the State in which this petition is made for the term of 6 months at least immediately preceding the date of this petition and I have been physically present in the United States for at least one-half of the 5 year period immediately preceding the date of this petition. (17) I have not heretofore made petition for naturalization No. ______ on ______ (Month) (Day) (Year) at ______ (City or town) (County) (State) in the ______ (Name of Court) Court, and such petition was denied by that Court for the following reasons and causes, to wit:

(18) Attached hereto and made a part of this, my petition for naturalization, are the affidavits of at least two verifying witnesses required by law.
(19) Wherefore I, your petitioner for naturalization, pray that I may be admitted a citizen of the United States of America, and that my name be changed to none. I, aforesaid petitioner, do swear (affirm) that I know the contents of this petition for naturalization subscribed by me, and that the same are true to the best of my knowledge and belief, and that this petition is signed by me with my full, true name: SO HELP ME GOD.

STATISTICS

ALIEN REGISTRATION NO. 11 140 679

Syed Hassan Muthana
(Full, true, and correct signature of petitioner, without abbreviation)

Form N-405
(Rev. 4-2-62)

16—41073-15

Budget Bureau No. 43-R079.7.

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

Mail or take to:
IMMIGRATION AND NATURALIZATION SERVICE

DEC 27 1962
(Date)

**ALIEN REGISTRATION**

(Show the exact spelling of your name as it appears on your alien registration receipt card, and the number of your card. If you did not register, so state.)

Name: Syed H. Muthana
No.: A 11 140 679

# APPLICATION TO FILE PETITION FOR NATURALIZATION

(See INSTRUCTIONS, page 5. BE SURE YOU UNDERSTAND EACH QUESTION BEFORE YOU ANSWER IT.)

Sec. 316

I desire to file a petition for naturalization in the — Date: December 13, 1962

U.S. District (Name of Court) Court at Brooklyn, (City) New York (State)

SYED H. MUTHANA
(Print or type here your present full name only)

183 Atlantic Avenue, ~~Brooklyn, New York~~
(Print or type present apartment number, street address, and if appropriate "in care of")

Brooklyn (City) Kings (County) New York (State)

none
(Print or type here any other name you have ever used, including maiden name)

(1a) Was your father or mother ever a United States citizen? ☐ Yes ☒ No. If "Yes" explain fully separately.

(1b) Can you read and write English? ☒ Yes ☐ No. Speak English? ☒ Yes ☐ No. Sign your name in English? ☒ Yes ☐ No.

(2) In what places in the United States have you lived during the last 5 years? List present address first.

| | From— | To— | Street Address | City and State |
|---|---|---|---|---|
| (a) | Dec, 1957 | Present Time | 183 Atlantic Ave | Brooklyn, N.Y. |
| (b) | , 19 | , 19 | | |
| (c) | , 19 | , 19 | | |
| (d) | , 19 | , 19 | | |
| (e) | , 19 | , 19 | | |

(3) What were the names, addresses, and occupations (or types of business) of your employers during the last 5 years? (If none, write "None.") List present employment first.

| | From— | To— | Employer's Name | Address | Occupation or Type of Business |
|---|---|---|---|---|---|
| (a) | Jan, 1959 | Present Time | Cedars Rest. | 39E.30th St NYC | 2nd cook |
| (b) | Dec, 1957 | Dec, 1958 | Unemployed (various places short duration) | | |
| (c) | , 19 | , 19 | | | |
| (d) | , 19 | , 19 | | | |
| (e) | , 19 | , 19 | | | |

(4) Have you been out of the United States since you first arrived? ☐ Yes ☒ No. If "Yes" fill in the following information for every absence of *less than 6 months.*

| Date Departed | Date Returned | Name of Ship, or of Airline, Railroad Company, Bus Company, or Other Means Used to Return to the United States | Place or Port of Entry Through Which You Returned to the United States |
|---|---|---|---|
| none | | none | none |
| | | | |
| | | | |
| | | | |

RECEIVED
DEC 28 1962
CITIZENSHIP BRANCH

(5) How many times have you been married? One How many times has your husband or wife been married? one
If either of you has been married more than once, fill in the following information for each previous marriage.

| | Date Married | Date Marriage Ended | Name of Person to Whom Married | Sex | (Check one) Person Married Was Citizen ☐ Alien ☒ | How Marriage Ended |
|---|---|---|---|---|---|---|
| (a) | ~~Jan/52~~ | ~~Still married~~ | ~~Riwia~~ | F | ☐ ☒ | ~~Still Married~~ |
| (b) | | | none | | ☐ ☐ | |
| (c) | | | | | ☐ ☐ | |
| (d) | | | | | ☐ ☐ | |

Form FS-256a
(Revised August 1952)

Approved Bureau Budget
No. 47-R108.4

FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

# APPLICATION FOR IMMIGRANT VISA AND ALIEN REGISTRATION

I- 1858681

I, the undersigned, being duly sworn, state the following facts regarding myself and hereby make application for an IMMIGRANT VISA and ALIEN REGISTRATION under the Immigration and Nationality Act to the American ________ Consul ________ at Liverpool, England.:

| | | | |
|---|---|---|---|
| 1. Family name: MUTHANA | Given name: Syed | Initial: H.A. | 2. Place and date of birth: Dhala, West Aden Protectorate. 1929. — Age: 28. |
| 3. Other names by which I have been known: aka Syed Hassan | | 4. Last permanent residence: 18 Upper Parliament Street, Liverpool. 8, Lancashire, England. | |
| 5. Address in the United States: --- | | 6. Name and address of person to whom destined, if any: Mr. Abdallah Mohamed, 3337 Salina Street, Dearborn, Wayne County, Michigan. | |
| 7. Name and address of nearest relative in home country: --- | | 8. Travel documents presented: British Passport.. | |

| 9. Hair | 10. Eyes | 11. Height | 12. Weight | 13. Nationality / 14. Complexion | 15. Race / 16. Ethnic Classification | 17. Sex | 18. Marital status |
|---|---|---|---|---|---|---|---|
| Black | Black | 5 ft. 7 in. | 168 lbs. | British / Dark | Arab / Arab | M ☒ F ☐ | Married ☒ Single ☐ Widowed ☐ Divorced ☐ |

| | | |
|---|---|---|
| 19. Occupation: Drivers Hammer & Steel presser. | 20. Distinguishing marks: --- | 21. Languages spoken, read, or written: Arabic, little English. |

| | | | |
|---|---|---|---|
| 22. Intended United States port of entry: New York. | 23. Final destination: Dearborn | 24. I have (~~x~~) (no) through ticket to destination | 25. Purpose of going to the United States: To work and reside there. |

26. Places of previous residence

Birth-1955 West Aden Protectorate; 1955-todate England.

27. Names and places of residence of spouse and minor children

Wife: Rhowia Said, Dhala, West Aden Protectorate.
Son: Mohamod Abdulhai, Dhala, West Aden Protectorate.
Dauther: Fatima Abdulhai, Dhala, West Aden Protectorate.

| | |
|---|---|
| 28. Name and address of father | 29. Name and address of mother |

JOHN W. KIZLER, VICE CONSUL.

IMM. & NATZ. SERVICE
NEW YORK, N. Y. 80
ADMITTED
DEC 15 1957

(8)

# UNITED STATES OF AMERICA
# IMMIGRANT VISA AND ALIEN REGISTRATION

PORT OF NYC

I certify that the immigrant named herein arrived in the United States at this port on the SABENA 849
(Day, month, year)

CLASS

TO

and was inspected by me and {admitted / ~~detained for further inquiry by special inquiry officer~~}

under Section X of the Immigration and Nationality Act.

(Immigration officer)

## ACTION OF SPECIAL INQUIRY OFFICER

The immigrant named herein was (admitted) (excluded) {and no appeal taken / and appeal taken}

under Section of the Immigration and Nationality Act

I-151 MAILED

Date

DEC 27 1957

(Special Inquiry officer)

PHd

## ACTION ON APPEAL

Admitted Excluded Date

11610
~~2013~~

السيد حسن عبد الحي مثنى طالعي



... of applicant must be
...e and impressed with
...e or the consular seal
...ot possess the former.

Service No. 91
Tariff Item No. 20
Fee Paid: U. S. $ 20
Local CY. equiv. 7.4.0

RECEIVED
DEC 18 1957
IMMIGRATION AND NATURALIZATION ... HEADQUARTERS ... RECORDS BRANCH

IMMIGRANT CLASSIFICATION:

Nonquota (Symbol) Quota X (Symbol)

American Consulate,

at Liverpool,England.

IMMIGRANT VISA NO. 2013 (State quota) ADEN

Issued on 9 - DEC 1957 (Day, month, year)

The validity of this visa expires midnight, E. S. T., at the end of - 9 APR 1958 (Day, month, year)

STATISTICS

Nationality (if stateless, so state, and give previous nationality) BRITISH

This visa is issued under Section 221 of the Immigration and Nationality Act and upon the basis of the facts stated in the application. This visa does *not* entitle the bearer to enter the United States if, upon arrival at a port of entry of the United States, he is found to be inadmissible under the law.

[SEAL]

John W. Kizler.
JOHN W. KIZLER,
~~VICE CONSUL~~ *of the United States of America.*

Fee No.
Fee: $20.

Passport No. 10721 or other travel document (describe)

Issued—
To Mr. S.H.A. Muthana.
By Passport Office,Aden.
On February 15, 1955.

Expires February 15, 1960.

U. S. GOVERNMENT PRINTING OFFICE 16—67444a-1

# EXHIBIT D

Sample 3 — Forms N-565, G-325, G-325A, and FS-510
Residence history released in full

Hassan v. USCIS, No. 26-3082 (RBW) (D.D.C.)

Form Approved
OMB No. 43-R0099

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

No. ______

N-565
12-29-83

7/15/83

# APPLICATION FOR A NEW NATURALIZATION OR CITIZENSHIP PAPER

Fee Stamp

514504 NYC

Take or mail to
IMMIGRATION AND NATURALIZATION SERVICE,

6 NOV 1984 1:30pm

21 FEB 1985 8:30Am

Sent to 6-100 to file 4/30/85

I hereby apply for a new: [✓] Certificate of Citizenship [ ] Certificate of Naturalization [ ] Certificate of Repatriation [ ] Declaration of Intention.

(1)(a) My full, true name is MASHLI SALEH ASBTANI
(b) The name in which my paper was issued was MASHLI SALEH ASBTANI
(c) Other names I have used are NONE

(2) I now reside at ~~2F 85 CLARKSON AVE~~ 222 ... ~~NEW YORK~~ Kings NY ~~11226~~ BKLYN 11295
(Apt. No.) (Number and street) (City or town) (County) (State) (Zip Code)

(3) I was born at CAIRO ... YEMEN ARABIA on 11 7 45
(City or town) (Country) (Month) (Day) (Year)

(4) I arrived in the United States at New York N.Y on 8 6 70
(City or town) (State) (Month) (Day) (Year)

(5a) My personal description is: Sex MALE; complexion DARK; color of eyes BROWN; color of hair BLACK; height 5 feet 4 inches; weight 145 pounds; visible distinctive marks ______ marital status MARRIED

(5b) Country of which I was a citizen, subject, or national ARABIA

(6) The naturalization or citizenship paper was issued to me by IMMIGRATION & NATURALIZATION SER
("Immigration & Naturalization Service" or name of court)
at ADAM -st Kings NY on 11 15 1977
(City or town) (County) (State) (Month) (Day) (Year)

(7) (If applicable) Since becoming a citizen, I [✓] have [ ] have not lost my citizenship in any manner.

(8) Since the date the naturalization or citizenship paper was issued to me I have not been absent from the United States for more than six months, except as follows: (If none, state "none.") NONE

| DEPARTED FROM THE UNITED STATES | | | RETURNED TO THE UNITED STATES | | |
|---|---|---|---|---|---|
| Port | Date (Month, Day, Year) | Vessel, or Other Means of Conveyance | Port | Date (Month, Day, Year) | Vessel, or Other Means of Conveyance |
| | 1983 | | | 5 .17. 90 | |
| | | | | | |
| | | | | | |
| | | | | | |

(9) (If applicable) Such paper became [✓] Lost [ ] Mutilated [ ] Destroyed on or about 2 16 78
(Month) (Day) (Year)
at New York N.Y under the following circumstances:
(City or town) (State or country)
MisplacED THEM, & CANNOT Find THEM

In addition to the above, answer Number 10 if you are applying for a new certificate in a changed name.

(10) My name was changed to my present name by –
(a) Marriage at ______ on ______
(City or town) (County) (State) (Date)
(b) Decree of ______ Court, at ______
(City or town)
______ on ______
(County) (State) (Month) (Day) (Year)

| Signature of person preparing form, if other than applicant | Signature of Applicant |
|---|---|
| I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge. Signature: Mohamed Jabbar | [signature] |
| | 85 CLARKSON AVE BRKLYN NY 11225 APT 2F — Mailing Address: Number, Street, City, State, and Zip Code |
| Address: 85 CLARKSON AVE, BRKLYN — Date: | 287-6866 — Telephone Number |

Form N-565 (Rev.6-19-78)N

A-530731

DUPLICATE
(To accompany monthly report on Form N-4)

KMB

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

UNITED STATES OF AMERICA

# PETITION FOR NATURALIZATION

No. 824521
A.R. No. 30 26; ;;4

To the Honorable U.S. DISTRICT EASTERN DISTRICT BROOKLYN, N.Y.

The ........ Court for the ........ at ........

*This petition for naturalization, hereby made and filed under section* 316A, *Immigration and Nationality Act, respectfully shows:*

(1) My full, true, and correct name is MASHLI SALEH ASHTANI
*(Full, true name, without abbreviation)*

(2) My present place of residence is 85 CLARKSON AVENUE BKLYN,
*(Apt. No.)* *(Number and street)* *(City or town)*

KINGS, NEWXRK YORK 11226
*(County)* *(State)* *(ZIP Code)*

(3) I pray that my name be changed to NONE

(4) I am over the age of 18 years, was born outside the United States, was lawfully admitted to the United States for permanent residence and have not abandoned such residence.

(5) (If petition filed under Section 316(a).) I have resided continuously in the United States for at least five years and continuously in the State in which this petition is made for at least six months, immediately preceding the date of this petition and after my lawful admission for permanent residence, and I have been physically present in the United States for at least one-half of such five year period.

(continued over)

## AFFIDAVIT OF WITNESSES

The following witnesses, each being severally, duly, and respectively sworn, depose and say:

(1) My name is ROSE GABBAR

I reside at 85 CLARKSON AVENUE BKLYN, NY and
*(Number and street)* *(City or town)* *(State)*

(2) My name is OTHMAN MUHAMMAD

I reside at 85 CLARKSON AVENUE BKLYN, NY
*(Number and street)* *(City or town)* *(State)*

I am a citizen of the United States of America; I have personally known and have been acquainted in the United States with the petitioner named in the petition for naturalization of which this affidavit is a part, since at least 7/1/72 *(Month) (Day) (Year)*; to my personal knowledge, based upon frequent observations and personal contacts with the petitioner within the State(s) of residence of the petitioner since said date, the petitioner has resided, immediately preceding the date of filing this petition, in the United States continuously since the date last mentioned; that the petitioner has been physically present in the United States for at least 31 months of that period; and that petitioner has been a resident in the State in which the petition is filed during at least the last 6 months. I have personal knowledge that the petitioner is, and during all such periods has been a person of good moral character, attached to the principles of the Constitution of the United States, and well disposed to the good order and happiness of the United States, and in my opinion the petitioner is in every way qualified to be admitted a citizen of the United States.

I do swear (affirm) that the statements of fact I have made in the affidavit to this petition for naturalization subscribed by me are true to the best of my knowledge and belief: SO HELP ME GOD.

Rose Gabbar
(Signature of Witness)

Othman Muhammad
(Signature of Witness)

**WHEN OATH ADMINISTERED BY CLERK OR DEPUTY CLERK OF COURT**

Subscribed and sworn to (affirmed) before me by above-named petitioner and witnesses in the respective forms of oath shown in said petition and affidavit, and filed by said petitioner, in the office of the clerk of said court at BROOKLYN, NEWYORK

this 1st day of JULY, A.D. 19 77

LEWIS ORGEL
Clerk.

By [signature]
Deputy Clerk.

[SEAL]

**WHEN OATH ADMINISTERED BY DESIGNATED EXAMINER**

Subscribed and sworn to (affirmed) before me by above-named petitioner and witnesses in the respective forms of oath shown in said petition and affidavit at ........ this ........ day of ........ A.D. 19....

........
*Designated Examiner.*

I HEREBY CERTIFY That the foregoing petition for naturalization was by petitioner named herein filed in the office of the clerk of said court at ........ this ........ day of ........, A.D. 19....

........
*Clerk.*

By ........
*Deputy Clerk.*

Form N-405 (Rev. 8-2-76)N

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

Form approved
OMB No. 43 R0079

# APPLICATION TO FILE PETITION FOR NATURALIZATION

Mail or take to:
IMMIGRATION AND NATURALIZATION SERVICE

FEE STAMP
1975 NOV 21

(See INSTRUCTIONS. BE SURE YOU UNDERSTAND EACH QUESTION BEFORE YOU ANSWER IT.)

Abs.
OCT 15 1976

**ALIEN REGISTRATION**
(Show the exact spelling of your name as it appears on your alien registration receipt card, and the number of your card. If you did not register, so state.)
**Name** MASHLI SALEH ASBTHNI
**No.** A 30 261 114

Date: JUL 1 '77 12 45 PM

My name is: MASHLI SALEH ASBTHNI
(Print or type here your present full name only)

DEC 10 1975

I live at: # 85 CLARKSON AVE
(Print or type present apartment number, street address, and if appropriate "in care of")

NEW YORK (City) KINGS (County) N.Y. (State) 11226 (ZIP Code)

Other names I have used are: NONE
(Print or type here any other name you have ever used, including maiden name)

My present occupation is Grocery Store Sex: ☒ Male ☐ Female

(1a) Was your father or mother ever a United States citizen? (If "Yes" explain fully separately) ☐ Yes ☒ No
(1b) Can you read and write English? ☒ Yes ☐ No
(1c) Can you speak English? ☒ Yes ☐ No
(1d) Can you sign your name in English? ☒ Yes ☐ No

RECEIVED

(2) In what places in the United States have you lived during the last 5 years? List present address FIRST.

JAN 9 1976
CITIZENSHIP BRANCH

| FROM— | TO— | STREET ADDRESS | CITY AND STATE |
|---|---|---|---|
| (a) 12 19 74 | PRESENT TIME | 85 CLARKSON AVE | NEW YORK N.Y. |
| (b) Jan 19 73 | Dec 19 74 | 1656 LYCAST | DETROIT MICH |
| (c) Aug 19 70 | Dec 19 72 | 85 CLARKSON AVE | NEW YORK, N.Y. |
| (d) 19 | 19 | | |

(3) What were the names, addresses, and occupations (or types of business) of your employers during the last 5 years? (If none, write "None.") List present employment FIRST.

| FROM— | TO— | EMPLOYER'S NAME | ADDRESS | OCCUPATION OR TYPE OF BUSINESS |
|---|---|---|---|---|
| June 77 | Present | Gabbar Grocery | 1153 Nostrand Ave | Grocery Store |
| (a) NOV 19 74 | PRESENT TIME 77 | OUT OF WORK | | |
| (b) 19 74 | 19 74 | LINDEN GENERAL HOSP. | 501 NEW LOTS AVE | KITCHEN HELP |
| (c) Jan 19 73 | Nov 19 74 | CHRYSLER CORP. | DETROIT, MICH | ASSEMBLY LINE |
| (d) 1971 → | Lower 19 | | | |

(4) Have you been out of the United States since you first arrived? YES ☒ Yes ☐ No
If "Yes" fill in the following information for every absence of *less than 6 months*, no matter how short it was.

| DATE DEPARTED | DATE RETURNED | NAME OF SHIP, OR OF AIRLINE, RAILROAD COMPANY, BUS COMPANY, OR OTHER MEANS USED TO RETURN TO THE UNITED STATES | PLACE OR PORT OF ENTRY THROUGH WHICH YOU RETURNED TO THE UNITED STATES |
|---|---|---|---|
| | | NONE | |
| | | | |

(5) How many times have you been married? 1 How many times has your [redacted] wife been married? 1 If either of you has been married more than once, fill in the following information for each previous marriage.

| DATE MARRIED | DATE MARRIAGE ENDED | NAME OF PERSON TO WHOM MARRIED | SEX | (Check one) PERSON MARRIED WAS CITIZEN ☐ | ALIEN ☐ | HOW MARRIAGE ENDED |
|---|---|---|---|---|---|---|
| (a) | | | | ☐ | ☐ | |
| (b) | | | | ☐ | ☐ | |
| (c) | | | | ☐ | ☐ | |
| (d) | | | | ☐ | ☐ | |

**ALIEN REGISTRATION**
Name MASHLI SALEH ASBTANI
No. A 30 266 114

# STATEMENT OF FACTS FOR PREPARATION OF PETITION

SECTION OF LAW 316 (a)

(1) My full, true, and correct name is MASHLI SALEH ASBTANI (Full, true name, without abbreviations)

(2) My present place of residence is 55 CLARKSON AVE (Number and street), (City or town) KINGS (County) NEW YORK (State) 1122[illegible] (ZIP Code)

(3) I was born on 11 (Month) 7 (Day) 43 (Year) in TAIZ (City or town) YEMEN (County, district, province, or State) ARABIA (Country)

(4) I am MARRIED (Single, married, divorced, widowed) and have 2 (13) living children. The first name of my ~~husband or~~ wife is (was) ALIA (26) AHMED

we were married on 9 (Month) 20 (Day) 71 (Year) at ALHUJARIA, (City or town) YEMEN ARABIA (State or country) ~~he or~~ she was born

at [illegible] (City or town) ALHUJARIA YEMEN ARABIA (County, district, province, or State) (Country) on 6 (Month) 7 (Day) 47 (Year);

entered the United States at (City or town) (State) on (Month) (Day) (Year) for permanent residence in

the United States and now resides ☐ with me ☒ apart from me at (17) HIZAM K. MULAIKI (18) P.O. BOX 4213 TAIZ - Y.A.R. (Show full address if not living with you) ; and was naturalized (19)

on (Month) (Day) (Year) at (City or town) (State) Certificate No.

or became a citizen by N/A (20) his or her Alien Registration No. is

(5) I was lawfully admitted to the United States for permanent residence on 8 (Month) 9 (Day) 70 (Year); under the name

of MASHLI SALEH ASBTANI, at NEW YORK, N.Y (City) (State) on the AIR INDIA (Name of vessel or other means of conveyance)

(6) I have resided continuously in the United States of America since 8-9-70 and continuously in the State of NEW YORK where I now live since 8-9-70 and during the past 5 years I have been physically present in the United States for an aggregate period of 36+ months.

(7) I (have, ~~have not~~) previously filed petition for naturalization No. on (Month) (Day) (Year) at (City) (State) in the

(8) I wish the naturalization court to change my name to NONE (Give full name desired or state "None")

(9) Since such lawful admission, I have not been absent from the United States (*for a period or periods of 6 months or longer*) except as follows (if none, state "None"):

| DEPARTED FROM THE UNITED STATES | | | RETURNED TO THE UNITED STATES | | |
|---|---|---|---|---|---|
| Port | Date (Month, day, year) (21) | Vessel or Other Means of Conveyance | Port | Date (Month, day, year) | Vessel or Other Means of Conveyance |
| NY | 9-9-71 | ~~AIR FRANCE~~ | NY | 8-21-72 | ~~AIR FRANCE~~ |
| NY | 11-20-75 (22) | AIR FRANCE | NY | 11-11-76 | AIR FRANCE |
| | | | | (23) NO OTHERS | |

(10) I have 2 (No.) (24) children: (Complete columns (a) to (h) as to each child. If child lives with you, state "with me" in column (h), otherwise give city and State of child's residence.)

| (a) Given Names | (b) Sex | (c) Place Born (Country) | (d) Date Born | (e) Date of Entry (25) | (f) Port of Entry | (g) Alien Registration No. | (h) Now Living At— |
|---|---|---|---|---|---|---|---|
| MOHAMED | M | YEMEN ~~ARABIA~~ | 7/15/72 | — | — | — | YEMEN ~~ARABIA~~ |
| YAHYA | M | Yemen | 10/4/76 (26) | — | — | — | Yemen. |
| | | | | | | | |
| | | | | | | | |

FORM G-325 (REV. 8-1-74)Y
BIOGRAPHIC INFORMATION

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

Form Approved
OMB No. 43-R436

| (Family name) | (First name) | (Middle name) | MALE / FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | ALIEN REGISTRATION NO. (If any) |
|---|---|---|---|---|---|---|
| Asbtani | Mashli | Saleh | [X] MALE [ ] FEMALE | 11/7/43 | Yemen | A30261114 |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| | Taiz Yemen | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | Abstani | Saleh | Taiz Yemen | Died 1950-1 |
| MOTHER (Maiden name) | Hassan | Hamda | Taiz Yemen | Died 1960-1 |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | Ahmed | Dowla | 6/7/47 | Alhulati | 9/20/71 | Yemen |

FORMER HUSBANDS OR WIVES (If none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE AND PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| | | | | |
| | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 85 Clarkson Ave. | Brooklyn | N.Y. | U.S.A. | 12 | 74 | PRESENT TIME | |
| 1650 Lycast Ave. | Detroit | Mich. | U.S.A. | 1 | 73 | 11 | 74 |
| 85 Clarkson Ave. | Brooklyn | N.Y. | U.S.A. | 8 | 70 | 9 | 71 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST.

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (Specify) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| Gabbar Grocery 1153 Nostrand Ave. | Grocery | 6 | 77 | PRESENT TIME | |
| Chrysler Corp. Detroit Mich. | Assembler | 1 | 73 | 12 | 74 |
| Linden Gen. Hosp. Brooklyn, N.Y. | Kitchen Helper | 8 | 70 | 12 | 72 |
| | | | | | |
| Release # 1+2 VB SEP 14 1977 | | | | | |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

| | | | | | |
|---|---|---|---|---|---|
| Alhulati Yemen | Trucker | | | 8 | 70 |

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
[X] NATURALIZATION [ ] OTHER (SPECIFY)
[ ] ADJUSTMENT OF STATUS

SIGNATURE OF APPLICANT OR PETITIONER: [signature] DATE

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE: [handwritten Arabic name]

Are all copies legible? [X] Yes

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

FORM G-325A (REV[illegible]74) Y

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

Form Approved
OMB No. 43-R436

## BIOGRAPHIC INFORMATION

| (Family name) | (First name) | (Middle name) | ☑ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | ALIEN REGISTRATION NO. (If any) |
|---|---|---|---|---|---|---|
| ASBTANI | MASHLI | SALEH | | 11-7-43 | MOSLEM | A30 261 114 |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| NONE | YEMEN, ARABIA | 090 48 1551 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | ASBTANI | SALEH | YEMEN, ARABIA | DECEASED |
| MOTHER (Maiden name) | MOHEMED | HAMDA | YEMEN ARABIA | YEMEN, ARABIA |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | AHMED | DOLA | 6-7-47 | YEMEN ARABIA | 9-20-71 | ARABIA |

FORMER HUSBANDS OR WIVES (if none, so state) NONE

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| | | | | |
| | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 85 CLARKSON AVE | NEW YORK | N.Y. | U.S.A. | 1 | 1974 | PRESENT TIME | |
| 1650 LYCEST ST | DETROIT | MICH | U.S.A. | | 1972 | | 74 |
| 85 CLARKSON AVE | NEW YORK | N.Y. | U.S.A. | | 1970 | | 72 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| NOT WORKING | | | 74 | PRESENT TIME | |
| LINDEN GENERAL HOSP - 501 NEW LOTS AVE | KITCHEN HELPER | | 70 | | 71 |
| CHRYSLER CORP DETROIT, MICH | ASSEMBLY LINE | | 73 | | 74 |
| | | | | | |
| | | | | | |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☑ NATURALIZATION ☐ ADJUSTMENT OF STATUS
☐ OTHER (SPECIFY): H-2 Sept 5/28/76

SIGNATURE OF APPLICANT OR PETITIONER: [signature] DATE 11-14-75

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

Are all copies legible? ☑ Yes

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

Form FS-510 (English)
2-68

Form Approved
Budget Bureau No. 47-R0150.

DEPARTMENT OF STATE

# APPLICATION FOR IMMIGRANT VISA AND ALIEN REGISTRATION

INSTRUCTIONS: This form must be filled out in DUPLICATE by typewriter, or if by hand in legible block letters. ALL questions must be answered, if applicable. Questions which are not applicable should be so marked. If there is insufficient room on the form, answer on separate sheets, in duplicate using the same numbers as appear on the form. Attach the sheets to the forms. DO NOT SIGN this form until instructed to do so by the consular officer. The fee for filing this application for an immigrant visa is $5.00. The fee should be paid in United States dollars or local currency equivalent or by bank draft, when you appear before the consular officer.

*WARNING: Any false statement or concealment of a material fact may result in your permanent exclusion from the United States. Even though you should be admitted to the United States, a fraudulent entry could be grounds for your prosecution and/or deportation.*

1. Family name: ASBTANI — First name: MASHLI — Middle name: SALEH

2. Other names used or by which known (*If married woman, give maiden name*): NONE

3. Full name in native alphabet (*If Roman letters not used*): MASHLI SALEH ASBTANI

4. Date of birth (*Day*) (*Month*) (*Year*): 7 NOVE. 1943

5. Age: 27

6. Place of birth (*City or town*) (*Province*) (*Country*): ALHALTI ALAMLOOK, SHAIR, YEMEN

7. Nationality: YEMENI

8. Sex: XX Male ☐ Female

9. Marital status: XX Single (*never married*) ☐ Married ☐ Widowed ☐ Divorced ☐ Separated
Including my present marriage, I have been married .................... times.

10. Occupation: LABROURER

11. Present address: SAME AS ABOVE # 6

12. Purpose in going to the United States: to joine my brother

13. Name and address of wife/husband (*Give maiden name of wife*): none

14. Names and addresses of children under 21 years of age: none

15. Person(s) named in 13 and 14 ~~(will)~~ (will not) accompany or follow me to the United States. (*Cross out words that do not apply*)

16. Length of intended stay (*If permanently, so state*): permanently

17. Intended port of entry: New York

18. Final address in the United States:
85 Clarkson Ave., Apt. 3A
Brooklyn, New York , U.S.A.

19. Do you have a ticket to final destination? Yes

20. Person you intend to join (*Give name, address and relationship, if any*): AHMED ALI ASSABAHI (BROTHER)
SAME AS #18 ABOVE

21. Name and address of sponsoring person or organization (*If different from 20*): NONE

22. Personal description
(a) Color of hair: BLACK
(b) Color of eyes: BROWN
(c) Height: 5 feet 5 inches
(d) Complexion: DARK

23. Marks of identification: NONE

24. The following documents are submitted in support of this application

| | | | |
|---|---|---|---|
| XX Birth certificate | ☐ Death certificate | ☐ Evidence of own assets | XX Medical record(s) |
| XX Police certificate(s) | ☐ Divorce decree | XX Affidavit of support | XX Photographs |
| ☐ Marriage certificate | ☐ Military record | ☐ Offer of employment | XX Other (describe) |

# EXHIBIT E

Sample 4 — Duplicate Petition for Naturalization (Form N-405),
Stark County, Ohio
Residence history released in full

Hassan v. USCIS, No. 26-3082 (RBW) (D.D.C.)

Form N-405
UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
(Rev. 2-10-55)

Form approved.
Budget Bureau No. 43-R083.6.

**DUPLICATE**
(To accompany monthly report on Form N-4)

# UNITED STATES OF AMERICA
# PETITION FOR NATURALIZATION

No. 12821

*To the Honorable the* COMMON PLEAS *Court of* STARK COUNTY *at* CANTON, OHIO

*This petition for naturalization, hereby made and filed, respectfully shows:*

(1) My full, true, and correct name is HASAN ASKER (Full, true name, without abbreviation, and any other name which has been used, must appear here) Stark, Ohio

(2) My present place of residence is 1110-4th St. S.W. Massillon, (Number and street) (City or town) (County) (State) (3) My occupation is laborer

(4) I am 27 years old. (5) I was born on Sept. 20, 1930 (Month) (Day) (Year), in Gaban, Yemen, Arabia (City or town) (County, district, province or State) (Country)

(6) My personal description is as follows: Sex male, complexion dark, color of eyes brown, color of hair black, height 5 feet 2 inches, weight 122 pounds, visible distinctive marks none; country of which I am a citizen, subject, or national Arabia (7) I am not married; the name of my wife or husband is ______

we were married on ______ (Month) (Day) (Year), at ______ (City or town) (State or country)

he or she was born at ______ (City or town) (County, district, province, or State) (Country), on ______ (Month) (Day) (Year)

and entered the United States at ______ (City or town) (State) on ______ (Month) (Day) (Year) for permanent residence in the United States

and now resides at ______ (Number and street) (City or town) (County and State) and was naturalized on ______ (Month) (Day) (Year)

at ______ (City or town) (State) certificate No. ______; or became a citizen by ______

(7a) (If petition is filed under section 319 (a), Immigration and Nationality Act.) I have resided in the United States in marital union with my United States citizen spouse for at least 3 years immediately preceding the date of filing this petition for naturalization, and have been physically present in the United States at least half of that time.

(7b) (If petition is filed under section 319 (b), Immigration and Nationality Act.) My husband or wife is a citizen of the United States, is in the employment of the Government of the United States, or of an American institution of research recognized as such by the Attorney General of the United States, or an American firm or corporation engaged in whole or in part in the development of foreign trade and commerce of the United States, or subsidiary thereof or of a public international organization in which the United States participates; and such husband or wife is regularly stationed abroad in such employment. I intend in good faith upon naturalization to live abroad with my spouse and to resume my residence within the United States immediately upon termination of such employment abroad.

(8) I have no children; and the name, sex, date and place of birth, and present place of residence of each of said children who is living, are as follows:

(9) My lawful admission for permanent residence in the United States was at New York, New York (City or town) (State) under the name of Hasan Asker on August 2, 1952 (Month) (Day) (Year) on the Plane "Air France" (Name of vessel or other means of conveyance)

(10) Since my lawful admission for permanent residence I have not been absent from the United States, for a period or periods of 6 months or longer, except as follows:

| DEPARTED FROM THE UNITED STATES | | | RETURNED TO THE UNITED STATES | | |
|---|---|---|---|---|---|
| PORT | DATE (Month, day, year) | VESSEL OR OTHER MEANS OF CONVEYANCE | PORT | DATE (Month, day, year) | VESSEL OR OTHER MEANS OF CONVEYANCE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(11) It is my intention in good faith to become a citizen of the United States and to renounce absolutely and entirely all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which at this time I am a subject or citizen. (12) It is my intention to reside permanently in the United States. (13) I am not and have not been for a period of at least 10 years immediately preceding the date of this petition a member of or affiliated with any organization proscribed by the Immigration and Nationality Act or any section, subsidiary, branch affiliate or subdivision thereof nor have I during such period engaged in or performed any of the acts or activities prohibited by that Act. (14) I am able to read, write and speak the English language (unless exempted therefrom). (15) I am, and have been during all the periods required by law, a person of good moral character, attached to the principles of the Constitution of the United States and well disposed to the good order and happiness of the United States. I am willing, if required by law, to bear arms on behalf of the United States, or to perform noncombatant service in the Armed Forces of the United States, or to perform work of national importance under civilian direction (unless exempted therefrom). (16) I have resided continuously in the United States since August 2, 1952 (Month) (Day) (Year) and continuously in the State in which this petition is made for the term of 6 months at least immediately preceding the date of this petition and I have been physically present in the United States for at least one-half of the five year period immediately preceding the date of this petition. (17) I have not heretofore made petition for naturalization: No. ______ on ______ (Month) (Day) (Year) at ______ (City or town) (County) (State) in the ______ (Name of court) Court, and such petition was denied by that Court for the following reasons and causes, to wit:

(18) Attached hereto and made a part of this, my petition for naturalization, are the affidavits of at least two verifying witnesses required by law.

(19) Wherefore I, your petitioner for naturalization, pray that I may be admitted a citizen of the United States of America, and that my name be changed to ______ I, aforesaid petitioner, do swear (affirm) that I know the contents of this petition for naturalization subscribed by me, and that the same are true to the best of my knowledge and belief, and that this petition is signed by me with my full, true name: SO HELP ME GOD.

STATS
ALIEN REGISTRATION NO. A 8352155

Hasan Asker
(Full, true, and correct signature of petitioner, without abbreviation) 9

16—41073-7

Form approved.
Budget Bureau No. 43-R079.6.

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

Mail or take to:
IMMIGRATION AND NATURALIZATION SERVICE,

Index Checked
on AUG 29 1957
by
Cleveland, Ohio

**ALIEN REGISTRATION** A-260
(Show the exact spelling of your name as it appears on your alien registration receipt card, and the number of your card. If you did not register, so state.)
Name HASAN ASKER
No. A 8352155

2609

# APPLICATION TO FILE PETITION FOR NATURALIZATION

I desire to file a petition for naturalization in the— Common Pleas (Name of court) Court at CANTON (City) OHIO (State)

HASAN ASKER (Print or type your name)

1110-49 ST. S.W. (Print or type apartment number, street address, and if appropriate "in care of")

MASSILLON (City) STARK (County) OHIO (State)

## INSTRUCTIONS TO THE APPLICANT

**IMPORTANT.**—Under the naturalization laws, citizenship may be revoked for concealment of a material fact or for willful misrepresentation in connection with the naturalization proceedings. It is important therefore that you fill out pages 1, 2, 3, and 4 of this form completely and as accurately as possible, using ink or a typewriter. If you do not have enough room to answer a question, continue your answer on another sheet of paper and show the number of the question you are continuing.

PHOTOGRAPHS.—You must send with this application three identical photographs of yourself taken within 30 days of the date of this application. These photographs must be 2 by 2 inches in size, and distance from top of head to point of chin should be approximately 1¼ inches, must not be pasted on a card or mounted in any other way, must be on thin paper, have a light background, and clearly show a front view of your face without hat. DO NOT SIGN YOUR PHOTOGRAPHS.

DATE OF YOUR ARRIVAL.—If you do not know the exact date of your arrival in the United States, or the name of the vessel or port, give the facts as you remember them.

If the date of your arrival in the United States was on or before June 29, 1906, you should submit with this application documentary evidence of your residence in the United States prior to that date. Such documents may be family Bible entries, deeds of record, wills or other authentic legal documents, life insurance policies, bankbooks and records, employment records or other documents showing that you were in the United States on or before June 29, 1906. Do not submit such documents if your arrival in the United States was after June 29, 1906.

ALIEN REGISTRATION RECEIPT CARD.—DO NOT SEND your alien registration receipt card with this application.

FINGERPRINT CARD.—This application must be accompanied by a record of your fingerprints. Fingerprint cards, with instructions for recording your fingerprints, are available at any office of the Immigration and Naturalization Service.

(1) In what places in the United States have you lived during the last 5 years?

| | From— | To— | Street Address | City and State |
|---|---|---|---|---|
| (a) | Aug 2 1952 | currently 1957 | 1110-49 ST. S.W. | MASSILLON, OHIO |
| (b) | 19 | 19 | | |
| (c) | 19 | 19 | | |
| (d) | 19 | 19 | | |
| (e) | 19 | 19 | | |
| (f) | 19 | 19 | | |
| (g) | 19 | 19 | | |
| (h) | 19 | 19 | | |
| (i) | 19 | 19 | | |
| (j) | 19 | 19 | | |

IMMIGRATION AND NATURALIZATION
CLEVELAND, OHIO

(2) What were the names, addresses, and occupations (or types of business) of your employers during the last 5 years? (If necessary, use an additional sheet)

| | From— | To— | Employer's Name | Address | Occupation or Type of Business |
|---|---|---|---|---|---|
| (a) | SEPT. 18 1952 | currently 1957 | RePuBLic SteeCorp | Oberlin Rd. MASS. Ohio | SteeL |
| (b) | 19 | 19 | | | |
| (c) | 19 | 19 | | | |
| (d) | 19 | 19 | | | |
| (e) | 19 | 19 | | | |
| (f) | 19 | 19 | | | |
| (g) | 19 | 19 | | | |
| (h) | 19 | 19 | | | |

(3) Have you been out of the United States since you first arrived? Yes ☐ or No ☒ If "Yes" fill in the following information for every absence of *less than 6 months*.

| Date Departed | Date Returned | Name of Ship, or of Airline, Railroad Company, Bus Company, or Other Means Used to Return to the United States | Place or Port of Entry Through Which You Returned to the United States |
|---|---|---|---|
| | | | |
| | | "does APPLY" | |
| | | | |
| | | | |
| | | | |
| | | | |

Form N-400
(Rev. 11-5-56)

16—11311-14

# STATEMENT OF FACTS FOR PREPARATION OF PETITION

**ALIEN REGISTRATION**
Name HASAN ASKER
No. A 8352155

(1) My full, true, and correct name is HASAN ASKER
(Full, true name, without abbreviation, and any other name which has been used must appear here)

(2) My present place of residence is 1110 – 4th St. S.W. MASSILLON STARK OHIO
(Number and street) (City or town) (County) (State)

(3) My present occupation is LABORER ~~[illegible]~~

(4) I was born on Sept 20 ~~19[illegible]~~ 1930 ~~[illegible]~~ Moban Yemen ARABIA
(Month) (Day) (Year) (City or town) (County, district, province, or State) (Country)

(5) My personal description is as follows: Sex M; complexion DARK; color of eyes BROWN; color of hair BLACK; height 5 feet 2 inches; weight 122 pounds; visible distinctive marks NONE

country of which I am a citizen, subject, or national ARABIA

(6) I (am, am not) married; the name of my wife or husband is UNMARRIED

we were married on ........ at ........
(Month) (Day) (Year) (City or town) (State or country)

he or she was born at ........ on ........ entered the United States at ........ on ........ for permanent residence in the
(City or town) (County, district, province, or State) (Country) (Month) (Day) (Year) (State) (Month) (Day) (Year)

United States and now resides at ........
(City or town) (State or country)

and was naturalized on ........ at ........
(Month) (Day) (Year) (City or Town) (State)

certificate No. ........ or became a citizen by ........

NOT APPLY

(7) I have NO children; and the name, sex, place and date of birth, and present place of residence of each of said children who is living, are as follows:

| NAME | SEX | PLACE BORN | DATE BORN | NOW LIVING AT— |
|---|---|---|---|---|
| "Does NOT Apply" | | | | |
| | | | | |
| | | | | |
| | | | | |

(8) My lawful admission for permanent residence in the United States was at New York New York
(City or town) (State)

under the name of HASAN ASKER on August 2 1952
(Month) (Day) (Year)

on the PLANE "AIR FRANCE" – 017
(Name of vessel or other means of conveyance)

(9) Since such lawful admission, I have not been absent from the United States for a period or periods of 6 months or longer except as follows:

| DEPARTED FROM THE UNITED STATES | | | RETURNED TO THE UNITED STATES | | |
|---|---|---|---|---|---|
| PORT | DATE (Month, day, year) | VESSEL OR OTHER MEANS OF CONVEYANCE | PORT | DATE (Month, day, year) | VESSEL OR OTHER MEANS OF CONVEYANCE |
| | "Does NOT Apply" | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(10a) I have resided continuously in the United States of America since August 2, 1952 and continuously in the State of OHIO where I now live since August 2, 1952 and during the past 5 years I have been physically present in the United States for an aggregate period of 60 months.

(10b) Do you intend to reside permanently in the United States? ☒ Yes ☐ No.

If "No," explain ........

(11) I (have, ~~have not~~) heretofore made petition for naturalization No. 15874 on Feb 18 1953 at CANTON OHIO
(Month) (Day) (Year) (City) (State)

in the COMMON PLEAS Court, ~~and such petition was denied.~~

(12) I wish the naturalization court to change my name to NO CHANGE
(Give full name desired)

(b)(6)

[redacted]

States 10-1-52

al presence 30 mos.

ner [illegible]

16—11311-14

(D4R)

Form N-315
UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
(Rev. 12-24-52)

Form approved.
Budget Bureau No. 43-R076.4.

DUPLICATE
(To be given to declarant when originally issued)

# UNITED STATES OF AMERICA

No. 15871

## DECLARATION OF INTENTION

State of Ohio
County of Stark
ss:

In the Common Pleas Court of Stark County at Canton, Ohio

(1) My full, true, and correct name is Hasan Asker (Full, true name, without abbreviation, and any other name which has been used, must appear here) (2) My present place of residence is 1121-4th St. S.W. Massillon, Stark, Ohio (Number and street) (City or town) (County) (State) (3) I am 23 years old. (4) I was born September 20, 1929 (Month) (Day) (Year) in Shaip, Yemen, Arabia (City or town) (County, district, province, or State) (Country) (5) My personal description is as follows: Sex male, complexion dark, color of eyes brown, color of hair black, height 5 feet 2 inches, weight 120 pounds, visible distinctive marks none, country of which I am a citizen, subject, or national Arabia, (6) I am not married; the name of my wife or husband is ; (7) My lawful admission for permanent residence in the United States was New York, New York (City or town) (State) under the name of Hasan Asker on August 2, 1952 (Month) (Day) (Year) on the Plane "Air France" (Name of vessel or other means of conveyance) and I am now residing in the United States pursuant to such admission. (8) It is my intention in good faith to become a citizen of the United States. (9) I certify that the photograph affixed to the duplicate and triplicate hereof is a likeness of me and was signed by me.

I do swear (affirm) that the statements I have made and the intentions I have expressed in this declaration of intention subscribed by me are true to the best of my knowledge and belief: SO HELP ME GOD.

Hasan Asker
(Original and true signature of declarant, without abbreviation, also other name if used)



(SE... Y

Subscribed and sworn to (affirmed) before me in the form of oath shown above in the office of the Clerk of said Court, at Canton, Ohio, this February 18, anno Domini 1953. I hereby certify that authorization for the issuance of this declaration has been received by me from the Immigration and Naturalization Service, and that the photograph affixed to the duplicate and triplicate hereof is a likeness of the declarant.

C. Frank Sherrard

Clerk of the Common Pleas (Court)

By M. A. Olmstead
Deputy Clerk.

[SEAL]

(The seal of the court will be impressed so as to cover a portion of the photograph)

U. S. GOVERNMENT PRINTING OFFICE 16—67747-1

8-350-155

Form N-315
UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
(Rev. 12-24-52)

Form approved.
Budget Bureau No. 43-R076.4.

TRIPLICATE
(To accompany monthly report on Form N-4)

# UNITED STATES OF AMERICA

No. 15871

## DECLARATION OF INTENTION

State of Ohio
County of Stark
ss:

In the Common Pleas Court of Stark County at Canton, Ohio

(1) My full, true, and correct name is Hasan Asker (Full, true name, without abbreviation, and any other name which has been used, must appear here) (2) My present place of residence is 1121-4th St. S.W. Massillon, Stark, Ohio (Number and street) (City or town) (County) (State)

(3) I am 23 years old. (4) I was born September 20, 1929 (Month) (Day) (Year) in Shaip, Yemen, Arabia (City or town) (County, district, province, or State) (Country) (5) My personal description is as follows: Sex male, complexion dark, color of eyes brown, color of hair black, height 5 feet 2 inches, weight 120 pounds, visible distinctive marks none, country of which I am a citizen, subject, or national Arabia, (6) I am not married; the name of of my wife or husband is ; (7) My lawful admission for permanent residence in the United States was New York, New York (City or town) (State) under the name of Hasan Asker on August 2, 1952 (Month) (Day) (Year) on the Plane "Air France" (Name of vessel or other means of conveyance) and I am now residing in the United States pursuant to such admission. (8) It is my intention in good faith to become a citizen of the United States. (9) I certify that the photograph affixed to the duplicate and triplicate hereof is a likeness of me and was signed by me.

I do swear (affirm) that the statements I have made and the intentions I have expressed in this declaration of intention subscribed by me are true to the best of my knowledge and belief: SO HELP ME GOD.

Hasan asker
(Original and true signature of declarant without abbreviation, also other name if used)




Subscribed and sworn to (affirmed) before me in the form of oath shown above in the office of the Clerk of said Court, at Canton, Ohio, this February 18, anno Domini 19 53 I hereby certify that authorization for the issuance of this declaration has been received by me from the Immigration and Naturalization Service, and that the photograph affixed to the duplicate and triplicate hereof is a likeness of the declarant.

C. Frank Sherrard
Clerk of the Common Pleas (Court)
By M. A. Olmstead Deputy Clerk.

[SEAL]
(The seal of the court will be impressed so as to cover a portion of the photograph)

U. S. GOVERNMENT PRINTING OFFICE 16—67747-1

# EXHIBIT F

Sample 5 — Form G-325 (Mar. 8, 1969) and
Immigrant Visa and Alien Registration
Residence history released in full

Hassan v. USCIS, No. 26-3082 (RBW) (D.D.C.)

VISA APP- FOIA

[illegible]

**BIOGRAPHIC INFORMATION**

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

2271 - Bklyn. N.Y. N-400 Date: JUL 22 1969

Form Approved. Budget Bureau No. 43-R436

U.S. GOVERNMENT PRINTING OFFICE : 1967-257-648

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | ALIEN REGISTRATION NO. (If any) |
|---|---|---|---|---|---|---|
| HUSSAIN, | SALEH | MUNASSER | | 9/15/36 | YEMENITE | A13861560 |
| ALL OTHER NAMES USED: Same | | | CITY AND COUNTRY OF BIRTH: YAFA, Southern YEMEN | | | SOCIAL SECURITY NO. (If any): 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | MUNASSER | HUSSAIN, | born 1902, YAFA, Southern YEMEN | where he now lives |
| MOTHER (Maiden name) | FATIMA daughter of OMER MOHAMED | | born 1906, YAFA " " | where she now lives |

| SPOUSE (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|
| ABDALLAH, | HALIMA | 2/26 1939 | YAFA, Southern YEMEN | 1/1/53 | YAFA, Southern Yemen |

FORMER SPOUSES (If none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| none | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 215 HAWTHORNE ST. | Brooklyn | N.Y (25) | USA | Feb | 1969 | PRESENT TIME | |
| YAFA, SOUTHERN YEMEN | | | YEMEN | march | 1968 | Feb. | 1969 |
| 215 HAWTHORNE ST. | Brooklyn | N.Y (25) | USA | APRIL | 1967 | march | 1968 |
| 1929 Strauss St. | Brooklyn | N.Y (12) | USA | may | 1966 | APRIL | 1967 |

LAST FOREIGN RESIDENCE OF MORE THAN ONE YEAR IF NOT SHOWN ABOVE. (INCLUDE ALL INFORMATION REQUESTED ABOVE.)

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST.

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| SS Flower Hill of the Ocean Freight and Brokerage company 82 Broad St. NYC | Seaman | 10/30 | 67 | 2/[illegible] | 68 |
| SS Leland I. Doan, Marine Transport Lines | " | 4/15 | 66 | 4/22 | 66 |
| SS US Victory of the US Bulk Carriers Inc | " | 5/12 | 66 | 8/28 | 66 |
| SS Wolverine State of the State Marine Lines | " | 8/15 | 66 | 8/13 | 67 |
| SS [illegible] Victory of the [illegible] | " | 3/[illegible] | 67 | 6/28 | 67 |

LAST OCCUPATION ABROAD IF NOT SHOWN ABOVE. (INCLUDE ALL INFORMATION REQUESTED ABOVE.)

JUL 22 1969

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☒ NATURALIZATION ☐ ADJUSTMENT OF STATUS
☐ OTHER (SPECIFY):

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

3/8/69 (DATE) — Saleh M. Hussain (SIGNATURE OF APPLICANT OR PETITIONER)

UNITED STATES OF AMERICA
IMMIGRANT VISA AND ALIEN REGISTRATION

I- 2430351

OF: (Family name) HUSSAIN (First name) SALEH (Middle name) MUNASSER

PORT OF 030-NYC

I certify that the immigrant named herein arrived in the United States at this port on BA-537
(Name of vessel or flight No. of aircraft)
and was inspected. IMM. & NAT'Z'N SERVICE NEW YORK, N. Y. 88
ADMITTED
MAY 17 1964

detained for further inquiry by special officer under
Symbol ..................
Section .................. of the Immigration and Nationality Act

.................................
Immigrant Inspector.

AMERICAN Consulate,
AT Liverpool, England.

WILFRED V. DUKE, AMERICAN CONSUL of the United States of America.



Service ..................
Tariff Item No. ..................
Fee Paid $20
Local Cy equiv. ..................

STATISTICS

ACTION OF SPECIAL INQUIRY OFFICER

The immigrant herein was {admitted} {excluded} and {no appeal taken / appeal taken} under

Symbol ..................

Section .................. of the Immigration and Nationality Act.

.................................
Special Inquiry Officer.

ACTION ON APPEAL

ADMITTED

EXCLUDED

DATE

This visa is issued under Section 221 of the Immigration and Nationality Act, and upon the basis of the facts stated in the application.

IMMIGRANT CLASSIFICATION

NONQUOTA (Symbol) QUOTA (Symbol) X

VISA PETITION NO., IF ANY

IMMIGRANT VISA NO. 3628 QUOTA BR.SUB.ADEN.

ISSUED ON (Day) (Month) (Year) 27th April 1964.

THE VALIDITY OF THIS VISA EXPIRES MIDNIGHT AT THE END OF (Day) (Month) (Year) 17th August 1964.

NATIONALITY (If stateless, so state, and give previous nationality) British

PASSPORT

NO. 23267

OR OTHER TRAVEL DOCUMENTS (Describe) British Passport.

ISSUED TO Mr. S. M. Hussain.

BY Aden

ON July 7,1960
EXPIRES July 7,1965

28

FORM FS-511

Form Approved.
Budget Bureau No. 47-R150.2.

DEPARTMENT OF STATE
FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

# APPLICATION FOR IMMIGRANT VISA AND ALIEN REGISTRATION

INSTRUCTIONS: This form must be filled out in DUPLICATE by typewriter, or if by hand in legible block letters. ALL questions must be answered, if applicable. Questions which are not applicable should be so marked. If there is insufficient room on the form, answer on separate sheets, in duplicate using the same numbers as appear on the form. Attach the sheets to the forms. DO NOT SIGN this form until instructed to do so by the consular officer. The fee for filing this application for an immigrant visa is $5.00. The fee should be paid in United States dollars or local currency equivalent or by bank draft, when you appear before the consular officer.

*WARNING: Any false statement or concealment of a material fact may result in your permanent exclusion from the United States. Even though you should be admitted to the United States, a fraudulent entry could be ground for your prosecution and/or deportation.*

I hereby apply for an immigrant visa and alien registration at the United States CONSULATE, at LIVERPOOL, ENGLAND, and state the following facts:

1. My family name is HISSAIN ~~HUSSIEN~~ YAFIA — My first name is SALEH — My middle name is MUNASSER.

2. My full name in native alphabet (*If other than Roman letters are used*) is صالح يافع [illegible]

3. Other names I have used or by which I have been known are (*If married woman, give maiden name*) NONE

4. The date of my birth is (Day) 15 (Month) 3 (Year) 36

5. My place of birth is (City or town) UPPER YAFFA ADEN (Province) (Country) ARABIA.

6. My age is 27

7. My present calling or occupation is LABOURER

8. My present address is 105, BROOMSPRING LANE, SHEFFIELD 10

9. My sex is ☑ Male ☐ Female

10. My marital status is ☐ Single (never married) ☑ Married ☐ Widowed ☐ Divorced ☐ Separated
Including my present marriage, I have been married ONCE times.

11. My nationality is BRITISH

12. My personal description is
(a) Color of hair BLACK
(b) Color of eyes BROWN
(c) Height 5 feet 5 inches
(d) Complexion DARK

13. I have the following visible marks of identification NONE

14. My purpose in going to the United States is TO WORK

15. I intend to remain in the United States permanently or (*Give length of time*) NOT YET KNOWN

16. I intend to enter the United States at the port of NOT YET KNOWN

17. I (Do) (Do Not) have a ticket to my final destination I DO NOT.

18. (a) I am going to the United States to join the following person (*Give name and address and relationship, if any*)
MOHAMED. M. HUSSIEN
1929 STRAUSS STREET,
BROOKLYN 12 N.YORK. (Brother)

18. (b) I am sponsored by the following person and/or organization (*Give address if different from (a)*)
MOHAMED. M. HUSSIEN

19. My final address in the United States is 1929, STRAUSS STREET, BROOKLYN, 12, NEW YORK

20. My personal financial resources are
(a) Cash
(b) Bank deposits ~~[illegible]~~ £508. 17. 6
(c) Real estate (value)
(d) Other Post Office £907. 6. 5.

29

THIS FORM MAY BE OBTAINED GRATIS AT CONSULAR OFFICES OF THE UNITED STATES OF AMERICA

Form FS-510 (English) (4-65) Page 2

1. I am submitting the following personal documents in support of and as part of my application

- [x] Birth certificate
- [ ] Police certificate(s)
- [ ] Other (*describe*)
- [ ] Military record
- [x] Evidence of support or own resources
- [ ] Promise of employment
- [ ] Medical record(s)

22. Name and present residence of my wife/husband is (*Give maiden name of wife*)

HALEMA ABDULLA ALI
UPPER YAFFA.

23. The names and addresses of my children under 21 years of age are

SALIM
QABUL
UPPER YAFFA.

24. The names of members of my family who are immigrating with me are

NONE.

25. The name and address of my father is (*If deceased, so state, giving date*)

MUHASSER HUSSIEN SALEH, UPPER YAFFA

26. The maiden name and address of my mother is (*If deceased, so state, giving date*)

~~[illegible]~~
FATEMA BINT OMER MOHAMED
UPPER YAFFA

27. The name and address of my next of kin in my home country is

HALEMA ABDULLA ALI,
UPPER YAFFA

28. Since my sixteenth birthday my places of residence for 6 months or more have been

| City or town | Province | Country | Dates (From—To) | Calling or occupation |
|---|---|---|---|---|
| SHEFFIELD | YORKS | ENGLAND | 19.7.60 to PRESENT TIME | LABOURER |
| YAFA. | ADEN | ARABIA | BORN – 1960 | LABOURER |

29. Since my sixteenth birthday I am or have been a member or affiliate of the following political, professional, vocational or social organizations

| Name and address | Dates (From—To) | Type of membership and office held, if any |
|---|---|---|
| NONE. | | |

I speak, read, write the following languages (*Include your native language*)

| Language | Speak | Read | Write |
|---|---|---|---|
| ARABIC | ✓ | ✓ | ✓ |
| ENGLISH | LITTLE | ✓ | ✓ |

[illegible] periods (*Give year and type of visa or status*) (*If never, so state*)

30

Form FS-510 (English) (4-63) Page

31. (Continued)

(11) Do you intend to enter the United States from Canada, Mexico or an island adjacent to the United States within two years after arrival in such country or island? (If answer is Yes, give the name of transportation company by which you entered or intend to enter such country or island) Yes (No)

33. Were you assisted in completing this application? (If so, give name and address of person or persons assisting you indicating whether relative, friend, attorney, travel agent, or other)

| Name | Address |
|---|---|
| MR. AUDALI, [illegible] | 105 BROOMSPRING LANE SHEFFIELD 10 |

DO NOT WRITE BELOW THE FOLLOWING LINE

The consular officer will assist you in answering the following parts 34 and 35

34. I claim to be exempt from ineligibility to receive a visa and exclusion under item .................. in part 32 for the following reason:

35. I claim to be a

☒ NON .................. preference quota immigrant under the ......ADEN...... Sub ...... quota.

☐ Nonquota immigrant.

My claim is based on the following facts:

I understand that I am required to surrender my visa to the United States Immigration Officer at the place where I apply to enter the United States, and that the possession of a visa does not entitle me to enter the United States if at that time I am found to be inadmissible under the immigration laws.

I understand that any willfully false or misleading statement or willful concealment of a material fact made by me herein may subject me to permanent exclusion from the United States and, if I am admitted to the United States, may subject me to criminal prosecution and/or deportation.

*I, the undersigned applicant for a United States immigrant visa, do solemnly swear (or affirm) that all statements which appear in this application have been made by me, including the encircling of items in part 32, and are true and complete to the best of my knowledge and belief. I do further swear (or affirm) that, if admitted into the United States, I will not engage in activities which would be prejudicial to the public interest, or endanger the welfare, safety, or security of the United States; in activities which would be prohibited by the laws of the United States relating to espionage, sabotage, public disorder, or in other activities subversive to the national security; in any activity a purpose of which is the opposition to, or the control, or overthrow of, the Government of the United States, by force, violence, or other unconstitutional means; or join, affiliate with, or participate in the activities of any organization which is registered or required to be registered under Section 7 of the Subversive Activities Control Act of 1950. I understand all the foregoing statements, having asked for and obtained an explanation on every point which was not clear to me.*

SALEH M HOSSAIN

(Signature of Applicant)

[illegible] 2060

[illegible] me this .................. day of .................. 19......

[illegible] 1966

Sue E. Harlow

Sue E. Harlow

(Vice Consul of the United States of America)

52

Naturlz App

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

To Petitioner:

In connection with the hearing to be held on your petition before a judge of the naturalization court, answer "Yes" or "No" to each question below, in ink or by typewriter, without making any further explanation at this time. The questions refer to what has happened since the date you appeared with your witnesses and filed your petition for naturalization. They do not refer to anything that happened before that date. When you have answered each question, sign your name on the line marked "Sign here" and fill in your present address. Do not swear to your answers. BRING THIS LETTER WITH YOU when you come to the hearing and give it to the naturalization examiner. He will then require you to swear to the truthfulness of your answers.

---

After the date you appeared with your witnesses and paid $10 to file your petition for naturalization:

1. Have you married, or been widowed, separated, or divorced? (1) Answer Wo S.M.H

2. Have you been absent from the United States? (2) Answer S.M.H

3. Have you committed any crime or offense, or been arrested, fined, or charged with the violation of any law whatsoever? (3) Answer No

4. Have you joined any organization? (4) Answer No

5. Have you become a member of the Communist Party? (5) Answer No

6. Have you claimed exemption from military service? (6) Answer S.M.H

7. Has there been any change in your willingness to bear arms on behalf of the United States; to perform noncombatant service in the armed forces of the United States; to perform work of national importance under civilian direction, if the law requires it? (7) Answer No S.M.H

8. The law provides that a petitioner for naturalization shall not be regarded as a person of good moral character who, at any time after his or her petition for naturalization has been filed, has committed adultery; has been a prostitute; has procured any person for the purposes of prostitution; has been a narcotic drug addict; or has dealt in narcotic drugs illegally in any way. Have you committed such an act or been such a person? (8) Answer No S.M.H

[signature] 215 Hawthorne St ... NY
(Sign here) (Present address: Number, Street, City, State and ZIP Code)

PETITIONER: DO NOT WRITE BELOW THIS LINE

Sworn to (Affirmed) before me at the final hearing at [illegible] on 2/9/20. I certify that before being sworn (affirming) this petitioner stated in my presence that he (she) had signed this form; that he (she) understood the contents; and that his (her) answers therein were true to the best of his (her) knowledge and belief.

[signature] (U.S. Naturalization Examiner)
(Signature)

GPO 938-440 5

# EXHIBIT G
# Category One

Residence Entries Removed from the Decedent's Own
Sworn Applications and Supporting Forms

Hassan v. USCIS, No. 26-3082 (RBW) (D.D.C.)
Defendants' Sept. 5, 2026 FOIA Release, Control No. NRC2026232165
(15 pages, identified by production page number)

ALIEN REGISTRATION
Name Mohamed Mohamed Hassan
No. A 14 053 570

**STATEMENT OF FACTS FOR PREPARATION OF PETITION**

**SECTION OF LAW** ..........

(1) My full, true, and correct name is Mohamed Mohamed Hassan
(Full, true name, without abbreviations)

(2) My present place of residence is [redacted] (b)(6)
(Number and street) (City or town) (County) (State)

(3) I was born on 7 10 35 in Yemen Arabia
(Month) (Day) (Year) (City or town) (County, district, province, or State) (Country)

(4) I am Married and have 3 living children. The first name of my husband or wife is (was) [redacted] (b)(6)
(Single; married; divorced; widowed)

we were married on 5 5 1964 at Yemen , Arabia
(Month) (Day) (Year) (City or town) (State or country)

he or she was born at [redacted]
(City or town) (County, district, province, or State) (Country)

on [redacted] (b)(6) ; entered the United States at -----
(Month) (Day) (Year) (City or town)

--------- on --------- for permanent residence in the United States and
(State) (Month) (Day) (Year)

now resides ☐ with me ☒ apart from me at [redacted] (b)(6)
(Show full address if not living with you)

and was naturalized on ------ at ----
(Month) (Day) (Year) (City or town) (State)

Certificate No. ------ or became a citizen by ---

(5) I was lawfully admitted to the United States for permanent residence on 6 7- 1964
(Month) (Day) (Year)

under the name of Mohamed Mohamed Hassan at New York, New Yoek
(City) (State)

on the ~~XXXXXXXXXXXXXXXXXX~~ Pan Am 103
(Name of vessel or other means of conveyance)

ok mgm 3/6/69

(6) I have resided continuously in the United States of America since June 7, 1964 and continuously in the State of New York where I now live since Feb. , 1966 and during the past 5 years I have been physically present in the United States for an aggregate period of 60 months.

RECEIVED

(7) I (~~have~~, have not) previously filed petition for naturalization No. .......... on ..........
(Month) (Day) (Year)

at .......... in the .......... Court.
(City) (State)

MAY 23 1969

(8) I wish the naturalization court to change my name to Mohamed Hassan
(Give full name desired or state "None")

CITIZENSHIP ... ROCHESTER, N.Y.

(9) Since such lawful admission, I have not been absent from the United States *for a period or periods of 6 months or longer* except as follows (if none, state "None"):

| DEPARTED FROM THE UNITED STATES | | | RETURNED TO THE UNITED STATES | | |
|---|---|---|---|---|---|
| Port | Date (Month, day, year) | Vessel or Other Means of Conveyance | Port | Date (Month, day, year) | Vessel or Other Means of Conveyance |
| NYC | 2-5-68 | BOAC | NYC | 12-30-68 | BOAC |
| | | | | | |
| | | | | | |
| | | | | | |

(10) My children now living are: (Complete all columns as to each child. If child lives with you, state "with me" in last column; otherwise, give city and state of child's residence.)

| Name | Sex | Place Born | Date Born | Now Living At— |
|---|---|---|---|---|
| [redacted] | | | | |

(b)(6)

(11) Do you intend to reside permanently in the United States? ☒ Yes ☐ No
If "No," explain:

(12) My last place of foreign residence was ~~XXXXXXX~~ Blesan, Yemen, Arabia
(City) (Country)

(13) My father's full name is Mohamed Hassan

(14) My mother's maiden name was Haileh Abdullah

(15) I came to the United States from the port of NYC
(City) (Country)

(16) The person in the United States to whom I was coming was [redacted] (b)(6)

(17) The place in the United States to which I was going was Brooklyn, New York

(18) The names of some of the passengers or other persons I traveled with, including members of my own family and their relationship to me, if any, were NONE

**Signature of person preparing form, if other than applicant.**
I declare that this document was prepared by me at the request of applicant and is based on all information of which I have any knowledge.
SIGNATURE

ADDRESS: DATE:

SIGNATURE OF APPLICANT
Mohamed Mahmud Hassan

ADDRESS AT WHICH APPLICANT RECEIVES MAIL
[redacted] (b)(6)

TO APPLICANT: DO NOT FILL IN BLANKS BELOW THIS LINE.

NOTE CAREFULLY.—This application must be sworn to before an officer of the Immigration and Naturalization Service at the time you appear before such officer for examination on this application.

## AFFIDAVIT

I do swear that I know the contents of this application comprising pages 1 to 4, inclusive, and the supplemental forms thereto, No(s). ........, subscribed to by me; that the same are true to the best of my knowledge and belief; that corrections numbered ( ) to ( ) were made by me or at my request; and that this application was signed by me with my full, true, and correct name, SO HELP ME GOD.

(Complete and true signature of applicant)

Subscribed and sworn to before me by applicant at the preliminary investigation ( ) at ........
this ........ day of ........ 19 ....
I certify that before verification the above applicant stated in my presence that he had (heard) read the foregoing application, corrections therein and supplemental form(s) and understood the contents thereof.

(Naturalization examiner)

(For demonstration of applicant's ability to write)

(1st witness) ........ Occupation ........
residing at ........
(Street address, city or town, and State)

(2d witness) ........ Occupation ........
residing at ........
(Street address, city or town, and State)

U.S. ........ State ........ Physical presence ........ mos. ........
(Naturalization examiner)

### ARRIVAL RECORD FOUND

Place ........
Name ........
........ Age ........
Date ........ Marital status ........
Manner ........

### ARRIVAL RECORDS EXAMINED

Card index ........
Index books ........
Manifests ........
........
(Signature of person making search)

Nonfiled ........
(Dates, reasons, and examiner's initials)

**APPLICANT**

LEAVE THIS SPACE BLANK

| LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE |
|---|---|---|---|---|
| Hassan, | Mohamed | Mohamed | M | Arab |

SIGNATURE OF PERSON FINGERPRINTED: x Mohamed M Hassan

CONTRIBUTOR AND ADDRESS: USINS

CITY & STATE

COMPANY AND ADDRESS

HT. (Inches): 60"
WT.: 115
HAIR: Brown
EYES: Brown
DATE OF BIRTH: 7-10-35
PLACE OF BIRTH: Arabia

RESIDENCE OF PERSON FINGERPRINTED

[redacted] (b)(6)

SIGNATURE OF OFFICIAL TAKING

[redacted]

DATE: 5/23/69

YOUR NUMBER: A 14 053 570

PLACE FBI NO. HERE

CITIZENSHIP

REASON FINGERPRINTED

(b)(6) (b)(7)(C) (b)(7)(F)

LEAVE THIS SPACE BLANK

CLASS.

REF.

See reverse side for further instructions



FORM G-325 A (REV. 5-1-68)

Form Approved
Budget Bureau No. 43-R436

**BIOGRAPHIC INFORMATION**

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

| (Family name) (First name) (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | ALIEN REGISTRATION NO. (If any) |
|---|---|---|---|---|
| Hassan, Mohamed Mohamed | | 7-10-35 | Arabia | A 14 053 570 |
| ALL OTHER NAMES USED | CITY AND COUNTRY OF BIRTH | | | SOCIAL SECURITY NO. (If any) |
| NONE | Yemen, Arabia | | (b)(6) | [redacted] |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | Mohamed | Hassan | Yemen, Arabia | Yemen, Arabia (Deceased) |
| MOTHER (Maiden name) | Ha ileh | Abdullah | Yemen, Arabia | Yemen, Arabia |

SPOUSE (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE

(b)(6) [redacted]

FORMER SPOUSES (If none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| | NONE | | | |
| | | | (b)(6) | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LAST FOREIGN RESIDENCE OF MORE THAN ONE YEAR IF NOT SHOWN ABOVE. (INCLUDE ALL INFORMATION REQUESTED ABOVE.)

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST.

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| U.S. LINES New York, New York | Seaman | Feb | 69 | PRESENT TIME | |
| Prudentai Bdg 1407 B'way, NYC | Porter | Feb | 66 | Feb. | 69 |
| | | | | | |
| | | | | | |

LAST OCCUPATION ABROAD IF NOT SHOWN ABOVE. (INCLUDE ALL INFORMATION REQUESTED ABOVE.)

| | | | | | |
|---|---|---|---|---|---|
| Self | Farmer | Jan ~~1951~~ | 51 | 6 | 64 |

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☒ NATURALIZATION ☐ ADJUSTMENT OF STATUS
☐ OTHER (SPECIFY):

SIGNATURE OF APPLICANT OR PETITIONER: Mohamed Mohamed Hassan DATE

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) (Given name) (Middle name) | (Alien registration number) |
|---|---|
| Hassan, Mohamed Mohamed | A 14 053 570 |

(OTHER AGENCY USE) | (INS USE)

(1) Ident.

FORM G-325A

FORM G-325 A (REV. 5-1-68)

Form Approved
Budget Bureau No. 43-R436

**BIOGRAPHIC INFORMATION**

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

| (Family name) (First name) (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | ALIEN REGISTRATION NO. (If any) |
|---|---|---|---|---|
| Hassan, Mohamed Mohamed | | 7-10-35 | Arabia | A 14 053 570 |
| ALL OTHER NAMES USED: NONE | CITY AND COUNTRY OF BIRTH: Yemen, Arabia | | (b)(6) | SOCIAL SECURITY NO.: [redacted] |

| | FAMILY NAME FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|
| FATHER | Mohamed Hassan | Yemen, Arabia | Yemen, Arabia (Deceased) |
| MOTHER (Maiden name) | Ha ileh Abdullah | Yemen, Arabia | Yemen, Arabia |

SPOUSE (If none, so state) (b)(6) FAMILY NAME (For wife, give maiden name) FIRST NAME BIRTHDATE CITY & COUNTRY OF BIRTH DATE OF MARRIAGE PLACE OF MARRIAGE

[redacted]

FORMER SPOUSES (If none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| | NONE | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST. (b)(6)

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |

LAST FOREIGN RESIDENCE OF MORE THAN ONE YEAR IF NOT SHOWN ABOVE. (INCLUDE ALL INFORMATION REQUESTED ABOVE.)

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST.

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| U.S. LINES New York, New York | Seaman | Feb | 69 | PRESENT TIME | |
| Prudentai Bdg 1407 B'way, NYC | Porter | Feb | 66 | Feb. | 69 |

LAST OCCUPATION ABROAD IF NOT SHOWN ABOVE. (INCLUDE ALL INFORMATION REQUESTED ABOVE.)

| | | | | | |
|---|---|---|---|---|---|
| Self | Farmer | Jan | ~~1951~~ 51 | 6 | 64 |

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☒ NATURALIZATION ☐ ADJUSTMENT OF STATUS
☐ OTHER (SPECIFY):

SIGNATURE OF APPLICANT OR PETITIONER: Mohamed Mohamed Hassan DATE

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| Hassan, | Mohamed | Mohamed | A 14 053 570 |

(OTHER AGENCY USE) (INS USE)

(2) Rec. Br.

FORM G-325A

FORM G-325 A (REV. 5-1-68)

Form Approved
Budget Bureau No. 43-R436

**BIOGRAPHIC INFORMATION**

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

| (Family name) (First name) (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | ALIEN REGISTRATION NO. (If any) |
|---|---|---|---|---|
| Hassan, Mohamed Mohamed | | 7-10-35 | Arabia | A 14 053 570 |
| ALL OTHER NAMES USED | CITY AND COUNTRY OF BIRTH | | | SOCIAL SECURITY NO. |
| NONE | Yemen, Arabia | | | (b)(6) |

| | FAMILY NAME FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|
| FATHER | Mohamed Hassan | Yemen, Arabia | Yemen, Arabia (Deceased) |
| MOTHER (Maiden name) | Ha ileh Abdullah | Yemen, Arabia | Yemen, Arabia |

SPOUSE (If none, so state) FAMILY NAME (For wife, give maiden name) FIRST NAME BIRTHDATE CITY & COUNTRY OF BIRTH DATE OF MARRIAGE PLACE OF MARRIAGE

(b)(6)

FORMER SPOUSES (If none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| NONE | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST. (b)(6)

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

LAST FOREIGN RESIDENCE OF MORE THAN ONE YEAR IF NOT SHOWN ABOVE. (INCLUDE ALL INFORMATION REQUESTED ABOVE.)

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST.

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| | | | | PRESENT TIME | |
| U.S. LINES New York, New York | Seaman | Feb | 69 | | |
| Prudentai Bdg 1407 B'way, NYC | Porter | Feb | 66 | Feb. | 69 |

LAST OCCUPATION ABROAD IF NOT SHOWN ABOVE. (INCLUDE ALL INFORMATION REQUESTED ABOVE.)

| | | | | | |
|---|---|---|---|---|---|
| Self | Farmer | Jan 1951 | 51 | 6 | 64 |

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☒ NATURALIZATION ☐ ADJUSTMENT OF STATUS
☐ OTHER (SPECIFY):

SIGNATURE OF APPLICANT OR PETITIONER — DATE
Mohamed Mohamed Hassan

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

| COMPLETE THIS BOX (Family name) (Given name) (Middle name) | (Alien registration number) |
|---|---|
| Hassan, Mohamed Mohamed | A 14 053 570 |

| (OTHER AGENCY USE) | (INS USE) |
|---|---|
| | |

(3) C.

FORM G-325 A (REV. 5-1-68)

Form Approved
Budget Bureau No. 43-R436

**BIOGRAPHIC INFORMATION**

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

| (Family name) (First name) (Middle name) | SEX | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | ALIEN REGISTRATION NO. (If any) |
|---|---|---|---|---|
| Hassan, Mohamed Mohamed | ☒ MALE ☐ FEMALE | 7-10-35 | Arabia | A 14 053 570 |

| ALL OTHER NAMES USED | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. |
|---|---|---|
| NONE | Yemen, Arabia | (b)(6) [redacted] |

| | FAMILY NAME FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|
| FATHER | Mohamed Hassan | Yemen, Arabia | Yemen, Arabia (Deceased) |
| MOTHER (Maiden name) | Ha ileh Abdullah | Yemen, Arabia | Yemen, Arabia |

SPOUSE (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE

(b)(6) [redacted]

FORMER SPOUSES (If none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| NONE | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST. (b)(6)

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |

LAST FOREIGN RESIDENCE OF MORE THAN ONE YEAR IF NOT SHOWN ABOVE. (INCLUDE ALL INFORMATION REQUESTED ABOVE.)

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST.

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| U.S. LINES New York, New York | Seaman | Feb | 69 | PRESENT TIME | |
| Prudental Bdg 1407 B'way, NYC | Porter | Feb | 66 | Feb. | 69 |

LAST OCCUPATION ABROAD IF NOT SHOWN ABOVE. (INCLUDE ALL INFORMATION REQUESTED ABOVE.)

| | | | | | |
|---|---|---|---|---|---|
| Self | Farmer | Jan 1951 | 51 | 6 | 64 |

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☒ NATURALIZATION ☐ ADJUSTMENT OF STATUS
☐ OTHER (SPECIFY):

SIGNATURE OF APPLICANT OR PETITIONER | DATE

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| Hassan, | Mohamed | Mohamed | A 14 053 570 |

(OTHER AGENCY USE) | (INS USE)

FORM G-325A

(4) Consul

G-360

Form approved.
Budget Bureau No. 43-R079.9

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

Mail or take to:
IMMIGRATION AND NATURALIZATION SERVICE

**ALIEN REGISTRATION**
(Show the exact spelling of your name as it appears on your alien registration receipt card, and the number of your card. If you did not register, so state.)
**Name** Mohamed Mohamed Hassan
**No.** A 14 053 570

# APPLICATION TO FILE PETITION FOR NATURALIZATION

(See INSTRUCTIONS, page 5. BE SURE YOU UNDERSTAND EACH QUESTION BEFORE YOU ANSWER IT.)

G-360 SENT

I desire to file a petition for naturalization in the— Date: May 23, 1969

Eastern District (Name of Court) Court at Brooklyn (City) New York (State) [redacted]

(b)(6) (b)(7)(C) (b)(7)(F)

My name is: Mohamed Mohamed Hassan
(Print or type here your present full name only)

I live at: [redacted]
(Print or type present apartment number, street address, and if appropriate "in care of")

[redacted] (City) (County) (State) (ZIP Code)

Other names I have used are: NONE
(Print or type here any other name you have ever used, including maiden name)

Trfd to SFR 8/26/69 5/21/70

My present occupation is Seaman. Sex: ☒ Male ☐ Female

(b)(6) (b)(7)(C) (b)(7)(F) [redacted]

(1a) Was your father or mother ever a United States citizen? (If "Yes" explain fully separately) ☐ Yes ☒ No
(1b) Can you read and write English? ☒ Yes ☐ No
(1c) Can you speak English? ☒ Yes ☐ No
(1d) Can you sign your name in English? ☒ Yes ☐ No
(2) In what places in the United States have you lived during the last 5 years? List present address FIRST.

| | From— | | To— | Street Address | City and State |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| (d) | | 19 | , 19 | | |
| (e) | | 19 | , 19 | | |

G-360 mailed FEB 22 1971

(3) What were the names, addresses, and occupations (or types of business) of your employers during the last 5 years? (If none, write "None.") List present employment FIRST.

| | From— | To— | Employer's Name | Address | Occupation or Type of Business |
|---|---|---|---|---|---|
| (a) | Feb., 1969 | Present Time | U.S. Lines | New York, NY | Seaman |
| (b) | Feb., 1966 | Feb., 1969 | Prudential Bdg. | 1407 B'way, NYC | Porter |
| (c) | , 19 | , 19 | | | |
| (d) | , 19 | , 19 | | | |

(4) Have you been out of the United States since you first arrived? ☒ Yes ☐ No
If "Yes" fill in the following information for every absence of *less than 6 months*, no matter how short it was.

| Date Departed | Date Returned | Name of Ship, or of Airline, Railroad Company, Bus Company, or Other Means Used to Return to the United States | | Place or Port of Entry Through Which You Returned to the United States |
|---|---|---|---|---|
| 2-5-68 | 12-30-68 | ~~BOAC~~ | BOAC | New York City |
| | | | | |
| | | | | |
| | | | | |

A14053570 → Trfd to SFR 8/26/69

(5) How many times have you been married? 1 How many times has your husband or wife been married? 1 If either of you has been married more than once, fill in the following information for each previous marriage.

1/13/71

| | Date Married | Date Marriage Ended | Name of Person to Whom Married | Sex | Person Married Was (Check one) Citizen ☐ | Alien ☐ | How Marriage Ended |
|---|---|---|---|---|---|---|---|
| (a) | | | | | ☐ | ☐ | |
| (b) | | | | | ☐ | ☐ | |
| (c) | | | | | ☐ | ☐ | |
| (d) | | | | | ☐ | ☐ | |

H250

UNITED STATES DEPARTMENT OF JUS
Immigration and Naturalization Servi

Form approved.
Budget Bureau No. 43—R083.10

**DUPLICATE**
(To accompany monthly report on Form N—4)

UNITED STATES OF AMERICA

# PETITION FOR NATURALIZATION

No. 297007

To the Honorable

The UNITED STATES DISTRICT Court of FOR THE EAST. DIST. OF MICH AT DETROIT

This petition for naturalization, hereby made and filed under section 316(a), Immigration and Nationality Act, respectfully shows:

(1) My full, true, and correct name is MOHAMED MOHAMED HASSAN

(2) My present place of [redacted] (b)(6)

(County) (State) (ZIP Code)

(3) I was born on July 10, 1935, in Bisan
(Month) (Day) (Year) (City or town)
Yemen
(County, district, province, or State) (Country)

(4) I am ______ married, and have 4 living children.

(5) I was lawfully admitted to the United States for permanent residence on June 7, 1964, 19___, and have not abandoned such residence.

(6) My present nationality is Yemen ALIEN REGISTRATION NO. A14 053 570

(7) I have not heretofore made a petition for naturalization.

(8) I pray that my name be changed to NONE.

(continued over)

## AFFIDAVIT OF WITNESSES

The following witnesses, each being severally, duly, and respectively sworn, depose and say:

(1) My name is [redacted] (b)(6)
I reside at [redacted] and
(2) My name is [redacted]
I reside at [redacted]
(Number and street) (City or town) (State)

I am a citizen of the United States of America; I have personally known and have been acquainted in the United States with the petitioner named in the petition for naturalization of which this affidavit is a part, since at least June 1, 1969 (Month) (Day) (Year); to my personal knowledge the petitioner has resided, immediately preceding the date of filing this petition, in the United States continuously since the date last mentioned; that the petitioner has been physically present in the United States for at least 11 months of that period; and that the petitioner has been a resident in the State in which the petition is filed during the last 6 months. I have personal knowledge that the petitioner is, and during all such periods has been a person of good moral character, attached to the principles of the Constitution of the United States, and well disposed to the good order and happiness of the United States, and in my opinion the petitioner is in every way qualified to be admitted a citizen of the United States.

I do swear (affirm) that the statements of fact I have made in the affidavit to this petition for naturalization subscribed by me are tru[redacted] (b)(6)

(Signature of Witness) (Signature of Witness)

WHEN OATH ADMINISTERED BY CLERK OR DEPUTY CLERK OF COURT

Subscribed and sworn to (affirmed) before me by above-named petitioner and witnesses in the respective forms of oath shown in said petition and affidavit, and filed by said petitioner, in the office of the clerk of said court at DETROIT, MICHIGAN

this 4th day of May A. D. 19 70

[redacted]

By ______ Deputy Clerk.

[SEAL] (b)(6) (b)(7)(C) (b)(7)(F)

WHEN OATH ADMINISTERED BY DESIGNATED EXAMINER

Subscribed and sworn to (affirmed) before me by above-named petitioner and witnesses in the respective forms of oath shown in said petition and affidavit at ______ this ______ day of ______, A. D. 19___

*Designated Examiner.*

I hereby certify That the foregoing petition for naturalization was by petitioner named herein filed in the office of the clerk of said court at ______ this ______ day of ______, A. D. 19___

*Clerk.*

By ______ *Deputy Clerk.*

Form N-405 (Rev. 4-10-67)

"STATISTIC"

Form approved.
Budget Bureau No. 43-R079.9

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

Mail or take to:
IMMIGRATION AND NATURALIZATION SERVICE

Sec 316(a)

**ALIEN REGISTRATION**
(Show the exact spelling of your name as it appears on your alien registration receipt card, and the number of your card. If you did not register, so state.)
Name MOHAMED HASSAN
No. A 14 053 570

1525

# APPLICATION TO FILE PETITION FOR NATURALIZATION

(See INSTRUCTIONS, page 5. BE SURE YOU UNDERSTAND EACH QUESTION BEFORE YOU ANSWER IT.)

I desire to file a petition for naturalization in the— Date: DEC. 6 – 1969

DISTRICT (Name of Court) Court at DETROIT (City) MICH. (State)

My name is: MOHAMED MOHAMED HASSAN

I live at [redacted]

(City) (County) (State) (ZIP Code)

(b)(6)

Other names I have used are: – NONE – (Print or type here any other name you have ever used, including maiden name)

My present occupation is ~~ASSY.~~ automobile Assembly Line WORKER. Sex: ☒ Male ☐ Female

(1a) Was your father or mother ever a United States citizen? (If "Yes" explain fully separately) ☐ Yes ☒ No
(1b) Can you read and write English? Read Yes Writing unsatisfactorily ☒ Yes ☐ No
(1c) Can you speak English? ☒ Yes ☐ No
(1d) Can you sign your name in English? ☒ Yes ☐ No
(2) In what places in the United States have you lived during the last 5 years? List present address FIRST.

| FROM— | TO— | STREET ADDRESS (b)(6) | CITY AND STATE |
|---|---|---|---|
| [redacted] | | | |

(3) What were the names, addresses, and occupations (or types of business) of your employers during the last 5 years? (If none, write "None.") List present employment FIRST.

| FROM— | TO— | EMPLOYER'S NAME | ADDRESS | OCCUPATION OR TYPE OF BUSINESS |
|---|---|---|---|---|
| (a) JUNE, 1969 | PRESENT TIME | CHRYSLER CORP. | HAMTRAMACK | AUTO MANUFACTURING |
| (b) FEB, 1966 | FEB, 1968 | PRUDENTIAL BLDG MTN. | NEW YORK CITY. | MAINTENCE |
| (c) FEB, 1968 | DEC, 1968 | ON LEAVE FROM COUNTRY | VISITING | YEMEN |
| (d) JUNE, 1964 | FEB, 1966 | ALMCO CORP. | MODESTO, CALIF. | FRUIT GROWERS |

(4) Have you been out of the United States since you first arrived? ☒ Yes ☐ No
If "Yes" fill in the following information for every absence of *less than 6 months*, no matter how short it was.

| DATE DEPARTED | DATE RETURNED | NAME OF SHIP, OR OF AIRLINE, RAILROAD COMPANY, BUS COMPANY, OR OTHER MEANS USED TO RETURN TO THE UNITED STATES | PLACE OR PORT OF ENTRY THROUGH WHICH YOU RETURNED TO THE UNITED STATES |
|---|---|---|---|
| ~~2/6/68~~ | ~~DEC 31-68~~ | ~~ALIA AIRLINE~~ | ~~NEW YORK CITY. N.Y.~~ |
| | | none [redacted] | (b)(6) (b)(7)(C) (b)(7)(F) |

DEC 11 1969

(5) How many times have you been married? 1 How many times has your husband or wife been married? 1 If either of you has been married more than once, fill in the following information for each previous marriage.

| DATE MARRIED | DATE MARRIAGE ENDED | NAME OF PERSON TO WHOM MARRIED | SEX | PERSON MARRIED WAS (Check one) CITIZEN ☐ ALIEN ☐ | HOW MARRIAGE ENDED |
|---|---|---|---|---|---|
| (a) X | X | [redacted] | | ☐ ☐ | (b)(6) (b)(7)(C) (b)(7)(F) |
| (b) | | | | ☐ ☐ | |
| (c) | | | | ☐ ☐ | |
| (d) | | | | ☐ ☐ | |

3/9/70 requalifying file
DEC 18 1969

3

ALIEN REGISTRATION
Name Mohamed "MOHAMED" HASSAN
No. A-14 053 570

**STATEMENT OF FACTS FOR PREPARATION OF PETITION**
**SECTION OF LAW** 316(a)

(1) My full, true, and correct name is MOHAMED Mohamed HASSAN

(2) My present place of residence [redacted]
(Number and street) (City or town) (County) (State)

(b)(6)

(3) I was born on July 10 1935 in BLSAN YEMEN Aden
(Month) (Day) (Year) (City or town) (County, district, province, or State) (Country)

(4) I am MARRIED and have 4 living children. The first name of my husband or wife is (was) [redacted] nee
(Single; married; divorced; widowed)

we were married on MAY 5 1954 at BLSAN YEMEN;
(Month) (Day) (Year) (City or town) (State or country)

he or she was born at [redacted] (b)(6) [redacted]
(County, district, province, or State) (Country)

on [redacted] ; entered the United States at
(Month) (Day) (Year) (City or town)

on for permanent residence in the United States and
(State)

now resides ☐ with me ☒ apart from me at [redacted] (b)(6)
(show full address if not living with you)

and was naturalized on at
(Month) (Day) (Year) (City or town) (State)

Certificate No. or became a citizen by

(5) I was lawfully admitted to the United States for permanent residence on JUNE 7 1964
(Month) (Day) (Year)

under the name of MOHAMED Mc HASSAN at New YORK N.Y.
(City) (State)

on the PAN AM. AiRLINE
(Name of vessel or other means of conveyance)

(6) I have resided continuously in the United States of America since June 7-64 and continuously in the State of ~~Calif.~~ Mich. where I now live since ~~June 64~~ May 1969 and during the past 5 years I have been physically present in the United States for an aggregate period of ~~55~~ 48 months.

(7) I (~~have~~, have not) previously filed petition for naturalization No. on ~~MAY 26 69~~
(Month) (Day) (Year)

at ~~BROOKLYN N.Y.~~ in the Court.
(City) (State)

(8) I wish the naturalization court to change my name to NONE
(Give full name desired or state "None")

(9) Since such lawful admission, I have not been absent from the United States *for a period or periods of 6 months or longer* except as follows (if none, state "None"):

| DEPARTED FROM THE UNITED STATES | | | RETURNED TO THE UNITED STATES | | |
|---|---|---|---|---|---|
| Port | Date (Month, day, year) | Vessel or Other Means of Conveyance | Port | Date (Month, day, year) | Vessel or Other Means of Conveyance |
| N.Y. | Feb 6 1968 | B.O.A.C. AiRLine | N.Y. | Dec 31-68 | ITALIAN AiRLines |
| | | | | | |
| | | | | | |
| | | | | | |

(10) My children now living are: (Complete all columns as to each child. If child lives with you, state "with me" in last column; otherwise, give city and state of child's residence.)

(b)(6)

[redacted]

(11) Do you intend to reside permanently in the United States? ☒ Yes ☐ No
If "No," explain: ....................

(12) My last place of foreign residence was BLSAN (City) YEMEN (Country)

(13) My father's full name is MOHAMED MOHAMED HASSAN

(14) My mother's maiden name was HALIH . ABDULLAH

(15) I came to the United States from the port of ADEN (City) Y. ARABIA (Country)

(16) The person in the United States to whom I was coming was A FRIEND— [redacted] (b)(6)

(17) The place in the United States to which I was going was MODESTO, CALIFORNIA.

(18) The names of some of the passengers or other persons I traveled with, including members of my own family and their relationship to me, if any, were unkn to ME—

| Signature of person preparing form, if other than applicant. | SIGNATURE OF APPLICANT |
| --- | --- |
| I declare that this document was prepared by me at the request of applicant and is based on all information of which I have any knowledge. | Mahomed Mohamed Hassan |
| SIGNATURE [redacted] (b)(6) | ADDRESS AT WHICH APPLICANT RECEIVES MAIL |
| DATE: Dec 7-69 | [redacted] |

TO APPLICANT: DO NOT FILL IN BLANKS BELOW THIS LINE.

NOTE CAREFULLY.—This application must be sworn to before an officer of the Immigration and Naturalization Service at the time you appear before such officer for examination on this application.

### AFFIDAVIT

I do swear that I know the contents of this application comprising pages 1 to 4, inclusive, and the supplemental forms thereto, No(s). ...................., subscribed to by me; that the same are true to the best of my knowledge and belief; that corrections numbered (1) to (21) were made by me or at my request; and that this application was signed by me with his full, true, and correct name, SO HELP ME GOD.

Mahomed Mohamed Hassan
(Complete and true signature of applicant)

Subscribed and sworn to before me by applicant at the preliminary investigation ( ) at DETROIT, MICH. this .......... day of MAY 4 1970, 19...... I certify that before verification the above applicant stated in my presence that he had (heard) read the foregoing application, corrections therein and suppl[redacted]he contents thereof.

(Naturalization examiner)

See memorandum.
(For demonstration of applicant's ability to write)

(b)(6) (b)(7)(C) (b)(7)(F)

(1st witness) [redacted]
residing at [redacted]

(2d witness [redacted]
residing at [redacted]

(Naturalization examiner)

| ARRIVAL RECORD FOUND | ARRIVAL RECORDS EXAMINED |
| --- | --- |
| Place .................... | Card index .................... |
| Name .................... | Index books .................... |
| .................... Age .................... | Manifests .................... |
| Date .......... Marital status .................... | .................... |
| Manner .................... | .................... |
| | (Signature of person making search) |

Nonfiled ....................
(Dates, reasons, and examiner's initials)

1525 P-297172

# A F F I D A V I T

State of Michigan )
) ss.
County of Wayne )

I, Mohamed Mohamed Hassan, residing at [redacted], being first duly sworn according to law, deposes and says: (b)(6)

That Item 10, Page 3, Form N-400, my application to file a petition for naturalization, correctly sets forth the names, sex, date of birth, and present residence of my children, as follows:

| Name | Sex | Place Born | Date Born | Now Living At |
|---|---|---|---|---|
| [redacted] | | | | |

(b)(6)

On December 6, 1960, I made an application for an immigrant visa. This application correctly stated that as of that time I had two children whose ages as given were approximately correct. However, the name of my son is erroneously shown as [redacted] The correct name of my oldest son is [redacted] The name of my daughter is erroneously shown as [redacted]. The name of my daughter is [redacted] (b)(6)

On August 1, 1967, I signed a typewritten letter requesting the cancellation of the bond posted in my behalf to insure against my becoming a public charge when I was admitted to the United States. This letter contains a statement that I have two children then ten and eight years of age. These ages as shown are approximately correct with respect to my two oldest children. However, in 1967 I had three children. The third child named [redacted] was born [redacted], before I left Yemen for the United States. The letter which I signed was prepared for me by a lawyer. I didn't read it because I could not read enough English. (b)(6)

In June, 1969, a Form was sent to me to be filled out with regard to the public charge bond posted in my behalf. A lawyer filled out the form for me. It sets forth as my dependents my wife [redacted] and three children, [redacted] and [redacted] As a matter of fact I had four children when this form was filled out. However, I did not know at that time that my youngest child had been born. I visited Yemen from February, 1968, to December, 1968, and lived with my wife during this time. After I returned to the United States my youngest child was born [redacted], [redacted] but I did not know about it until months later. This form was filled out for me by a lawyer. The name of one child is erroneously shown as [redacted] It should have been [redacted] (b)(6)

The form which was filled out in June, 1969, mentioned in the preceding paragraph shows my then address as [redacted]
I never lived at that address. The address is that of my friend's grocery store. I was actually living at [redacted], at that time. I went to New York for three days to see about having my bond cancelled. The man who filled out the form said I would have to give a New York address so I gave the address of my friend's grocery store. In Item 2, Page 1, Form N-400 I have correctly (b)(6)

(over)

1528

FORM G-325 (REV 4-1-67)

**BIOGRAPHIC INFORMATION**

UNITED STATES DEPARTMENT OF JUSTICE
**Immigration and Naturalization Service**

Form Approved
Budget Bureau No. 43-R436

☆ U.S. GOVERNMENT PRINTING OFFICE: 1967—274-658

| (Family name) | (First name) | (Middle name) | Sex | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | ALIEN REGISTRATION NO. (If any) |
|---|---|---|---|---|---|---|
| HASSAN | Mohamed | Mohamed | ☒ MALE ☐ FEMALE | 7/10/35 | YEMEN | A-14053570 |

ALL OTHER NAMES USED: NONE

CITY AND COUNTRY OF BIRTH: BLSAN, YEMEN

SOCIAL SECURITY NO.: (b)(6) [redacted]

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | HASSAN, | MohAMED | (UNK) BLSAN YEMEN | DECEASED |
| MOTHER (Maiden name) | ABDULLAH, | HALIM | (UNK) BLSAN, YEMEN | DECEASED |

SPOUSE (If none, so state) FAMILY NAME | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE

[redacted]

FORMER SPOUSES (If none, so state) (b)(6)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| NONE | | | | |

DEC 21 1969

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST. (b)(6)

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|

[redacted]

LAST FOREIGN RESIDENCE OF MORE THAN ONE YEAR IF NOT SHOWN ABOVE. (INCLUDE ALL INFORMATION REQUESTED ABOVE.)

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST.

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| ChRYSLER CORP. JOSCAMPAU PlANT | ASSMly | JUN | 69 | PRESENT TIME | |
| PRUDENTIAL BLDG. MAINTANCE CORP. N.Y. N.Y. | MAINTENCE | FEB | 66 | FEB | 68 |
| VISITING ABROAD YEMEN | | FEB | 68 | DEC | 68 |
| ALMCO, MODESTO | FARM WORK | JUNE | 64 | FEB | 66 |

LAST OCCUPATION ABROAD IF NOT SHOWN ABOVE. (INCLUDE ALL INFORMATION REQUESTED ABOVE.)

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☒ NATURALIZATION ☐ ADJUSTMENT OF STATUS
☐ OTHER (SPECIFY):

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

Dec 6/69
DATE

[signature]
(SIGNATURE OF APPLICANT OR PETITIONER)

G-360 SI FEB 9 1968
(date)

RECEIVED INFORMATION JAN 29 1968 Immigration and Naturalization Service New York, N.Y.

Form approved. Budget Bureau No. 43-R052.8.

FEE STAMP H

[redacted]

A RE-ENTRY PERMIT DOES NOT PROTECT NATURALIZATION RESIDENCE. SEE INSTRUCTIONS ATTACHED FOR INFORMATION CONCERNING EFFECT OF ABSENCE ON ELIGIBILITY FOR NATURALIZATION. READ THIS FORM AND ATTACHED INSTRUCTIONS CAREFULLY BEFORE FILLING IN THIS APPLICATION.

**APPLICATION FOR PERMIT TO RE-ENTER THE UNITED STATES** as provided in section 223 of the Immigration and Nationality Act. *(Fill in with typewriter or print in block letters in ink)* (b)(6) (b)(7)(C) (b)(7)(F)

IMPORTANT: You must submit your Alien Registration Receipt Card with this application.

1. CHECK ONE (a) [X] I am an alien lawfully admitted to the United States for permanent residence.
(b) ☐ I am a treaty merchant, lawfully admitted to the United States between July 1, 1924, and July 5, 1932, both dates inclusive, pursuant to section 3(6) of the Immigration Act of 1924, to carry on trade pursuant to a treaty of commerce and navigation.

2. NAME *(First Name)* MOHAMED *(Middle Name)* MOHAMED *(Family Name)* HASSAN — ALIEN REGISTRATION NUMBER A-14 053 570

(b)(6) [redacted]

DATE OF BIRTH *(Month, Day, Year)* 7-10-35 | COUNTRY OF BIRTH YEMEN | COUNTRY OF NATIONALITY YEMEN | COLOR OF EYES BROWN | COLOR OF HAIR BLACK

HEIGHT 5 FEET 0 INCHES | VISIBLE MARKS AND SCARS NONE

3. FILL IN THE ITEMS IN THIS BLOCK ONLY IF YOU HAVE PREVIOUSLY OBTAINED A PERMIT TO RE-ENTER.
ISSUANCE DATE OF LAST PERMIT — | LOCATION OF IMMIGRATION AND NATURALIZATION OFFICE ISSUING LAST PERMIT *(City and State)* — | MY LAST PERMIT ☐ IS ATTACHED ☐ IS NOT ATTACHED
IF THE PERMIT IS NOT ATTACHED, STATE REASON: —

4. FILL IN THE ITEMS IN THIS BLOCK AS TO *first* ARRIVAL IN UNITED STATES FOR PERMANENT RESIDENCE OR AS A TREATY MERCHANT
NAME UNDER WHICH ADMITTED MOHAMED MOHAMED HASSAN | PORT OF ARRIVAL NYC | DATE OF ARRIVAL 6-7-64
FATHER'S NAME AT TIME OF YOUR ARRIVAL MOHAMED HASSAN | MOTHER'S MAIDEN NAME HEILEH ABDULAH
MEANS OF CONVEYANCE AND NAME OF TRANSPORTATION COMPANY PAN AMERICAN AIR LINES | IF ARRIVAL WAS BY VESSEL, GIVE NAME OF VESSEL —

5. FILL IN THE ITEMS IN THIS BLOCK AS TO *last* ARRIVAL IN UNITED STATES. *(Exclude any re-entry after an absence of less than six months in Canada or Mexico.)* NONE
NAME UNDER WHICH ADMITTED — | PORT OF ARRIVAL — | DATE OF ARRIVAL —
MEANS OF CONVEYANCE AND NAME OF TRANSPORTATION COMPANY — | IF ARRIVAL WAS BY VESSEL, GIVE NAME OF VESSEL —

6. PORT OF *Proposed* DEPARTURE FROM UNITED STATES ~~2/1/68~~ NYC | DATE OF *Proposed* DEPARTURE | LENGTH OF INTENDED ABSENCE ABROAD
NAME OF TRANSPORTATION COMPANY B.O.A.C. | IF DEPARTURE IS TO BE BY VESSEL, GIVE NAME OF VESSEL —
MAILING ADDRESS ABROAD P.O. Box 403 - TAIZ - YEMEN
COUNTRIES TO BE VISITED *(List each country)* ARABIA

Received | ... | Completed MAR 28 1968

REASONS FOR GOING ABROAD *(Be concise and complete)*: TO SEE MY WIFE & Children — File

7. I [X] DID ☐ DID NOT REGISTER FOR SELECTIVE SERVICE

8. PRESENT OCCUPATION WIPER MAN | (b)(6) [redacted]
NAME OF EMPLOYER CHAS. KURTZ & C - INC. | ADDRESS OF EMPLOYER 1000 WALNUT ST. - PHILADELPHIA, PA.

# EXHIBIT H
# Category Two

The Decedent's Address Removed from Agency Notices, Questionnaires, and Correspondence

Hassan v. USCIS, No. 26-3082 (RBW) (D.D.C.)
Defendants' Sept. 5, 2026 FOIA Release, Control No. NRC2026232165
(24 pages, identified by production page number)

ED STATES DEPARTMENT OF JUSTICE
MIGRATION AND NATURALIZATION SERVICE
333 Mt. Elliott Street
Detroit, Michigan 48207

Telephone: [redacted]

# NOTICE OF APPROVAL OF RELATIVE IMMIGRANT VISA PETITION

(b)(6)

NAME AND ADDRESS OF PETITIONER

Mohamed Mohamed Hassan
[redacted] (b)(6)

| NAME OF BENEFICIARY | |
|---|---|
| [redacted] | |
| CLASSIFICATION 203(a)(5) [redacted] | |
| DATE PETITION FILED | DATE OF APPROVAL OF PETITION |
| 04-19-76 | 01-20-77 |

**Your petition has been approved and is valid for the duration of your present relationship to the beneficiary.**

Please be advised that approval of the petition confers upon the beneficiary an appropriate classification. The approval constitutes no assurance that the beneficiary will be found eligible for visa issuance, admission to the United States or adjustment to lawful permanent resident status. Eligibility for visa issuance is determined only when application therefor is made to a consular officer; eligibility for admission or adjustment is determined only when application therefor is made to an immigration officer. Also, please note the items below which are indicated by "X" marks concerning this petition:

1. ☐ YOUR PETITION TO CLASSIFY THE BENEFICIARY AS AN IMMEDIATE RELATIVE OF A UNITED STATES CITIZEN HAS BEEN FORWARDED TO THE UNITED STATES CONSULATE AT ______________. THIS COMPLETES ALL ACTION BY THIS SERVICE ON THE PETITION. THE UNITED STATES CONSULATE, WHICH IS UNDER THE SUPERVISION OF THE DEPARTMENT OF STATE, WILL ADVISE THE BENEFICIARY CONCERNING VISA ISSUANCE. *Inquiry concerning visa issuance should be addressed to the Consul. This Service will be unable to answer any inquiry concerning visa issuance.*

2. ☐ IF YOU BECOME NATURALIZED AS A CITIZEN OF THE UNITED STATES AND AN IMMIGRANT VISA HAS NOT YET BEEN ISSUED TO THE BENEFICIARY, NOTIFY THIS OFFICE IMMEDIATELY, GIVING THE DATE OF YOUR NATURALIZATION. AT THE SAME TIME, IF THE PETITION WAS IN BEHALF OF YOUR SON OR DAUGHTER, ALSO ADVISE WHETHER THAT PERSON IS STILL UNMARRIED. THIS INFORMATION MAY EXPEDITE THE ISSUANCE OF A VISA TO THE BENEFICIARY.

3. ☒ YOUR PETITION FOR PREFERENCE CLASSIFICATION, AS SHOWN ABOVE, HAS BEEN FORWARDED TO THE UNITED STATES CONSULATE AT Sanaa. THIS COMPLETES ALL ACTION BY THIS SERVICE ON THE PETITION. THIS SERVICE HAS NOTHING TO DO WITH THE ACTUAL ISSUANCE OF VISAS. VISAS ARE ISSUED ONLY BY UNITED STATES CONSULS WHO ARE UNDER THE JURISDICTION OF THE U.S. DEPARTMENT OF STATE. UNDER THE LAW ONLY A LIMITED NUMBER OF VISAS MAY BE ISSUED BY THAT DEPARTMENT DURING EACH YEAR AND THEY MUST BE ISSUED STRICTLY IN THE CHRONOLOGICAL ORDER IN WHICH PETITIONS WERE FILED FOR THE SAME CLASSIFICATION. WHEN THE BENEFICIARY'S TURN IS REACHED ON THE VISA WAITING LIST, THE UNITED STATES CONSUL WILL INFORM HIM AND CONSIDER ISSUANCE OF THE VISA. *Inquiry concerning visa issuance should be addressed to the Consul. This Service will be unable to answer any inquiry concerning visa issuance.*

4. ☐ THE APPROVAL OF THE PETITION IS CONDITIONED UPON THE BENEFICIARY BEING ACCOMPANIED TO THE UNITED STATES BY THE PARENT OR SPOUSE THROUGH WHOM IT IS CLAIMED THE BENEFICIARY IS CHARGEABLE TO A COUNTRY IN THE EASTERN HEMISPHERE OR A DEPENDENT AREA AND, IF SUCH PARENT OR SPOUSE IS NOT A LAWFUL PERMANENT RESIDENT ALIEN, UPON THE ISSUANCE OF AN IMMIGRANT VISA TO SUCH PARENT OR SPOUSE PURSUANT TO APPLICATION FOR SUCH VISA MADE SIMULTANEOUSLY WITH THE BENEFICIARY.

5. ☐ THE PETITION STATES THAT THE BENEFICIARY IS IN THE UNITED STATES AND WILL APPLY TO BECOME A LAWFUL PERMANENT RESIDENT. THE ENCLOSED APPLICATION FOR THIS PURPOSE (FORM I-485) SHOULD BE COMPLETED AND SUBMITTED BY THE BENEFICIARY IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED THEREIN. (IF THE BENEFICIARY HAD PREVIOUSLY SUBMITTED FORM I-485 WHICH WAS RETURNED TO HIM, HE SHOULD RESUBMIT THAT FORM.)

6. ☐ THE BENEFICIARY WILL BE INFORMED OF THE DECISION MADE ON HIS PENDING APPLICATION TO BECOME A LAWFUL PERMANENT RESIDENT (FORM I-485).

7. ☐ THE PETITION STATES THAT THE BENEFICIARY IS IN THE UNITED STATES AND WILL APPLY TO BECOME A LAWFUL PERMANENT RESIDENT. HOWEVER, AN IMMIGRANT VISA NUMBER IS NOT PRESENTLY AVAILABLE. THEREFORE, THE BENEFICIARY MAY NOT APPLY TO BECOME A PERMANENT RESIDENT.

8. ☐ SINCE THE BENEFICIARY IS A NATIVE OF THE WESTERN HEMISPHERE, HE IS INELIGIBLE TO BECOME A LAWFUL PERMANENT RESIDENT OTHER THAN BY DEPARTING FROM THE UNITED STATES AND REENTERING IN POSSESSION OF AN IMMIGRANT VISA ISSUED BY AN AMERICAN CONSUL.

9. ☐ DOCUMENTS WHICH YOU SUBMITTED IN SUPPORT OF YOUR PETITION HAVE SERVED OUR PURPOSE AND ARE RETURNED.

10. ☐ REMARKS:

CHECK APPROPRIATE BLOCK WHEN APPLICABLE.

VERY TRULY YOURS,

☐ POST-AUDIT OF CITIZENSHIP HAS BEEN REQUESTED.

☐ POST-AUDIT OF LAWFUL RESIDENCE HAS BEEN REQUESTED.

DISTRICT DIRECTOR

Form I-171
(Rev. 6-1-73) N ☐ **CHECK THIS BOX WHEN COPY MAILED TO ATTORNEY OR REPRESENTATIVE**

**FILE COPY**

U ED STATES DEPARTMENT OF JUSTIC
IMMIGRATION AND NATURALIZATION SERVICE
333 Mt. Elliott
Detroit Michigan 48207

[redacted]

NAME AND ADDRESS OF APPLICANT/PETITIONER

Mohamed Mohamed HASSAN
[redacted]

(b)(6)

DATE July 2, 1976

[redacted]

AFTER REVIEW IT HAS BEEN FOUND THAT YOUR APPLICATION/PETITION CANNOT BE ADJUDICATED WITHOUT ADDITIONAL DOCUMENTS AND/OR INFORMATION. PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS.

- ☐ 1. The above application/petition and its supporting documents are attached.
- ☒ 2. The above application/petition and its supporting documents have been forwarded to your attorney or representative.
- ☐ 3. Please complete the blocks on your enclosed application/petition which are checked ☑ in red.
- ☐ 4. Furnish the required fee of $________.
- ☐ 5. Furnish the birth or baptismal certificate of________.
- ☐ 6. Furnish the marriage certificate of ________.
- ☐ 7. Furnish proof of death or legal termination of marriage of________.
- ☐ 8. All foreign language documents must be accompanied by English translations thereof, including certification as to accuracy of translation and competency of translator.
- ☐ 9. Furnish the date and port of each of your entries into the United States and the name of the ship, plane, or other vehicle on which you traveled.
- ☐ 10. Complete Form MA 7-50A.
- ☐ 11. Furnish evidence of your qualifications in accordance with attached instructions for completion of Form MA 7-50A.
- ☐ 12. Your petition to confer preference under section 203(a)(6) of the Immigration and Nationality Act cannot be accepted unless accompanied by a certification from the Secretary of Labor or his designated representative. To apply for the certification, attached Forms MA 7-50 (A and B), and the evidence of the alien's qualifications must be filed in the local state employment service office. The Forms MA 7-50A and B and the evidence will be returned to you, with the certification stamped on the form if a certification is issued. You may then file the petition at this office, attaching all papers and documents returned to you by the Department of Labor.
- ☐ 13. Submit to your (prospective) employer, completed Form MA 7-50A and evidence of your qualifications. Request your (prospective) employer to complete Form MA 7-50B, and to submit the Forms MA 7-50A and B and evidence of your qualifications to the local state employment service office. If the Labor Department issues a certification, your employer should return to you the evidence of your qualifications and Forms MA 7-50A and B with the certification stamped on Form MA 7-50, for submission with your application. (Forms MA 7-50A and B with instructions are attached.)
- ☐ 14. You have indicated that you do not intend to seek employment. You must furnish evidence that you have sufficient funds or other means of maintaining yourself in this country.
- ☐ 15. Furnish two photographs, 1½ x 1½" with distance from top of head to point of chin 1¼". Machine-made photos not acceptable.
- ☐ 16. It will be necessary for blood tests to be made of the following person(s) to help establish relationship.

FILE
JUL 6 X 1976

(b)(6) (b)(7)(C)(b)(7)(F)

The person(s) being tested must follow the instructions contained on the attached Forms G-620. It is to be [redacted] understood that the government is to incur no liability in connection with the tests and expenses thereof m[redacted] be paid by you.

- ☒ 17. When you filed your clients' petition, you did not include the supporting documents to establish the fraternal relationship. Our records indicate that these documents were returned to your client on Feb. 12, 1975 after he failed to appear for a personal interview. Apparently you have filed a new petition on your client's behalf for the beneficiarjes. It will be necessary for the supporting documents to be resubmitted. Please follow the attached sheet regarding affidavits.

Form I-72
(Rev. 9-1-72) N

☑ CHECK THIS BOX WHEN COPY MAILED TO ATTORNEY OR REPRESENTATIVE FILE COPY

[redacted] (b)(6) (b)(7)(C) (b)(7)(F)

## NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE

In re: Mohamed M. Hassan

DATE 4/19/76

FILE No. [redacted] (b)(6)

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

NAME M. M. Hassan — ☐ Petitioner ☐ Applicant ☐ Beneficiary ☒

ADDRESS (Apt. No.) (Number & Street) (City) (State) (ZIP Code)
[redacted] (b)(6)

NAME — ☐ Petitioner ☐ Applicant ☐ Beneficiary ☐

ADDRESS (Apt. No.) (Number & Street) (City) (State) (ZIP Code)

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
Michigan Supreme Court
(Name of Court)
and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with ________________, the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain fully.) 20921641

(b)(6)
[redacted]

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RE*[redacted]*GRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS* (b)(6)
*(Name of Attorney or Representative)*

*THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE |
|---|---|---|
| Mohamed M. Hassan | Mohamed Hassan | 4/19/76 |

*(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)*

FORM G-28
(Rev. 9-27-75) N

UNITED STATES DEPARTMENT OF JUSTICE
Board of Immigration Appeals and Immigration and Naturalization Service

REQUEST FOR CANCELLATION OF PUBLIC CHARGE BOND

In connection with the request for cancellation of the outstanding public charge bond posted in my behalf, I submit the following information to establish my financial responsibility:

(b)(6)

1. Name MOHAMED MOHAMED HASSAN 2. File number ______

3. Address [redacted]
(Number) (Street) (City) (State) (ZIP Code)

4. Assets: NAT'L BANK OF DETROIT
(List all bank accounts, realty, insurance, personal property, etc.)

5. Liabilities: NONE
(List debts, loans, mortgages, etc.)

6. Date of my arrival in the United States was JUNE, 1964

7. Have you ever been the recipient of public welfare assistance since that date? NO

8. Have you ever been hospitalized since that date? NO

9. Have you ever been since that date or are you now under treatment by a physician? NO
(If answer to 7, 8, or 9 is "Yes" explain fully on a separate sheet.)

10. Are you presently employed? YES If so, where? CHRYSLER CORP.
Position ASSEMBLY Salary? 3.56 PER HR.
Social Security number, if any, 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

11. Are you covered by hospitalization insurance? YES - BLUE CROSS

12. List all of your dependents and their relationship to you WIFE - [redacted] (b)(6)
4 CHILDREN - [redacted]

(b)(6)

13. Physical disabilities, if any NONE

14. List all places and dates of residence since arrival [redacted]

Mohamed M. Hassan
(Signature)

DO NOT WRITE BELOW THIS LINE

I recommend that the bond be – (b)(6) (b)(7)(C) (b)(7)(F)

☐ Breached ☒ Cancelled ☐ Continued

[redacted] 3-17-71
Immigration Officer Date

ORDER: It is ordered that the bond be –

☐ Breached ☒ Cancelled ☐ Continued

R. L. Williams
District Director Date

Became natz. USC on 11-17-70 OFF

GPO 889-066

STANISLAUS COUNTY

# WELFARE DEPARTMENT

D. C. QUISENBERRY
DIRECTOR

1030 SCENIC DRIVE P. O. BOX 1727 MODESTO, CALIFORNIA

PLEASE DIRECT REPLY TO

December 17, 1970

Mr. Mohamed M. Hassan
[redacted] (b)(6)

Dear Mr. Hassan:

We have no record of your having received assistance through this agency.

Yours truly,

STANISLAUS COUNTY WELFARE DEPARTMENT

[redacted]

Social Service Worker II
Special Services Division

ET[redacted] (b)(6)

Telephone No.: 226-4990

Form Approved
Budget Bureau No. 43-R399.1

UNITED S TES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

333 MT. ELLIOTT STREET
DETROIT, MICHIGAN 48207

Petition No. 297 007

AR #

Date NOV 10 1970

Mr. Mohamed Mohamed Hassan
(b)(6)

You are hereby notified to appear for a hearing on your petition for naturalization before a judge of the naturalization court on NOV 17 1970
at

ROOM 272 FEDERAL BUILDING
231 W. LAFAYETTE
DETROIT, MICHIGAN 48226

Please report promptly at 8:30 A.M. Your witnesses need NOT come with you.

If the judge finds you qualified for naturalization, you will be sworn in as a citizen.

YOU MUST BRING WITH YOU THE ITEMS MARKED [x] BELOW:

- [x] This letter, WITH ALL OF THE QUESTIONS ON THE OTHER SIDE ANSWERED IN INK OR ON A TYPEWRITER.
- [x] Alien Registration Receipt Card.
- [x] Any Immigration documents you may have.

If you cannot come to this hearing, return this notice immediately and state why you cannot appear. In such case, you will be sent another notice of hearing at a later date.

Form N-445
(Rev. 12-1-69)

(SEE OTHER SIDE)

REQUES )R CANCELLATION OF PUBLIC CHAR BOND

In connection with the request for cancellation of the outstanding public charge bond posted in my behalf, I submit the following information to establish my financial responsibility:

1. Name MOHAMED MOHAMED HASSAN 2. File number A14 053 520 Q

3. Address [redacted]
(Number) (Street) (City) (State) (Zip code)

4. Assets: SAVINGS ACCOUNT AT SOUTH BROOKLYN SAVINGS BANK, BROOKLYN, NY.
(List all bank accounts, realty, insurance, personal property, etc.)
(b)(6)

5. Liabilities: NONE
(List debts, loans, mortgages, etc.)

6. Date of my arrival in the United States was 6-7-64

7. Have you ever been the recipient of public welfare assistance since that date? NO

8. Have you ever been hospitalized since that date? NO

9. Have you ever been since that date or are you now under treatment by a physician? NO
(If answer to 7, 8, or 9 is "Yes", explain fully on a separate sheet.)

10. Are you presently employed? YES If so, where? CHRYSLER CORP - 2375 GRAND BLVD. DETROIT, MICH.
Position ASSEMBLER Salary? 3.50 PER HOUR
Social Security number, if any, 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

11. Are you covered by hospitalization insurance? NO

12. List all of your dependents and their relationship to you [redacted]
[redacted]
(b)(6)

13. Physical disabilities, if any NO

14. List all places and dates of residence since arrival MODESTO CALIF -
[redacted]
(b)(6)

(Signature)

DO NOT WRITE BELOW THIS LINE

I recommend that the bond be —
☐ Breached ☑ Cancelled ☐ Continued

[redacted]
Immigration Officer
(b)(6) (b)(7)(C) (b)(7)(F)

Date

ORDER: It is ordered that the bond be —
☐ Breached ☒ Cancelled ☐ Continued

P. A. Esperdy
District Director

8/8/64
Date

GPO 9 341

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
20 West Broadway
New York 7, New York

Form Approved
Budget Bureau No. 43-R384.2

Please refer to this file No.
A14 053 570 Q

Date: June 24th,1969

Mr. Mohamed Mohamed Hassan
c/o [redacted]
[redacted] (b)(6)

Dear Sir:

In order that consideration may be given to the possibility of cancelling the outstanding public charge bond posted in your behalf, ~~it is requested that you appear at the time and place mentioned below for an interview. If you cannot appear on this date please advise this office.~~ it is requested that you mail in this form.

The questionnaire on the reverse hereof should be carefully filled out and ~~presented~~ returned. ~~when you appear. Bring with you~~ Attach evidence of your financial worth, or the evidence of financial worth of the person upon whom you are dependent if you are not self-sustaining, such as bank books, insurance policies, deeds, copies of your income tax returns, etc. If employed, ~~bring with you~~ attach a letter from your employer, indicating the length of your employment, your salary, and the position you now occupy. It is also necessary that you ~~bring~~ attach ~~with you~~ a letter from the local Department of Public Welfare of each county where you have lived in the United States, stating whether or not you have ever received public assistance. Attach all relating documents to this form and return it to this office.

Very truly yours,

P. A. ESPERDY
District Director

Place: ______________

Date: ______________

Time: ______________

Room: ______________

The prompt cancellation of the bond is dependent, in part, upon ~~appearance as requested and~~ compliance with the requests made.

Form I-356
(Rev. 1-1-66)

IMM. & NAT. SERVICE
N.Y.C. MAIL UNIT
1969 JUL -1 PM 1:50

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
20 WEST BROADWAY
NEW YORK, NEW YORK 10007

QUARI BOND

June 24th,1969

A14 053 570 Q

Special Investigations Section
Division of Legal Services
Dept. of Social Services
241 Church Street
New York 13, New York

Gentlemen:

In connection with a bond matter, please advise whether you have any record of the person listed below as having received public assistance from your agency. A self-addressed envelope is enclosed for your reply.

Mohamed Mohamed HASSAN
[redacted]
(b)(6)

D.O.B.-July 10th,1935 - Yemen

Upon return 1-356 transfer file to SFR [redacted]

Very truly yours,

[redacted]

Deputy District Director
New York District

Enclosure

(b)(6) (b)(7)(C) (b)(7)(F)

DEPARTMENT OF SOCIAL SERVICES
SPECIAL INVESTIGATION SECTION
241 CHURCH STREET - 2nd FLOOR
NEW YORK, NEW YORK 10013

6-27-69 [redacted]

NO RECORD

RECEIVED
JUN 26 1969
Special Investigation Section

[redacted]

[redacted]

(b)(6) (b)(7)(C) (b)(7)(F)

SX 12/6 [redacted]

N.Y.C. MAIL UNIT
1967 AUG -2 AM 11:55

H

MOHAMED MOHAMED HASSAN
[redacted]
(b)(6)

G-360 sent DEC 7, 1967
(date)

G-360 SENT AUG 25 1967
(date)

G-360 STK
(b)(6) (b)(7)(C) (b)(7)(F) [redacted]
SX 8/24/67 [redacted]

August 1, 1967

Immigration & Naturalization Service
20 West Broadway
New York, New York 10007

(b)(6) (b)(7)(C)

H

Re: [redacted]
San Francisco, Calif. (City & State)
4/30/1963 (Date)
Public Charge (Immigration Bond)
Form I-352 Date 4/30/1963

Gentlemen:

On April 30, 1963, I deposited United States Treasury bonds in the total amount of $1750.00 for the purpose of my not becoming a public charge.

It is now more than 4 years since this deposit was made and at the present I am gainfully employed by the Prudential Building Maintenance Corp. of 1407 Broadway, New York, New York, at a salary of $400.00 per month. I have been employed by that company since February of 1966.

My present immigration status is that of an immigrant and I am registered as such immigrant.

I hereby make application for the return of these bonds to me on the following grounds:

As stated above, I am gainfully employed, and have been so for some time; I am earning a living which is substantial for my puposes.

I am also married and have two children who are ten and eight years of age respectively, and I am desirous of bringing these children into the United States where they can join me and live with me because the situation is such at the present time living in Yemen, that it would be much better if they were here with me.

It is my intention to use the money from the sale of the bonds, for the purpose of going to Yemen and bringing my family back with me. This is most urgent at this time.

I would like to state that at no time during my residence in the United States have I been or become a public charge. I have always been employed and been able to make a living for myself.

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
20 WEST BROADWAY
NEW YORK, NEW YORK 10007

A14 053 570
June 24, 1969

Special Investigations Section
Division of Legal Services
Dept. of Social Services
241 Church Street
New York 13, New York

Gentlemen:

In connection with a bond matter, please advise whether you have any record of the person listed below as having received public assistance from your agency. A self-addressed envelope is enclosed for your reply.

Mohamed Mohamed HASSAN
[redacted]
D.O.B.-July 10th,1935 - Yemen

(b)(6) (b)(7)(C) (b)(7)(F)

Very truly yours,

[redacted]
Deputy District Director
New York District

Enclosure

# UNITED STATES DEPARTMENT OF JUSTICE

## Immigration and Naturalization Service

(b)(6)
FILE NUMBER
[redacted]

DATE
May 16, 1979

Mohamed Mohamed Hassan
[redacted] (b)(6)

Please come to the office shown below at the time and place indicated in connection with an official matter.

| | |
|---|---|
| OFFICE LOCATION | 333 Mt. Elliott, Detroit, Mi. 48207 Room No. Floor No. |
| DATE AND HOUR | Wednesday, June 6, 1979 at 1:00 P.M. |
| ASK FOR | [redacted] I.E. (b)(6) (b)(7)(C) (b)(7)(F) |
| REASON FOR APPOINTMENT | You are requested to appear for an interview and to be heard by an Immigration Officer in connection with the adjudication of the Form I-130 petition you have filed in behalf of your family. |
| BRING WITH YOU | This letter and an interpreter if you cannot speak and understand English. |

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.**
If you are unable to do so, state your reason, sign below and return this letter to this office at once. Please read carefully the notice regarding your rights and privileges which is printed on page two of this notice.

| | |
|---|---|
| I am unable to keep the appointment because: | |
| SIGNATURE | DATE |

Very truly yours,

District Director

Form G-56A
(4-28-77)

(PLEASE SEE REVERSE)

☐ CHECK THIS BOX WHEN COPY MAILED TO ATTORNEY OR REPRESENTATIVE

FILE COPY

# UNITED STATES DEPARTMENT OF JUSTICE

**Immigration and Naturalization Service**

(b)(6)
FILE NUMBER [redacted]

DATE
Mar. 13, 1979

Mohamed Mohamed Hassan
[redacted] (b)(6)

Please come to the office shown below at the time and place indicated in connection with an official matter.

| | |
|---|---|
| OFFICE LOCATION | 333 Mt/ Elliott, Detroit, Mi. 48207<br>Room No. Floor No. |
| DATE AND HOUR | Tuesday, April 3, 1979 at XX00XpXMX 1;00 p.m. |
| ASK FOR | [redacted], I.E. (b)(6) (b)(7)(C) (b)(7)(F) |
| REASON FOR APPOINTMENT | The visa petitions filed in behalf of your family |
| BRING WITH YOU | This letter and an interpreter if you cannot speak and understand English. |

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.**
If you are unable to do so, state your reason, sign below and return this letter to this office at once.

| | |
|---|---|
| I am unable to keep the appointment because: | |
| SIGNATURE | DATE |

Very truly yours,

District Director

Form G-56
(Rev. 5-1-73) N

☐ CHECK THIS BOX WHEN COPY MAILED TO ATTORNEY OR REPRESENTATIVE    FILE COPY

**United States Department of Justice**
IMMIGRATION AND NATURALIZATION SERVICE
Detroit, Michigan

(b)(6) (b)(7)(C) (b)(7)(F) [redacted]

FILE NO. A14 053 570
DATE: 01-07-77

## BLOOD GROUP, BLOOD TYPE AND RH FACTOR TEST

| Name of person to be tested |
|---|
| Mohamed Mohamed HASSAN |

### INSTRUCTIONS FOR PERSONS TO BE TESTED

It is necessary that you have a blood group, blood type and RH factor test made to help establish relationship between the petitioner and beneficiary of this visa petition.

Before appearing for the blood test you must:

1. Obtain two 2" x 2" square photographs full face with light background;
2. Glue one photo in the space provided on each copy of the form.
3. Take both copies of this form with you at the time of your appointment and give them to the physician. After the test, the physician will return both copies to the petitioner or his attorney or representative with the blood test results attached;
4. Do not sign your name until you appear for your appointment with the physician. At that time in the presence of the physician sign your name on the line provided on each copy of this form so that your name will appear partially on the photograph and partially on this form.



Signature of person tested

Please note the box checked [X] below with regard to your blood test.

☐ An appointment has been made for a physician of the U.S. Public Health Service to perform your blood test and you are requested to appear for that purpose at:

Address: Date: Time:

☒ Please arrange for your blood test with the below listed physician at the address shown.

Physician's name and address: Jordan Clinical Lab
2730 E. Jefferson, Detroit, MI

### TO PHYSICIAN PERFORMING THE TEST

1. Please identify the person tested, with the person whose photograph appears on this form, have him sign in accordance with instruction 4 above, and perform a blood group, blood type and RH factor test from his blood sample.
2. The cost of this test will be paid by the person tested.
3. When the blood test has been completed note the results on the reverse of both copies of this form by checking the appropriate boxes, or prepare the results in duplicate. Mail both copies of this form with results to the following address: U.S. Immigration & Naturalization Service, ATTN: [redacted], Immigration Inspector, 333 Mt. Elliott Street, Detroit, MI 48207

Name of Petitioner or Attorney
Address

(b)(6) (b)(7)(C) (b)(7)(F)

I certify to the best of my ability that the person whose photograph is affixed to this form is the same person from whom I obtained a blood sample this date.

Physician's signature [redacted] (b)(6) Date 1-7-77

Form G—620 (Rev. 9—1—73)N

**United States Department of Justice**
IN GRATION AND NATURALIZATION SE E

Detroit, Michigan

FILE NO. A14 053 570
DATE: 01-07-77

## BLOOD GROUP, BLOOD TYPE AND RH FACTOR TEST

Name of person to be tested
Mohamed Mohamed HASSAN

### INSTRUCTIONS FOR PERSONS TO BE TESTED

It is necessary that you have a blood group, blood type and RH factor test made to help establish relationship between the petitioner and beneficiary of this visa petition.

Before appearing for the blood test you must:

1. Obtain two 2" x 2" square photographs full face with light background;
2. Glue one photo in the space provided on each copy of the form.
3. Take both copies of this form with you at the time of your appointment and give them to the physician. After the test, the physician will return both copies to the petitioner or his attorney or representative with the blood test results attached;
4. Do not sign your name until you appear for your appointment with the physician. At that time in the presence of the physician sign your name on the line provided on each copy of this form so that your name will appear partially on the photograph and partially on this form.



Signature of person tested

Please note the box checked [x] below with regard to your blood test.

☐ An appointment has been made for a physician of the U.S. Public Health Service to perform your blood test and you are requested to appear for that purpose at:

Address: Date: Time:

☒ Please arrange for your blood test with the below listed physician at the address shown.

Physician's name and address: Jordan Clinical Lab
2730 E. Jefferson, Detroit, MI

### TO PHYSICIAN PERFORMING THE TEST

1. Please identify the person tested, with the person whose photograph appears on this form, have him sign in accordance with instruction 4 above, and perform a blood group, blood type and RH factor test from his blood sample.
2. The cost of this test will be paid by the person tested.
3. When the blood test has been completed note the results on the reverse of both copies of this form by checking the appropriate boxes, or prepare the results in duplicate. Mail both copies of this form with results to the following address: U.S. Immigratin & Naturalization Service, ATTN: [redacted], Immigration Inspector, 333 Mt. Elliott Street, Detroit, MI 48207

Address — Name of Petitioner or Attorney

(b)(6) (b)(7)(C) (b)(7)(F)

I certify to the best of my ability that the person whose photograph is affixed to this form is the same person from whom I obtained a blood sample this date.

Physician's signat[redacted] (b)(6) Date 1-7-77

Form G—620 (Rev

INTERVIEW SHEET FOR YEMEN VISA PETITIONS

The FOUR MUSTS. What does petitioner's file say? What does petitioner, at interview, say? What do supporting documents say? Conclusion.

Pet: MOHAMED Mohamed HASSAN Ben: [redacted] (b)(6) Relationship: BROTHERS

Petitioner's file 14 153 570 shows he was born in Yemen on 7-10-35 and was admitted to the U.S. for permanent residence on 6-7-64. He became a naturalized citizen of the U.S. on 11-17-70. Petitioner's file shows he came to the United States on the basis of OWN PETITION. His family composition on his file is shown as:

Father ______
Mother ______
Wife ______
Children ______

When interviewed under oath on ______ the petitioner gave his family composition and history to be:(Note to interviewer. Father, mother, brother, sisters, how many marriages, place of residence. If for child not shown on file must go into previous marriages of petitioner, why child not listed, etc..)

Father MOHAMED HASSAN DECEASED
Mother HAELA ABDULLA Ahmed DECEASED
Wife [redacted] (b)(6)
Children
Brothers
Sisters ______

Where father or mother was previously married complete the following:

Previous spouse of (father-mother) was ______
They were married ______ and(he-she)is now ______

Children born of this marriage are: ______

The present address of the petitioner is: [redacted]

The present address of the beneficiary is: [redacted] (b)(6)

# UNITED STATES DEPARTMENT OF JUSTICE

**Immigration and Naturalization Service**

333 Mt. Elliott Street
Detroit, Michigan 48207

FILE NUMBER
A14 053 570
[redacted] (b)(6)

DATE
April 20, 1976

Mohamed M. Hassan
[redacted] (b)(6)

Please come to the office shown below at the time and place indicated in connection with an official matter.

| | |
|---|---|
| OFFICE LOCATION | Same as above — Information Desk (Room No.) — Floor No. |
| DATE AND HOUR | Friday, April 23, 1976 at 9:30 A.M. |
| ASK FOR | [redacted] Immigration Examiner (b)(6) (b)(7)(C) (b)(7)(F) |
| REASON FOR APPOINTMENT | Your petitions filed in behalf of [redacted] and [redacted] |
| BRING WITH YOU | This letter, 3 passport size photos of yourself and of your sons; any additional documentation you may wish to submit in support of your petitions; an interpreter if you do not speak and understand English well.* |

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.**

If you are unable to do so, state your reason, sign below and return this letter to this office at once.

*You may be required to submit to blood tests immediately following your interview at your own expense.

NOTICE

Failure to respond to this notice or to appear on the date requested will result in denial of the visa petitions in accordance with O. I. 103.2(o).

| I am unable to keep the appointment because: | |
|---|---|
| SIGNATURE | DATE |

Very truly yours,

(b)(6) (b)(7)(C) (b)(7)(F)
[redacted]
Assistant District Director
for Travel Control

cc: K. Fred Ajlumi, Attorney

WR/psp

Form G-56
(Rev. 5-1-73) N

THIS COPY TO BE MAILED TO THE ATTORNEY OR REPRESENTATIVE, IF ANY

-4-

ITED STATES DEPARTMENT OF JUS
IMMIGRATION AND NATURALIZATION SERVICE
333 Mt. Elliott Street
Detroit, Michigan 48207

TEL. NO. 226-3267
Area Code: (313)

NAME OF BENEFICIARies: [redacted]

NAME AND ADDRESS OF APPLICANT/PETITIONER

Mohamed Mohamed Hassan
[redacted]

(b)(6)

DATE February 12, 1975

FILE NO. [redacted]

A14 053570

AFTER REVIEW IT HAS BEEN FOUND THAT YOUR APPLICATION/PETITION CANNOT BE ADJUDICATED WITHOUT ADDITIONAL DOCUMENTS AND/OR INFORMATION. PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS.

- ☒ 1. The above application/petition and its supporting documents are attached.
- ☐ 2. The above application/petition and its supporting documents have been forwarded to your attorney or representative.
- ☐ 3. Please complete the blocks on your enclosed application/petition which are checked ☑ in red.
- ☐ 4. Furnish the required fee of $______.
- ☐ 5. Furnish the birth or baptismal certificate of ______.
- ☐ 6. Furnish the marriage certificate of ______.
- ☐ 7. Furnish proof of death or legal termination of marriage of ______.
- ☐ 8. All foreign language documents must be accompanied by English translations thereof, including certification as to accuracy of translation and competency of translator.
- ☐ 9. Furnish the date and port of each of your entries into the United States and the name of the ship, plane, or other vehicle on which you traveled.
- ☐ 10. Complete Form MA 7-50A.
- ☐ 11. Furnish evidence of your qualifications in accordance with attached instructions for completion of Form MA 7-50A.
- ☐ 12. Your petition to confer preference under section 203(a)(6) of the Immigration and Nationality Act cannot be accepted unless accompanied by a certification from the Secretary of Labor or his designated representative. To apply for the certification, attached Forms MA 7-50 (A and B), and the evidence of the alien's qualifications must be filed in the local state employment service office. The Forms MA 7-50A and B and the evidence will be returned to you, with the certification stamped on the form if a certification is issued. You may then file the petition at this office, attaching all papers and documents returned to you by the Department of Labor.
- ☐ 13. Submit to your (prospective) employer, completed Form MA 7-50A and evidence of your qualifications. Request your (prospective) employer to complete Form MA 7-50B, and to submit the Forms MA 7-50A and B and evidence of your qualifications to the local state employment service office. If the Labor Department issues a certification, your employer should return to you the evidence of your qualifications and Forms MA 7-50A and B with the certification stamped on Form MA 7-50, for submission with your application. (Forms MA 7-50A and B with instructions are attached.)
- ☐ 14. You have indicated that you do not intend to seek employment. You must furnish evidence that you have sufficient funds or other means of maintaining yourself in this country.
- ☐ 15. Furnish two photographs, 1½ x 1½" with distance from top of head to point of chin 1¼". Machine-made photos not acceptable.
- ☐ 16. It will be necessary for blood tests to be made of the following person(s) to help establish relationship.

  The person(s) being tested must follow the instructions contained on the attached Forms G-620. It is to be understood that the government is to incur no liability in connection with the tests and expenses thereof must be paid by you.
- ☒ 17. **You have failed to keep your appointment with this office on February 10, 1975, Therefore, your petitions are being returned to you pending your availability to appear for an interview. When you are available, please resubmit your petitions and a new appointment will be made for you.**

[redacted] (b)(6)

(b)(6) (b)(7)(C)
(b)(7)(F)

FILE FEB 1975 WMC

[redacted]

Form I-72
(Rev. 9-1-72) N

THIS COPY TO BE MAILED TO THE ATTORNEY OR REPRESENTATIVE, IF ANY

**UNITED STATES DEPARTMENT OF JUSTICE**

Immigration and Naturalization Service
333 Mt. Elliott Street
Detroit, Michigan 48207

TEL. NO. 226-3267
Area Code: (313)

FILE NUMBER
A14 053 570
[redacted]

DATE
January 31, 1975

(b)(6)

Mohamed M. Hassan
[redacted]

Please come to the office shown below at the time and place indicated in connection with an official matter.

| | |
|---|---|
| OFFICE LOCATION | 333 Mt. Elliott Street (at East Jefferson)<br>Detroit, Michigan 48207<br>Room No. Information XXXXXX |
| DATE AND HOUR | Monday - February 10, 1975, At: 10:00 A.M. |
| ASK FOR | [redacted] Immigration Examiner (b)(6) (b)(7)(C) (b)(7)(F) |
| REASON FOR APPOINTMENT | Visa Petitions in behalf of: [redacted] |
| BRING WITH YOU | This letter, an interpreter if you are not conversant in the English language. |

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.**

If you are unable to do so, state your reason, sign below and return this letter to this office at once.

**NOTICE:** Your application or petition will be deemed abandoned and action thereon will be terminated if you fail to respond to this request.

[redacted]
(b)(6) (b)(7)(C) (b)(7)(F)

I am unable to keep the appointment because:

SIGNATURE

DATE

Very truly yours,
(b)(6) (b)(7)(C) (b)(7)(F)
[redacted]
Assistant District Director
for Travel Control

Form G-56
(Rev. 5-1-73) N

☐ CHECK THIS BOX WHEN COPY MAILED TO ATTORNEY OR REPRESENTATIVE

FILE COPY

Telephone No.: 226-4992

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

333 MT. ELLIOTT STREET
DETROIT, MICHIGAN 48207

REFER TO THIS FILE NUMBER
1525-P-297007
A 14 053 570

Mr. Mohamed Mohamed Hassan,
(b)(6)

Dear Sir:

Please come to the office shown below at the time and place indicated in connection with an official matter.

| | |
|---|---|
| OFFICE LOCATION | 333 Mt. Elliott Street, Detroit, Michigan 48207 Citizenship Branch Room No. Floor No. |
| DATE AND HOUR | Tuesday, November 10, 1970, at 10:00 A.M. |
| ASK FOR | Examiner Tower |
| REASON FOR APPOINTMENT | Interview with respect to your petition for naturalization |
| BRING WITH YOU | This notice. |

It is important that you keep this appointment and bring this letter with you. If you are unable to do so, notify this office at once, using the reverse side of this letter, and we will make another appointment for you.

Very truly yours,

District Director
for Citizenship
DISTRICT DIRECTOR
(b)(6) (b)(7)(C) (b)(7)(F)

Form G-56
(Rev. 11-24-67)

12-21-64

Sirs;

Mohamed M. Hason sent in for His Immigration Card About 2 Months ago, His Card was sent To [redacted] Then (b)(6) it was Sent Back to you would you please Send His Card to P.O. Box #1097 Modesto, Calif- Please Rush

Thank you

Mohamed M. Hasan

By [redacted]

(b)(6) (b)(7)(C) (b)(7)(F)

[redacted]

RECEIVED I&N SERVICE DETROIT MICHIGAN DEC 28 9 01 AM '64

TRY A1405-35-0

151 mailed 1/13/65

8-18-64

Attached were turned in at the information desk by [redacted] who lives at [redacted] Mr. [redacted] states that he does not know the alien and that the alien does not live at [redacted]

(b)(6)

(b)(6) (b)(7)(C) (b)(7)(F)

[redacted]
Contact Representative

File
8-18-64
[redacted]

(b)(6) (b)(7)(C) (b)(7)(F)

To Files
10/4 [redacted]

Form FS-510 (English)
(8-17-59)

Form Approved.
Budget Bureau No. 47-R150.2.

DEPARTMENT OF STATE
FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

# APPLICATION FOR IMMIGRANT VISA AND ALIEN REGISTRATION

INSTRUCTIONS: This form must be filled out in DUPLICATE by typewriter, or if by hand in legible block letters. ALL questions must be answered, if applicable. Questions which are not applicable should be so marked. If there is insufficient room on the form, answer on separate sheets, in duplicate using the same numbers as appear on the form. Attach the sheets to the forms. DO NOT SIGN this form until instructed to do so by the consular officer. The fee for filing this application for an immigrant visa if $5.00. The fee should be paid in United States dollars or local currency equivalent or by bank draft, when you appear before the consular officer.

*WARNING: Any false statement or concealment of a material fact may result in your permanent exclusion from the United States. Even though you should be admitted to the United States, a fraudulent entry could be ground for your prosecution and/or deportation.*

I hereby apply for an immigrant visa and alien registration at the United States Consulate at Aden, Arabia and state the following facts:

1. My family name is: HASSAN — My first name is: Mohamed — My middle name is: Mohamed

2. My full name in native alphabet (*If other than Roman letters are used*) is: محمد محمد حسن

3. Other names I have used or by which I have been known are (*If married woman, give maiden name*): None

4. The date of my birth is (*Day*) -- (*Month*) -- (*Year*) 1935

5. My place of birth is (*City or town*) Qaryat Balasan, Uzlat Dalal, Ba'dan, (*Province*) (*Country*) Yemen

6. My age is: 25

7. My present calling or occupation is: Laborer

8. My present address is: [redacted] (b)(6)

9. My sex is: ☒ Male ☐ Female

10. My marital status is: ☐ Single (*never married*) ☒ Married ☐ Widowed ☐ Divorced ☐ Separated
Including my present marriage, I have been married 1 times.

11. My nationality is: Yemeni

12. My race is: Semite

13. My ethnic classification is: Arab

14. My personal description is
(a) Color of hair: black
(b) Color of eyes: brown
(c) Height: 5 feet 3½ inches
(d) Complexion: dark

15. I have the following visible marks of identification: Small scar on center of forehead

16. My purpose in going to the United States is: to work and live there

17. I intend to remain in the United States permanently or (*Give length of time*): Permanently

18. I intend to enter the United States at the port of: New York

19. I (Do) (Do Not) have a ticket to my final destination: I do not

20. (a) I am going to the United States to join the following person (*Give name and address and relationship, if any*): [redacted] (Friend) (b)(6)

20. (b) I am sponsored by the following person and/or organization (*Give address if different from (a)*): Not different from Item 20.(a)

21. My final address in the United States is: [redacted]

22. My personal financial resources are
(a) Cash: EAShillings 8,000.00
(b) Bank deposits: --
(c) Real estate (*value*): EAShillings 40,000.00
(d) Other: --

THIS FORM MAY BE OBTAINED GRATIS AT CONSULAR OFFICES OF THE UNITED STATES OF AMERICA