**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABDULRAHMAN MOHAMMED HASSAN;<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES;<br><br>and<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br><br>*Defendants*. | Case No.: 1:26-cv-3082 (RBW)<br><br>**PLAINTIFF'S STATUS REPORT AND REQUEST TO VACATE THE SEPTEMBER 9, 2026 HEARING** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Abdulrahman Mohammed Hassan submits this status report following the continuation hearings held on September 8, 2026, at 9:15 a.m. and 12:15 p.m., and respectfully requests that the hearing set for September 9, 2026 be vacated.

Counsel has reviewed the updated production in its entirety. Only one document remains outstanding, however, the unredacted records are more than sufficient to establish the father's physical presence in the United States before Plaintiff's birth for the period required by former INA § 301(g), 8 U.S.C. § 1401(g) (1982). By counsel's calculation, the records place the father in the United States for 4,082 days before Plaintiff's birth on May 4, 1984, excluding his periods of travel abroad, well in excess of the ten years the statute requires. Plaintiff does not anticipate needing the outstanding document.

Plaintiff's passport appointment with the Department of State has been rescheduled to September 9, 2026, at 9:00 a.m. Eastern Time. Plaintiff will present the updated production at

that appointment. In light of the updated production, Plaintiff seeks no further relief at this time and does not wish to consume additional time of the Court or of counsel. Plaintiff asks only that the case remain on the docket pending the outcome of the September 9 appointment, in the event the Department of State does not accept the evidence presented or the outstanding document becomes necessary. If the appointment proceeds as expected, Plaintiff will promptly file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). If it does not, Plaintiff will file a further status report advising the Court of the reason and of the relief, if any, that remains necessary.

Plaintiff accordingly requests that the hearing set for September 9, 2026, at 9:15 a.m., be taken off the Court's calendar. Plaintiff sincerely thanks the Court, Assistant United States Attorney Kristen Rees, and the agency personnel involved for their efforts and cooperation, particularly over the Labor Day holiday weekend.

Dated: September 8, 2026

Respectfully submitted,

*/s/ Julie A. Goldberg*

Julie A. Goldberg
3005 Oakwood Boulevard
Melvindale, Michigan 48122
Telephone: (818) 999-1559
Facsimile: (818) 999-1449
ecf@goldbergimmigration.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on September 9, 2026, I caused the foregoing Plaintiff's Status Report and Request to Vacate the September 9, 2026 Hearing to be filed through the Court's CM/ECF system, which will send notice of the filing to all counsel of record, including Assistant United States Attorney Kristen Rees (Kristen.Rees@usdoj.gov), counsel for Defendants.

*/s/ Julie A. Goldberg*
Julie A. Goldberg