**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABDULRAHMAN MOHAMMED HASSAN;<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES;<br><br>and<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br><br>*Defendants*. | Case No.: 1:26-cv-3082 (RBW) |

**PLAINTIFF'S STATUS REPORT**

This report explains why Plaintiff, having obtained the very relief this action was filed to make possible, is not yet able to dismiss it. On September 9, 2026, the day after Defendants produced his late father's unredacted records under this Court's orders of September 3, 4, and 8, 2026 (ECF Nos. 6, 7, 9), the United States Department of State determined that Plaintiff acquired United States citizenship at birth and approved his United States passport, which was printed, on September 10, 2026, and was served on the Dallas Immigration Court before his 1:00 p.m. removal hearing that day along with a motion to terminate. (See **Exhibits A & B**). By statute, that passport has "the same force and effect as proof of United States citizenship as certificates of naturalization or of citizenship," 22 U.S.C. § 2705, and under binding Board precedent it "constitutes conclusive proof" of citizenship and "is not subject to collateral attack in administrative immigration proceedings." *Matter of Villanueva*, 19 I&N Dec. 101, 103 (BIA 1984). The immigration judge nonetheless again denied Plaintiff's motion to terminate, which is

the *third* time a motion to terminate based on his United States citizenship has been denied, and scheduled a further in-person removal hearing for September 24, 2026. (See **Exhibit C**).

A member of counsel's staff attempted to tendered courtesy copies of the motion already filed and the passport at the courthouse while counsel, holding the original, appeared by WebEx and asked to be heard; the immigration judge declined to proceed by WebEx or to receive the passport, although counsel waited nearly three hours to present and refused to allow a member of counsel staff to appear in the Courtroom.

Because the immigration court has declined to recognize Plaintiff's United States passport and has kept him in removal proceedings, Plaintiff cannot yet responsibly dismiss this action,in case additional records from Defendants' files may still be required. Plaintiff is evaluating whether to seek leave to amend in this action, or to file a related action, addressing the failure to recognize the rights of a United States citizen, and will advise the Court by a further status report on or before Friday, September 18, 2026.

Counsel records Plaintiff's deep gratitude to the Court and to Special Assistant United States Attorney Kristen Rees for the care and diligence that made the passport possible. Had Plaintiff been detained or removed before it was issued, securing his release or return could have taken years, as it did in *Hadwan v. U.S. Department of State*, No. 22-1624 (2d Cir. June 3, 2025), and whatever course the removal proceedings now take, Plaintiff faces them as a documented United States citizen because of this Court's orders and Counsel efforts.

Dated: September 14, 2026

Respectfully submitted,

*/s/ Julie A. Goldberg*
Julie A. Goldberg, Esq.
Goldberg & Associates

14370 Ventura Boulevard
Sherman Oaks, California 91423
Tel: (818) 999-1559 | Fax: (818) 999-1449
ecf@goldbergimmigration.com
*Counsel for Plaintiff*

## INDEX OF EXHIBITS

**Exhibit A** United States Passport of Plaintiff, issued September 10, 2026 (redacted except for name)

**Exhibit B** Respondent's Stamped Motion to Terminate Proceedings for Lack of Jurisdiction, as filed with the Dallas Immigration Court

**Exhibit C** Notice of Hearing, Dallas Immigration Court (September 24, 2026)

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2026, I caused the foregoing Plaintiff's Status Report, with Exhibits A-C, to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record, including Kristen Rees, Special Assistant United States Attorney, counsel for Defendants.

*/s/ Julie A. Goldberg*
Julie A. Goldberg, Esq.

# EXHIBIT A


IF YOUR PASSPORT EXPIRES WITHIN SIX MONTHS OF YOUR DATE OF DEPARTURE, YOU MAY BE DENIED ENTRY INTO SOME COUNTRIES.
Endorsements / Mentions Spéciales / Anotaciones
[redacted]
SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR
PASSPORT
PASSEPORT / PASAPORTE
THE UNITED STATES OF AMERICA
USA
Type/Type/Tipo
P
Code/Code/Código
USA
[redacted]
Surname/Nom/Apellidos
HASSAN
[redacted]
Nationality/Nationalité/Nacionalidad
UNITED STATES OF AMERICA
[redacted]
10 SEP 2026
[redacted]
UNITED STATES DEPARTMENT OF STATE
[redacted]

# EXHIBIT B

A
B
C

ITED STATES DEPARTMENT OF JUSTICE
TIVE OFFICE FOR IMMIGRATION REVIEW
MIGRATION COURT — DALLAS, TEXAS
1?00 Commerce Street, Suite 1060,
Dallas, Texas 75242

RECEIVED
DEPARTMENT OF JUSTICE
SEP 10 2026
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW
DALLAS, TEXAS

| | | |
|---|---|---|
| | ) | File No.: A 056-518-233 |
| | ) | |
| MMED | ) | IN REMOVAL PROCEEDINGS |
| | ) | Immigration Judge: Hon. Judge Winfield |
| | ) | Individual Hearing: September 10, 2026, |
| | ) | 1:00 p.m. (CT), Courtroom 8 |
| | ) | |
| | ) | |

**MOTION TO TERMINATE PROCEEDINGS**
**R LACK OF JURISDICTION**

***Citizen as determined by the US Department of State and***
***ited States Passport on September 10, 2026)***

**I. INTRODUCTION**

nduct an individual hearing this afternoon to decide whether
may remove a man whom **the United States Department**
**nited States citizen**. On September 9, 2026, the day after
late father's physical presence in the United States were
United States District Court for the District of Columbia
2 (RBW) — the Department of State adjudicated
ed at birth under former INA § 301(g), 8 U.S.C. §
a United States Passport under Application No.
t passport has "the same force and effect as proof of
aturalizatio

# EXHIBIT C

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
DALLAS IMMIGRATION COURT

LEAD FILE: 056-518-233
IN REMOVAL PROCEEDINGS
DATE: Jul 13, 2026
EAD Clock:

TO: Goldberg & Associates
Goldberg, Julie
14370 Ventura Boulevard
Sherman Oaks, CA 91423

RE: 056-518-233 HASSAN, ABDULRAHMAN MOHAMMED MOHAMMED

**Notice of In-Person Hearing**

Your case has been scheduled for a INDIVIDUAL hearing before the immigration court on:

Date: Sep 10, 2026
Time: 1:00 P.M. CT
Court Address: 1100 COMMERCE ST., SUITE 1060
4TH FLOOR, COURTROOM 8, DALLAS, TX 75242

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court. If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days. To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration court listed above.

24998
RECEIVED
07/28/26

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050**.

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:MAIL[M] PERSONAL SERVICE[P] ELECTRONIC SERVICE[E]
TO: [ ] Noncitizen | [ ] Noncitizen c/o Custodial Officer |
[ M ] Noncitizen ATT/REP | [ M ] DHS
DATE: ___071326___________ BY: COURT STAFF ______SNA___________
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other NH

Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪੰਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

U.S. Department of Justice
Executive Office for Immigration Review
Immigration Court
1100 Commerce Street, Suite 1060
Dallas, Texas 75242

NORTH TEXAS TX P&DC
DALLAS TX 750
17 JUL 2026 PM 5 L

FIRST-CLASS

Freedom 250
U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
US POSTAGE
PITNEY BOWES

ZIP 75242
02 7H
0005951260

$ 000.78⁰
JUL 16 2026

91423-275570