**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ABDULRAHMAN MOHAMMED HASSAN;

*Plaintiff,*

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES;

and

U.S. DEPARTMENT OF HOMELAND SECURITY;

*Defendants*.

Case No.: 1:26-cv-3082-RBW

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby request the above matter be voluntarily dismissed without prejudice and without costs or fees to any party.

Dated: September 30th, 2026

Respectfully submitted,

*/s/ Julie A. Goldberg*
Julie A. Goldberg
3005 Oakwood Boulevard
Melvindale, Michigan 48122
Telephone: (818) 999-1559
Facsimile: (818) 999-1449
ecf@goldbergimmigration.com
*Counsel for Plaintiff*